**PAUL HASTINGS LLP**
Pedro A. Jimenez
Douglass E. Barron
200 Park Avenue
New York, NY 10166
(212) 318-6000 (Tel)
(212) 319-4090 (Fax)

*Counsel to the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| ENJOY S.A.[1] | Case No. 24-_____ (____) |
| Debtor in a Foreign Proceeding. | |

### DECLARATION OF JUAN IGNACIO JAMARNE TORRES IN SUPPORT OF VERIFIED CHAPTER 15 PETITION

Juan Ignacio Jamarne Torres, hereby declares as follows:

1.      I submit this declaration in support of the Verified Petition Under Chapter 15 for Recognition of a Foreign Main Proceeding (the "Verified Petition") filed contemporaneously herewith by me, in my capacity as the duly authorized foreign representative (the "Foreign Representative") of Enjoy S.A. (the "Foreign Debtor"), the debtor in a foreign insolvency proceeding (the "Foreign Proceeding") under Chilean Law 20.720 (the "Reorganization Law") pending in the 8th Civil Court of Santiago in Santiago, Chile (the "Chilean Court").

2.      Each of the facts set forth below is true to the best of my knowledge, information and/or belief based upon my personal knowledge, information provided to me by the Foreign Debtor, and/or communications with the Foreign Debtor and its advisors.

---

[1]     The Foreign Debtor's Chilean tax identification number is 96.970.380-7. The location of the Foreign Debtor's executive office is Av. Presidente Riesco 5711, 15th Floor, Borough of Las Condes, Santiago, Chile, Postal Code 7561114.

### A.    Foreign Representative Qualifications and Appointment

3.      I am an attorney and partner of the law firm Jamarne & Cía., located in Santiago,

Chile.  I often serve as an overseer ("*veedor*") in Chile.  In this regard, I have been appointed

overseer by Chile's Superintendence of Insolvency and Recovery (the "Superintendence") in

numerous large Chilean insolvency cases, including, among others, Servicios de Exportación Sur

SpA, Microblend Chile SpA, Alimentos Food Solutions SpA, Andes Retail SpA, Mauricio

Kishinevsky Rosental S.A., and Inmobiliaria e Inversiones UPC Seis SpA.  I graduated from the

Lycée Antoine de Saint-Exupéry de Santiago and received a Bachelor of Laws ("*Licenciado en

Derecho*") from the Pontificia Universidad Católica de Chile.

4.      On February 26, 2024, the Superintendence issued a resolution authorizing me to

act as the Foreign Representative of the Foreign Debtor (the "Authorizing Resolution").[2]  The

Authorizing Resolution states, among other things, that I am authorized to act as the bankruptcy

administrator for the Foreign Debtor in foreign countries and specifically in the United States,

for a period of six months from the notice date of the Authorizing Resolution, with such period

subject to extension by the Superintendence.

### B.    My Appointment as Overseer and Role of the Overseer

5.      By order dated February 9, 2024, the Chilean Court appointed me as the "*veedor*"

of the Foreign Debtor in the Foreign Proceeding (the "Overseer").

6.      As the Overseer, in this and other reorganization proceedings under Chilean law,

my role is to promote a consensual restructuring of the debtor, facilitate the filing of restructuring

agreements, and protect the interests of creditors while acting under the supervision of the

Superintendence.

---

[2]    A copy of the Authorizing Resolution with a certified translation thereof is filed with the Court as an attachment
to the Foreign Debtor's Petition.

7.     Though a debtor's management continues to operate the day-to-day business of the debtor during reorganization proceedings in Chile, the overseer possesses certain supervisory authority, and can take certain actions necessary to protect the debtor's assets and/or the interests of creditors.

8.     In addition, the overseer is required to provide a report regarding the judicial reorganization agreement (the "Plan") proposed by the debtor (the "Overseer Report") at least three business days prior to the Plan Approval Hearing (as defined below).  The Overseer Report is required to include, among other things, the overseer's opinion regarding whether the Plan is feasible in light of the debtor's financial position, the likely recovery for each class of creditors in the event the Plan is not approved and the debtor is liquidated, and whether the Plan complies with the Reorganization Law.

### C.     Foreign Debtor's Business

9.     Pursuant to my duties as Overseer, I have examined the Foreign Debtor's books and records and engaged in numerous discussions with the Foreign Debtor's management and personnel, and I can confirm that the information regarding the Foreign Debtor's finances and business operations contained herein is correct to the best of my knowledge and belief.

10.    The Foreign Debtor, together with its subsidiaries (the "Enjoy Subsidiaries," and together with the Foreign Debtor, "Enjoy"), owns and/or operates hotels and casinos in South America, primarily in Chile.  Enjoy's headquarters and principal executive office are located at Av. Presidente Riesco 5711, 15th Floor, Borough of Las Condes, Santiago, Chile, Postal Code 7561114.[3]

---

[3]    An organizational chart of the Enjoy enterprise is attached hereto as Exhibit A.

11.     The Foreign Debtor, through the Enjoy Subsidiaries, operates casinos and hotels in

eight cities in Chile (Antofagasta, Coquimbo, Viña del Mar, San Antonio, Los Ángeles, Pucón,

Chiloé y Rinconada de Los Andes), as well as a stand-alone hotel in Puerto Varas, Chile.  The

Foreign Debtor also operates, through one of the Enjoy Subsidiaries, another casino in Punta del

Este, Uruguay.

**D.     2020 Foreign Proceeding and Chapter 15 Case**

12.     In 2020, as a consequence of business disruptions stemming from widespread social

protests in Chile combined with the public health emergency of the Covid-19 pandemic, the

Foreign Debtor entered into its first judicial reorganization process in Chile (the "2020 Foreign

Proceeding").  The 2020 Foreign Proceeding resulted, on August 14, 2020, in the Chilean Court

entering an order (the "2020 Confirmation Order") approving the Foreign Debtor's reorganization

agreement (the "2020 Plan"). The 2020 Foreign Proceeding was subsequently terminated pursuant

to an order of the Chilean Court entered on February 24, 2022.

13.     On June 12, 2020, in connection with the 2020 Foreign Proceeding, the Foreign

Debtor commenced a chapter 15 proceeding (the "2020 Chapter 15 Case") that was assigned to

the Honorable Martin Glenn [Case No. 20-11411-MG].  Subsequently, Judge Glenn entered (i) an

order recognizing the 2020 Foreign Proceeding on July 27, 2020 [Docket No. 24 in Case No. 20-

11411-MG]; (ii) an order recognizing and enforcing the 2020 Plan and 2020 Confirmation Order

on August 25, 2020 [Docket No. 38 in Case No. 20-11411-MG]; (iii) and an order closing the 2020

Chapter 15 Case on April 22, 2022 [Docket No. 45 in Case No. 20-11411-MG].

**E.     The 2020 Plan**

14.     Pursuant to the 2020 Plan, the holders of the Foreign Debtor's Senior Secured Notes

due 2022 (the "2022 Bonds") were repaid in full through the issuance of replacement Senior

Secured Notes due 2027 (the "2027 Bonds").  The 2027 Bonds are secured by first priority liens pursuant to amended security documents to the same extent and in the same manner as the 2022 Bonds that they replaced, and the guarantees provided under the indenture for the 2022 Bonds by the Enjoy Subsidiaries guarantors thereunder (the "Subsidiary Guarantors") were maintained under the indenture for the 2027 Bonds (the "2027 Bonds Indenture").  In addition, the 2020 Plan provided for the restructuring of the Foreign Debtor's other liabilities to local Chilean unsecured creditors, including special repayment proposals for certain unsecured creditors that were bank lenders or suppliers, consistent with Chilean law.

**F.    Enjoy's Business Has Faced Headwinds From Prolonged Covid-19 Related Restrictions and Inflationary Environment**

15.    Despite what was considered a successful resolution to the 2020 Foreign Proceeding through the confirmation and implementation of the 2020 Plan, the conditions of the Foreign Debtor's industry and the economy in which it operates have deviated significantly from what was projected in 2020.  As further explained in the Foreign Debtor's petition for reorganization,[4] the Foreign Debtor's operations were severely affected by a lengthy delay in the process of lifting the numerous Covid-19 health restrictions imposed by government authorities in 2020, which restrictions extended until the third trimester of 2022.  In addition, the Foreign Debtor's business has been negatively impacted by the inflation of over 26% that has affected Chile since 2021.  These and related issues have caused the Foreign Debtor to experience severe liquidity problems which have impaired its ability to make needed investments in its business, and the Foreign Debtor has been unable to obtain funding in tight capital markets that would be necessary to avoid another restructuring.  Based on these issues, on January 29, 2024, the Foreign Debtor filed its petition requesting protection under the Reorganization Law.

---

[4]    Attached hereto, along with a certified translation, as Exhibit B.

G.      **Overview of the Foreign Debtor's Liabilities**

16.      As of January 29, 2024, the Foreign Debtor's capital structure (excluding

intercompany debt) consisted of the following liabilities[5]:

- Approximately **US$ 231,105,825** of U.S. dollar-denominated secured debt pursuant to the 2027 Bonds Indenture, supported by guarantees provided by the Subsidiary Guarantors, with UMB Bank N.A. serving as indenture trustee (the "2027 Bonds Trustee") and Lord Securities Corporation, as collateral agent (the "2027 Bonds Collateral Agent").

- Approximately **16 billion Chilean pesos ("CLP")** (US$ 16.6 million) of secured debt pursuant to loan agreements between the Foreign Debtor and Banco Internacional S.A.

- Approximately **CLP 40 billion** (US$ 41.4 million) of unsecured debt pursuant to the indentures governing local bonds issued in 2021, with Banco de Chile serving as trustee thereunder.

- Approximately **CLP 725 million** (US$ 750,000) of unsecured debt owed to various suppliers.

- Approximately **CLP 3.3 billion** (US$3.4 million) of tax debt owed to the Chilean government.

17.      The holders of the 2027 Bonds are the only group of financial creditors of the

Foreign Debtor that include entities based in the United States.

H.      **The Foreign Proceeding**

18.      On January 29, 2024, the Foreign Debtor filed an application to commence the

Foreign Proceeding with the Chilean Court and, on February 9, 2024, the Chilean Court formally

commenced the Foreign Proceeding by entering an order (the "Commencement Order")[6]

providing the Foreign Debtor with the protection of the *Protección Financiera Concursal* (the

"Reorganization Proceeding Stay") for a period of 60 business days (the "Enjoy Stay Period")

---

[5]    A more detailed description of these liabilities can be found in the Certificate of Debts attached as Annex I to Exhibit B.

[6]    The Commencement Order together with a certified translation thereof is filed as an attachment to the Foreign Debtor's Petition.

from the date of the publication of the Commencement Order (which publication occurred on

February 12, 2024), and scheduling the Plan Approval Meeting (as defined below) for the end of

that period unless the Reorganization Stay Period is extended in accordance with the

Reorganization Law.[7]  Currently, the Enjoy Stay Period runs through April 24, 2024.

19.      On January 29, 2024, pursuant to Article 56 of the Reorganization Law, the

Foreign Debtor filed with the Chilean Court a declaration (the "Essential Asset Declaration")[8] in

which it designated certain assets (including both assets of the Foreign Debtor and Subsidiary

Guarantors) as essential to achieve a successful restructuring (the "Essential Assets").  In the

Foreign Debtor's Essential Asset Declaration, the Foreign Debtor designated as Essential Assets

both its interests in the Subsidiary Guarantors and the assets of the Subsidiary Guarantors.  No

party objected to the Essential Asset Declaration with respect to assets that are collateral under

the 2027 Bonds Indenture prior to the February 29, 2024 deadline for filing objections with the

Chilean Court.

20.      At the conclusion of the Reorganization Proceeding Stay period, a meeting is

convened by the *veedor* (the "Plan Approval Meeting") where creditors are afforded the

opportunity to vote on whether to approve the Plan proposed by the debtor.[9]  Under the

Reorganization Law, a debtor is required to file its proposed plan of reorganization at least 10

---

[7]    The Reorganization Proceeding Stay can be extended for (i) an additional 60 business days with the consent of two or more unaffiliated creditors holding more than 30% of the total debt of the debtor (excluding debt held by affiliates or insiders) and (ii) an additional 60 business days with the consent of two or more creditors holding more than 50% of the total debt of the debtor (excluding debt held by affiliates or insiders).

[8]    A copy of the Essential Asset Declaration in the original Spanish is attached hereto as Exhibit C.  A translated copy will be provided upon request.

[9]    For a Plan to be approved at the Plan Approval Hearing, creditors representing both two-thirds of the total number of creditors in each class of creditors and creditors holding two thirds of the total debt in each class of creditors (in each case calculated by the creditors in each class that attend the Plan Approval Hearing) must vote in favor of the Plan. Creditors are typically grouped into two separate classes: secured creditors and unsecured creditors.

business days prior to the Plan Approval Meeting, which in the case of the Foreign Proceeding,

is scheduled to take place on April 24, 2024.[10]

21.    Article 57 of the Reorganization Law provides that while the Reorganization

Proceeding Stay remains in effect, no execution or enforcement procedures may be initiated

against the debtor and "ipso facto" clauses cannot be enforced.[11]  Further, the Reorganization

Proceeding Stay prohibits any creditor of the debtor from collecting on or enforcing any

guarantee provided by a non-debtor third party of the debtor's obligations to such creditor, even

if such guarantee was intended to be an independent obligation of such non-debtor third party.

Specifically, Article 57(1)(c) of the Reorganization Law (which was incorporated in its totality in

paragraph 2(c) the Commencement Order) sets forth that (a) guarantees provided by non-debtors

cannot be enforced or collected based on the commencement of a Reorganization Proceeding or

the failure of the debtor to perform its obligations to such creditor during the Reorganization

Proceeding Stay; and (b) the claim of any creditor that violates this prohibition is subject to

subordination.[12]  The Reorganization Proceeding Stay is intended to have worldwide effect.

22.    In addition to the above, Article 57 of the Reorganization Law and the

Reorganization Proceeding Stay also serve to enjoin creditors from taking any action in respect

of a foreign debtor's Essential Assets, which as described in paragraph 19 above, would include

in this instance the Subsidiary Guarantors and their assets.

23.    The Foreign Debtor is primarily a holding company, and substantially all of the

assets of Enjoy are held by entities that are Subsidiary Guarantors under the 2027 Bonds

---

[10]    Civil Courts in Chile consider Saturdays to be business days.

[11]    Article 57 of the Reorganization Law, along with a certified translation thereof, is attached hereto as Exhibit D.

[12]    *See* Article 57(1)(c) (stating that guarantees under contracts entered into by a debtor "may not be enforced by
invoking the commencement of a Reorganization Bankruptcy Proceeding as grounds" and that the "claim of any
creditor who violates this prohibition shall be postponed until all creditors subject to the Judicial Reorganization
Agreement are paid in full"). Commencement Order ¶ 2(c) (same).

Indenture.  If creditors are allowed to pursue the Subsidiary Guarantors and/or their assets, the

Foreign Debtor's prospects for a successful reorganization would be significantly diminished.

Further, though the Subsidiary Guarantors do not possess assets in the United States, the failure

to stay creditor action(s) in the United States may allow one or more creditors to begin legal

actions in the United States against the Subsidiary Guarantors in an attempt to subvert or disrupt

the Foreign Proceeding and the ongoing negotiations between the Foreign Debtor and its

creditors, which legal maneuvering would run contrary to the policies underlying chapter 15.

Therefore, the Reorganization Proceeding Stay entered in the Foreign Proceeding, which

prohibits creditors from pursuing collection efforts against the Subsidiary Guarantors and their

assets, is critical to the success of the Foreign Debtor's insolvency proceeding and should be

recognized and extended comity by this Court.

**I.      Certification of Documents Filed With Petition**

24.     I hereby certify that the document attached to the Petition as Exhibit A thereto is a

true and correct copy of the Commencement Order commencing the Foreign Proceeding and

appointing me as Overseer in the Foreign Proceeding.

25.     I hereby certify that the document attached to the Petition as Exhibit B thereto is a

true and correct copy of the Authorizing Resolution of the Superintendence authorizing me to act

as Foreign Representative of the Foreign Debtor.

**J.      This Chapter 15 Case**

26.     On the date hereof (the "Petition Date"), I caused an Official Form 410 (Chapter

15 Petition for Recognition of a Foreign Proceeding) to be filed on behalf of the Foreign Debtor.

**K.**      **Other Relevant Facts Regarding the Foreign Debtor**

27.      The Foreign Debtor has paid a retainer to Paul Hastings LLP (in its capacity as my counsel) in which the Foreign Debtor has an ownership interest.  The retainer is held in a bank account located in this District.  Additionally, the Foreign Debtor is a party to the 2027 Bonds Indenture, which is governed by New York law.

28.      The Foreign Debtor is a Chilean publicly traded stock corporation (*sociedad anónima abierta*) organized and existing under the laws of the Republic of Chile and has its registered office in Chile.  The Foreign Debtor's headquarters are located in Chile, its senior executives all reside in Chile and a majority of the members of the board of directors of the Foreign Debtor reside in Chile.

Pursuant to 28 U.S.C, § 1746, 1 hereby declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Executed on March 15, 2024.
Santiago, Chile

Juan Ignacio Jamarne Torres
Foreign Representative

**Exhibit A**

# Estructura del grupo de empresas bajo Enjoy S.A.

Euroamerica S.A.  15,25%

Mercado Accionario  84,75%

Enjoy S.A.

**Inversiones Inmobiliarias Enjoy SpA**  100%

- IPI Antofagasta S.A.  75%
- IPI Coquimbo SpA  0,01%  99,99%
- Inm. Rinconada S.A.  70%
- Inm. Kuden SpA  0,45%  99,55%
- IPI Castro SpA  1,00%  99%

**Inversiones Enjoy SpA.**  100%

- Latino Usluge d.o.o. (Croacia)  100%
- Casino Grad d.d (Croacia)  46,54%
- Nueva Inv. Andes Entretención Ltda.  0,09%  99,91%
- Yojne S.A.  10% (Argentina)  90%
- Baluma S.A. (Uruguay)  0,11%  99,89%
- Baluma Cambio S.A. (Uruguay)  100%
- Baluma Ltda. (Brasil)  99,999%
- Enjoy Caribe SpA  100%
- Enjoy Caribe SpA- Sucursal Colombia

**Enjoy Gestión Ltda.**  0,02%  99,98%

- Enjoy Consultora S.A.  0,02%  99,98%
- Inv. Vista Norte S.A.  75%
- Op. El Escorial S.A.  0,75%  99%
- Operaciones Integrales Coquimbo Ltda.  10,56%  89,44%
- Campos del Norte S.A.  12,5%  87,5%
- Casino Rinconada S.A.  70%
- Inv. y Ser. Guadalquivir S.A.  70%
- Operaciones Integrales Chacabuco S.A.  70%
- Slots S.A.  90%
- Masterline S.A.  1%  99%
- Kuden S.A.  1%  99%
- Operaciones Turísticas S.A.  0,63%  99,37%
- O. Int. Isla Grande S.A.  1%  99%
- Rantrur S.A.  1%

1

# Estructura del grupo de empresas bajo Enjoy S.A.



**<u>Exhibit B</u>**



STATE OF NEW YORK

)
)
)
COUNTY OF NEW YORK            )        ss

**CERTIFICATION**

This is to certify that the attached translation is to the best of my knowledge and belief a true and accurate

translation from Spanish into English of the attached document.

Michael Stypa
Divergent Language Solutions, LLC

State of New York

County of New York

Subscribed to and sworn before me this _11_ day of __March__, 20_24_,

by Michael Stypa.

_____
Notary Public

MATTHEW C. ZELAK
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01ZE6350239
Qualified in Kings County
Commission Expires    November 7, 2024



# 8th Civil Court of Santiago

| | |
|---|---|
| **Docket no.:** C-1590-2024 | **Date Received:** 1/29/2024 8:18 p.m.— Online Judicial Office |
| **Case Title:** /ENJOY S.A. | |
| **Proceeding:** Bankruptcy Reorganization | |
| **Subject:** [L08A] Bankruptcy Reorganization | |
| **Administrative Status:** Not closed | **Location:** Online |
| **File:** Bankruptcy Reorganization | |
| **Stage:** Beginning of process | **Status of Proceeding:** In process |
| **Date of printing:** 1/31/2024 11:30 a.m. | **Type of case:** Not class action |

## Party and Attorneys

| Role in proceeding | RUT (Taxpayer Identification Number) | Type of Legal Person | Name or Company Name |
|---|---|---|---|
| DEBTOR | 96970380-7 | LEGAL ENTITY | ENJOY S.A. |
| DEBTOR'S ATTORNEY | 13274778-4 | INDIVIDUAL | MYRIAM VERÓNICA AGUIRRE BARAHONA |
| DEBTOR'S ATTORNEY | 15605089-K | INDIVIDUAL | JUAN IGNACIO AHUMADA EYMIN |
| DEBTOR'S ATTORNEY | 17407809-2 | INDIVIDUAL | JUAN LUIS HURTADO VIAL |
| DEBTOR'S ATTORNEY-IN-FACT | 18291769-9 | INDIVIDUAL | ARANTZA PAZ LETELIER PONS |
| DEBTOR'S ATTORNEY-IN-FACT | 19522727-6 | INDIVIDUAL | VANESSA VIRGINIA ARAVENA MARTÍNEZ |

# Table of Contents

1. Bankruptcy Reorganization ..................................................................................................1
    1.1. Order: Notice of power of attorney and/or instrument—1/30/2024 (Sheet 2)....................1
        1.1.1. Document: Request for Bankruptcy Proceeding for Reorganization—1/29/2024 (Sheet 1)....................................................................................................................................2
    1.2. Certification of Power of Attorney—1/30/2024 (Sheet 3)...................................................9
    1.3. Order: Compliance with Article 56—1/30/2024 (Sheet 4).............................................11

| | |
|---|---|
| CLASSIFICATION | **: 1. [193] Notice of power of attorney and/or instrument** |
| COURT | **: 8TH CIVIL COURT OF SANTIAGO** |
| CASE DOCKET NO. | **: C-1590-2024** |
| CASE TITLE | **: /ENJOY S.A.** |

Santiago, JANUARY THIRTIETH, TWO THOUSAND TWENTY-FOUR

The power of attorney for representation in court must be granted within the term and with the notice contained in the Article two, paragraph four of Law 18,120.

In Santiago, on JANUARY THIRTIETH, TWO THOUSAND TWENTY-FOUR, notice of the preceding order was served by publication in a visible location at the Court.



**Isabel Melissa Eyzaguirre Flores**
Judge
Judiciary
January thirtieth, two thousand twenty-four
7:52 a.m. UTC-3

This document bears an electronic signature.
Its original can be verified at
http://verificadoc.pjud.cl
Code: RSXEXLZLXCN

| | |
|---|---|
| **PROCEEDING** | : Bankruptcy Reorganization Law 20,720. |
| **SUBJECT** | : Request to initiate Bankruptcy Proceeding for Judicial Reorganization |
| **DEBTOR COMPANY** | : ENJOY S.A. |
| RUT (Taxpayer Identification Number) | : 96.970.380-7 |
| **LEGAL REPRESENTATIVE** | : Esteban Rigo-Righi Baillie |
| **RUT (Taxpayer Identification Number)** | : 13.454.480-5 |
| **ATTORNEY OF RECORD AND ATTORNEY-IN-FACT** | : Myriam Verónica Barahona Aguirre |
| **RUT (Taxpayer Identification Number)** | : 13.274.778-4 |
| **ATTORNEY OF RECORD AND ATTORNEY-IN-FACT** | : Juan Ignacio Eymin Ahumada |
| **RUT (Taxpayer Identification Number)** | : 15.605.089-K |
| **ATTORNEY OF RECORD AND ATTORNEY-IN-FACT** | : Juan Luis Vial Hurtado |
| **RUT (Taxpayer Identification Number)** | : 17.407.809-2 |
| **ATTORNEY-IN-FACT** | : Arantza Paz Pons Letelier |
| **RUT (Taxpayer Identification Number)** | : 18.291.769-9 |
| **ATTORNEY-IN-FACT** | : Vanessa Virginia Martinez Aravena |
| **RUT (Taxpayer Identification Number)** | : 19.522.727-6 |

**Primary request**: Request for the initiation of bankruptcy proceeding for judicial reorganization; **first additional paragraph**: documents submitted in accordance with Articles 55 and 56 of Law 20,720, providing three days to challenge the documents; **second additional paragraph**: form of notification is provided; **third additional paragraph**: request for confidentiality; **fourth additional paragraph**: proposed list of three Trustees; **fifth additional paragraph:** right of representation is submitted, providing three days to challenge the document; **sixth additional paragraph**: legal representation and power of attorney.

### Civil Court Judge of Santiago

**Myriam Verónica Barahona Aguirre**, an attorney, identity card no. 13.274.778-4; **Juan Ignacio Eymin Ahumada**, an attorney, identity card no. 15.605.089-K; and **Juan Luis Vial Hurtado**, an attorney, identity card No. 17.407.809-2, all act with power of attorney granted by contract, as will be shown, in representation of **Enjoy S.A.** ("**Enjoy**" or the "**Company**"). For these purposes, our legal address is Av. Isidora Goyenechea 3477, 19th floor, Borough of Las Condes. Enjoy is a public corporation engaged in the business of investment. Its Taxpayer Identification Number is 96.970.380-7. Its legal representative is General Manager Esteban Rigo-Righi Baillie, an Industrial Civil Engineer. We respectfully declare the following to your honor:

1

With the power of attorney that we have been granted, and in accordance with Articles 54 et seq. of Law 20,720 on the Reorganization and Liquidation of Assets of Companies and Individuals ("**Law 20,720**"), we request the initiation of a Bankruptcy Proceeding for the Judicial Reorganization of the Company, in order to reach an agreement with its creditors to restructure its liabilities and assets, to pay its debts, and to ensure the Company's operational continuity and the servicing of its debt. The above is in response to our client's current financial situation, as explained below:

## I.    BACKGROUND ON THE COMPANY.

Enjoy is a public corporation supervised by the Financial Market Commission (the "**CMF**"). It was incorporated by the notarial deed executed on October 23, 2001 at the Santiago Notary Office of Eduardo Diez Morello, an excerpt of which was registered in the Companies Register of the Santiago Real Estate Register on sheet 29,692, number 24,230, for the year 2001, and was published in the Official Gazette on November 23, 2001. The Company was registered in the Securities Register of the CMF under no. 1033 on June 9, 2009.

The Company is the parent holding company of companies engaged in entertainment, restaurants, hotels, and gambling casinos, with presence in major cities and in the main tourist centers of Chile and Uruguay. It offers a unique combination of entertainment, exceptional service, and technological leadership.

The Company has significantly expanded in Latin America. It has shown important leadership, innovation, and constant growth, with the highest standards of cutting-edge operations and products.

Today, Enjoy has interests in eight casino operating companies in Chile, which have licenses to operate gambling casinos located in the cities of Antofagasta, Coquimbo, Viña del Mar, San Antonio, Los Ángeles, Pucón, Chiloé, and Rinconada de Los Andes. It also owns the Hotel Enjoy Puerto Varas, located in Puerto Varas, and it has interests in companies operating seven hotels located in the cities of Antofagasta, Coquimbo, Viña del Mar, San Antonio, Pucón, Chiloé, and Rinconada de Los Andes, located and connected to the casinos in these cities.

The Company also has an interest in Baluma S.A., the operator of the Enjoy Casino in Punta del Este, Uruguay. The casino operators are supervised by the Gambling Casinos Superintendency, in the

2

case of the Chilean companies, and by the General Casinos Agency and the Corporate Oversight Office in Uruguay, in the case of the Casino Enjoy in Punta del Este.

In 2020, as a result of both the effects of the wave of protests in our country beginning on October 18, 2019, and of the Covid-19 virus, Enjoy underwent a successful bankruptcy proceeding for judicial reorganization to restructure its liabilities. This ended in 2022, after having fulfilled the purpose and obligations set forth in that reorganization agreement. That proceeding was declared terminated by the order issued on February 24, 2022 by the 8th Civil Court of Santiago, in the case processed under docket number C-6689-2020.

## II.  ENJOY CURRENTLY HAS LIQUIDITY PROBLEMS.

Unfortunately, although the Company was able to meet its obligations under the previous reorganization agreement and, therefore, to terminate its obligations under that agreement as explained above, the situation of the industry and the economy has been different from that projected in 2020, which has caused cash and liquidity problems for Enjoy.

First, Enjoy suffered deeply from the delayed lifting of the health restrictions applied to the casino and entertainment industry as a result of the Covid-19 pandemic, which were extended until the third quarter of 2022. The casino industry suffered the consequences of the delayed lifting of health restrictions, which affected it for longer than various other sectors of the economy. In Chile, limitations on the number of people at public gatherings were only lifted in the second quarter of 2022. It was not until the third quarter of 2022 that the consumption of food and beverages was allowed in casinos, 100% of slot machines were activated, and other applicable health protocols were lifted. All of this had major repercussions, since Enjoy's higher value customer segments took a while to recover their confidence after the health restrictions were lifted. This affected the frequency of visits and, consequently, the recovery of the revenues from 2020 and 2021.

In addition, costs rose due to the unexpected and significant increase in inflation, which had a negative impact on the Company's cost structure. In this regard, it should be said that accumulated inflation in Chile from 2021 to the present has been more than 26%, while the revenues from Enjoy's core business, the gambling industry, cannot be directly adjusted for inflation.

It should be noted that the Company currently has a heavy financial burden, designed based on a projection for the recovery of the industry that differed from the recovery that finally took place. This has impacted its liquidity and its ability to operate.

Due to Enjoy's liquidity problems, it has not been able to carry out projects to improve its operating profit. It has had to restrict investments (including operational improvements being implemented by Enjoy's competitors), and it has been unable to strengthen its financial position due to its heavy financial burden.

Given the above, and especially the delayed recovery of revenues due to the extension of the health restrictions from the pandemic and the unexpected increase in inflation, which affected almost all aspects of the Company's cost structure and impacted the Company's ability to generate a stable and consistent cash flow, Enjoy's projection for financial recovery was greatly modified. In fact, the Company has suffered significantly restricted liquidity, due to the EBITDA deficit and a highly restricted capital market to seek additional funds, which jeopardizes its fulfillment of its obligations to creditors.

### III.  IN LIGHT OF THE FOREGOING, ENJOY REQUESTS THE INITIATION OF A BANKRUPTCY PROCEEDING FOR JUDICIAL REORGANIZATION.

In light of the foregoing, in accordance with Articles 54 et seq. of Law 20,720, Enjoy requests the initiation of a Bankruptcy Proceeding for Judicial Reorganization. Enjoy understands that this is a difficult but necessary and effective decision for the continuity of the Company. This will allow it to reach an agreement with its creditors in order to restructure its liabilities and assets; continue to conduct its business; and fulfill its commitments to its creditors and the communities where its businesses are located.

**Therefore,**

**We respectfully request the following of your honor:** To accept the filing of the request for the initiation of a Bankruptcy Proceeding for the Judicial Reorganization of Enjoy, as indicated above, and to accept it for processing in accordance with Articles 54 et seq. of Law 20,720.

**FIRST ADDITIONAL PARAGRAPH**: We ask your honor to accept as submitted, providing three days to challenge the documents, a simple sworn statement signed by Esteban Rigo-Righi Baillie, in his

capacity as legal representative of the Company, which includes the information required by Articles 55 and 56 of Law 20,720, i.e.:

a. Appendix 1: A list of all Enjoy's assets, including their commercial appraisal, their location, the encumbrances affecting them, and an indication of the assets that are essential for its business.

b. Appendix 2: A list of all third-party assets pledged as collateral for the benefit of Enjoy and an indication of the assets that are essential for its business.

c. Appendix 3: A list of all assets in possession of Enjoy in a capacity other than as owner.

d. Appendix 4: A certificate of the status of Enjoy's debts, including the name, legal address, and email address of the creditors; the nature of the respective instrument, the amount of its debt, and the percentage that it represents of the total liabilities; and the three largest creditors, excluding related parties. This certificate, which certifies the structure of the Company's liabilities as of December 31, 2023, was issued by the external auditor Juan Pablo Tejerina Olivares, an external auditor registered under No. 603 of the Financial Market Commission's Register of Statutory Auditors and External Auditors.

e. Appendix 5: Balance sheet as of December 31, 2023, which is both the balance sheet for Enjoy's last fiscal year and the interim balance sheet with a closing date no more than forty-five days before the filing of this document. Please note that since the closing date is the same, only one document is submitted, which complies with both requirements.

In addition, to facilitate your review, we have submitted a digital version of Appendix 4, the certificate of the status of Enjoy's debts, issued by the external auditor.

**SECOND ADDITIONAL PARAGRAPH**: In compliance with paragraph 5 of Article 6 of Law 20,720, we are providing the following email addresses as the means of contact and notification:

- mbarahona@moralesybesa.cl
- jieymin@moralesybesa.cl
- jlvial@moralesybesa.cl
- apons@moralesybesa.cl
- vmartinez@moralesybesa.cl

**THIRD ADDITIONAL PARAGRAPH:** In light of the nature of the bankruptcy proceeding, and to avoid harm in the time between this filing and the issuance of the Reorganization Order, we ask your honor to maintain the confidentiality of this case in the electronic system of the Judiciary until issuance of the Reorganization Order.

**FOURTH ADDITIONAL PARAGRAPH**: We ask your honor to recognize that, in accordance with Article 22, paragraph four, of Law 20,720, we propose the following Regular Trustees and Alternates, respectively, all of whom are part of the List of Trustees, are currently in good standing, and perform their duties in the region corresponding to this Court:

Regular Trustees:
a) Patricio Ricardo Jamarne Banduc,
b) Nicolás Mena Letelier,
c) Daniela Elena Camus Astorquiza.

Alternate Trustees:
a) Juan Ignacio Jamarne Torres,
b) Enrique Marco Antonio Ortiz D'Amico,
c) César Gabriel Ortiz D'Amico.

**FIFTH ADDITIONAL PARAGRAPH**: We ask your honor to recognize, providing three days to challenge the document, that our right to represent the Company is certified by the power of attorney for representation in court granted by the notarial deed dated January 11, 2024, executed at Santiago Notary Office 34 of Eduardo Diez Morello, and registered under notary records No. 607-2024. **A copy with an advanced electronic signature** is hereby submitted, providing three days to challenge the document.

**SIXTH ADDITIONAL PARAGRAPH**: We ask your honor to recognize that, in our capacity as attorneys authorized to practice law, we will personally assume the legal representation and power of attorney in this proceeding, with the powers granted us in the power of attorney for representation in court submitted in the fourth additional paragraph of this filing, including the powers listed in both paragraphs of Article 7 of the Code of Civil Procedure, which are incorporated herein by reference.

Moreover, the aforementioned power of attorney for representation in court expressly granted us each of the powers required by Law 20,720 to act in all kinds of bankruptcy proceedings, particularly including powers to propose, examine, modify, and adopt judicial reorganization agreements, and powers to attend and vote in any hearings and/or meetings of creditors held in connection with this proceeding.

Finally, we have delegated power of attorney to the attorneys authorized to practice law, **Arantza Paz Pons Letelier**, national identity card No. 18.291.769-9, and **Vanessa Virginia Martínez Aravena,** national identity card No. 19.522.727-6, with our same address. This includes all of the powers contained in both paragraphs of Article 7 of the Code of Civil Procedure, which are incorporated herein by reference, and all of the powers required by Law 20,720 to act in all kinds of bankruptcy proceedings, particularly including powers to propose, examine, modify, and adopt judicial reorganization agreements, and powers to attend and vote in any hearings and/or meetings of creditors held in connection with this proceeding.

MYRIAM VERONICA BARAHONA AGUIRRE

Digitally signed by MYRIAM VERONICA BARAHONA AGUIRRE
Date: 1/29/2024. 7:51:20 p.m.—03'00'

Juan Ignacio Eymin Ahumada

Digitally signed by Juan Ignacio Eymin Ahumada
Date: 1/29/2024. 7:53:31 p.m.—03'00'

Arantza Paz Pons Letelier

Digitally signed by Arantza Paz Pons Letelier
Date: 1/29/2024 7:55:34 p.m.—03'00'

Juan Luis Vial Hurtado

Digitally signed by Juan Luis Vial Hurtado
Date: 1/29/2024 7:59:45 p.m.—03'00'

Vanessa Martínez Aravena

Digitally signed by Vanessa Martínez Aravena
Date: 1/29/2024 8:01:55 p.m.—03'00'



[logo:] JUDICIARY REPUBLIC OF CHILE

COURT            : 8th Civil Court of Santiago
CASE DOCKET  : C-1590-2024
NO.
CASE TITLE      : /ENJOY S.A.

POWER OF ATTORNEY WITH ADVANCED ELECTRONIC SIGNATURE

Santiago, January 30, 2024:

This document certifies the power of attorney granted by:

| NAME | IDENTITY CARD | IN REPRESENTATION OF | RUT (Taxpayer Identification Number) | ROLE IN PROCEEDING |
|------|---------------|----------------------|--------------------------------------|--------------------|
| null | - | ENJOY S.A. | 96970380-7 | Debtor |

with an advanced electronic signature, to the following attorney/attorneys and/or attorneys-in-fact, with the powers indicated for each of them:

| NAME | IDENTITY CARD | ROLE IN PROCEEDING | POWER |
|------|---------------|--------------------|-------|
| ARANTZA PAZ PONS LETELIER | 18291769-9 | Debtor's Attorney-in-Fact | Broad, Paragraphs 1 and 2 of Article 7 of the Code of Civil Procedure |
| VANESSA VIRGINIA MARTÍNEZ ARAVENA | 19522727-6 | Debtor's Attorney-in-Fact | Broad, Paragraphs 1 and 2 of Article 7 of the Code of Civil Procedure |
| MYRIAM VERÓNICA BARAHONA AGUIRRE | 13274778-4 | Debtor's Attorney | Broad, Paragraphs 1 and 2 of Article 7 of the Code of Civil Procedure |
| JUAN IGNACIO EYMIN AHUMADA | 15605089-K | Debtor's Attorney | Broad, Paragraphs 1 and 2 of Article 7 of the Code of Civil Procedure |
| JUAN LUIS VIAL HURTADO | 17407809-2 | Debtor's Attorney | Broad, Paragraphs 1 and 2 of Article 7 of the Code of Civil Procedure |

This document bears an electronic signature. Its original can be verified at http://verificadoc.pjud.cl
Code: YLXEXLTKHEN

Comments: No Comments.

Certifying Official of the Court:



**Cristian Andrés Badilla Aguirre**
Clerk
Judiciary
January thirtieth, two thousand twenty-four
9:23 a.m. UTC-3

This document bears an electronic signature. Its original can be verified at http://verificadoc.pjud.cl
Code: YLXEXLTKHEN

**CLASSIFICATION** : 1. [645] Compliance with Article 56
**COURT**          : 8ᵗʰ Civil Court of Santiago
**CASE DOCKET NO.** : C-1590-2024
**CASE TITLE**     : /ENJOY S.A.

**Santiago, January thirtieth, two thousand twenty-four.**

**In response to the document via the Online Judicial Office dated 1/29/24 (sheet 1):**

In response to the primary request: In order to issue a ruling, wait for receipt of the certificate of nomination of the trustee from the Insolvency and Reactivation Superintendency.

In response to the first additional paragraph: Accept as submitted the documents, providing three days to challenge the documents.

In response to the second additional paragraph: Note the email address and means of notification.

In response to the third additional paragraph: Given the nature of the proceeding, and the fact that the requesting company is, by nature, subject to the principle that proceedings involving it must be public, this request is denied.

In response to the fourth additional paragraph: Note the information provided.

In response to the fifth additional paragraph: Accept as submitted the copy of the right of representation, providing three days to challenge the document.

In response to the sixth additional paragraph: Note the information provided.

In **Santiago,** on **January thirtieth, two thousand twenty-four,** notice of the preceding order was served by publication in a visible location at the Court.



**Isabel Melissa Eyzaguirre Flores**
Judge
Judiciary
January thirtieth, two thousand twenty-four
10:49 a.m. UTC-3



This document bears an electronic signature. Its original can be verified at http://verificadoc.pjud.cl

Code: XQLTXLXBLGN

**ANNEX I**
**DEBT CERTIFICATE**
**JUDICIAL REORGANIZATION BANKRUPTCY PROCEEDING**

On January 29, 2024, I, Juan Pablo Tejerina Olivares, Accountant and Auditor / Statutory Auditor, Identity Card No. 11.881.383-1, registered under number 603 in the External Statutory Auditor and Auditor Registry and/or on behalf of GNT Auditores Limitada, registered in the Financial Market Commission's External Statutory Auditor and Auditor Registry under No. 604, for purposes of Article 55, in relation to Nos. 4 and 5 of Article 56 of Law No. 20,720 and, in relation to the Judicial Reorganization Bankruptcy Proceeding application, I CERTIFY that, pursuant to the information included on the Provisional Balance Sheet as of December 31, 2023, supplied by the debtor, the creditors listed below, both in their identification and their respective amounts, are creditors of Enjoy S.A.

**I. Information on Liabilities**

**FINANCIAL CREDITORS**

| No. | CREDITOR | Address | Contact information for creditor or their Legal Representative | Nature of claim | Amount $ | Percentage of total liabilities | Percentage of total liabilities, Without Related Companies | Commercial appraisal of the asset secured with pledge or mortgage, and identification of the security |
|---|---|---|---|---|---|---|---|---|
| 1 | BANCO INTERNACIONAL S.A. | Avenida Apoquindo 6750, 16th Floor | [redacted] | BANK LOAN | 5,328,001,777 | 2.0211% | 2.0211% | BANCO INTERNACIONAL COLLATERAL(1) |
| 2 | BANCO INTERNACIONAL S.A. | Avenida Apoquindo 6750, 16th Floor | [redacted] | BANK LOAN | 3,024,553,109 | 1.1473% | 1.1473% | |
| 3 | BANCO INTERNACIONAL S.A. | Avenida Apoquindo 6750, 16th Floor | [redacted] | BANK LOAN | 7,773,155,323 | 2.9505% | 2.9505% | |
| | BANCO INTERNACIONAL SUBTOTAL | | | | 16,130,950,209 | 6.1191% | 6.1191% | |
| | **TOTAL:** | | | | **16,130,950,209** | | | |

**(1) BANCO INTERNACIONAL LOAN COLLATERAL:**

(i) Mortgage and bar on encumbrance and disposal of Lot A One, established by notarial instrument dated September 30, 2022, at the Santiago Notary Office of Mr. Eduardo Javier Diez Morello, under notarial journal number 16,319-2022. The title deed is registered to Enjoy S.A. at page 583 No. 1164 with the registry kept for 2022 by the Pucón Real Property Registrar.

(ii) Mortgage and bar on encumbrance and disposal of Lot A Two, established by notarial instrument dated September 30, 2022, at the Santiago Notary Office of Mr. Eduardo Javier Diez Morello, under notarial journal number 16,319-2022(ii). The title deed is registered to Enjoy S.A. at page 584 No. 1165 with the registry kept for 2022 by the Pucón Real Property Registrar. Both plots of land and construction of the Pucón Casino building appraised at 11,061 Development Units.

(iii) Mortgage and bar on encumbrance and disposal, established by notarial instrument dated September 30, 2022, at the Santiago Notary Office of Mr. Eduardo Javier Diez Morello, under notarial journal number 16,046-2022 on unit numbers One, Two, Three, Four, Five, Six, Seven, and on apartment numbers Two Hundred Fifty-One, Two Hundred Fifty-Two, Two Hundred Fifty-Three, Two Hundred Fifty-Four, Five Hundred Fifty-One, Five Hundred Fifty-Two, Five Hundred Fifty-Three, Five Hundred Fifty-Four, Five Hundred Fifty-Five, Five Hundred Fifty-Six, Five Hundred Fifty-Seven, Five Hundred Fifty-Eight, Five Hundred Fifty-Nine, Five Hundred Fifty-One, Five Hundred Fifty-Two, Five Hundred Fifty-Three, Five Hundred Fifty-Four, Five Hundred Fifty-Five, Five Hundred Fifty-Six, Five Hundred Fifty-Seven, Five Hundred Fifty-Eight, all in the Condominium III Gran Hotel de Pucón building, located in the city of Pucón. Commercially appraised three hundred ninety in the city of Pucón.

(iv) Senior non-possessory security interests, bars on encumbrance and disposal, and order on claims to money arising for the Debtor under the Transbank Agreement for the companies Casino del Lago S.A., both granted by means of notarial instruments dated September 30, 2022, at the Santiago Notary Office of Mr. Eduardo Javier Diez Morello, under notarial journal numbers 16,050-2022 and 16,052-2022; and senior non-possessory security interests and bars on encumbrance and disposal of money deposited or to be deposited in current bank accounts denominated in pesos, held at Banco Internacional in the name of Casino del Lago SA and Casino del Mar S.A., both granted by means of notarial instruments dated September 30, 2022, at the Santiago Notary Office of Mr. Eduardo Javier Diez Morello, under notarial journal numbers 16,051-2022 and 16,053-2022. Commercially appraised $1,416,695,071.

(v) Senior non-possessory security interest, bar on encumbrance and disposal, and order on claims arising for Enjoy S.A. with respect to the real properties it owns, referred to as Lot A One and Lot A Two, established by notarial instrument dated September 30, 2022, at the Santiago Notary Office of Mr. Eduardo Javier Diez Morello, under notarial journal number 16,054-2022. Monthly income amount 1,435 Development Units.

**TOTAL APPRAISAL FOR COLLATERAL, CLP $23,102,714,568.-**

**SECURED PUBLIC SECTOR LIABILITIES**

| No. | CREDITOR | Bondholder Representative | Address | Contact information for creditor or their Legal Representative | Nature of claim | Amount $ | Percentage of total liabilities | Percentage of total liabilities, Without Related Companies | Commercial appraisal of the asset secured with pledge or mortgage and identification of the security |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Bondholders | UMB BANK N.A. | 1008 Oak Street, Kansas City, MO 64106 | Ray Hariff, ray.hariff@umb.com | INTERNATIONAL BOND ISSUED IN USA, under SEC rule 144-A Regulation S | 201,450,373,329 | 62.8694% | 76.4189% | HOLDERS' INTERNATIONAL BOND COLLATERAL(2) |
| | **TOTAL** | | | | | **201,450,373,329** | **62.8694%** | **76.4189%** | |

**(2) HOLDERS OF INTERNATIONAL BOND COLLATERAL:**

(i) Mortgage and bar on encumbrance and disposal established by notarial instrument dated September 30, 2020, at the Santiago Notary Office of Mr. Roberto Antonio Cifuentes Allel, under notarial journal number 8,026-2020, on the Casino de Coquimbo and Hotel de la Bahía real property, appraisal number 504-000, Address: Av. Peñuelas Norte No. 56 city of Coquimbo, Coquimbo District, Region of Coquimbo, commercially appraised at 1,447,004 Development Units.

(ii) Mortgage and bar on encumbrance and disposal established by notarial instrument dated September 30, 2020, at the Santiago Notary Office of Mr. Roberto Antonio Cifuentes Allel, under notarial journal number 8,027-2020, on Sitio Estado, Appraisal Number 00002-00003, Address Lincoyán LT B, Pucón District, commercially appraised at 10,070 Development Units.

(iii) Mortgage and bar on encumbrance and disposal established by notarial instrument dated September 30, 2020, at the Santiago Notary Office of Mr. Roberto Antonio Cifuentes Allel, under notarial journal number 8,027-2020, on the Gran Hotel Pucón Real Property, Appraisal Number 00003-00001, Address Holzapfel 190, Pucón District, commercially appraised at 668,600 Development Units.

(iv) Mortgage and bar on encumbrance and disposal established by notarial instrument dated September 30, 2020, at the Santiago Notary Office of Mr. Roberto Antonio Cifuentes Allel, under notarial journal number 8,027-2020, on the Casino del Lago Real Property, Appraisal Number 00025-00001, Address Pedro de Valdivia 431, Pucón District.

(v) Mortgage and bar on encumbrance and disposal established by notarial instrument dated September 30, 2020, at the Santiago Notary Office of Mr. Roberto Antonio Cifuentes Allel, under notarial journal number 8,027-2020, on Worker Land and Cabins, Appraisal Number 00060-00014 and 00060-00015, Address Valiante Camino Internacional Manzana 8 Villa Las Araucarias, commercially appraised at 15,937 Development Units.

(vi) Commercial pledge and bar on encumbrance and disposal established by notarial instrument dated September 30, 2020, at the Santiago Notary Office of Mr. Roberto Antonio Cifuentes Allel, under notarial journal number 8,024-2020, on 35,871 shares of the company Inmobiliaria Proyecto Integral Coquimbo Spa., owned by Inversiones Inmobiliarias Enjoy Spa., and commercial pledge on 2 shares of the company Inmobiliaria Proyecto Integral Coquimbo Spa., owned by Enjoy S.A. Commercially appraised at 1,206,027 Development Units.

(vii) Commercial pledge and bar on encumbrance and disposal established by notarial instrument dated September 30, 2020, on 49,258 shares of the company Inmobiliaria Kuden Spa., owned by Inversiones Inmobiliarias Enjoy Spa., and commercial pledge on 225 shares of the company Inmobiliaria Kuden Spa., owned by Enjoy S.A. Commercially appraised at 1,049,697 Development Units.

(viii) Commercial pledge and bar on encumbrance and disposal established by notarial instrument dated September 30, 2020, at the Santiago Notary Office of Mr. Roberto Antonio Cifuentes Allel, under notarial instrument dated September 30, 2020, on 5,813 shares of the company Enjoy Gestión Limitada, and commercial pledge on 1 share of Enjoy S.A.

(ix) Commercial pledge and bar on encumbrance and disposal established by notarial instrument dated September 30, 2020, on 448,105 Class B shares of the Uruguayan company Baluma S.A., owned by the Chilean company Enjoy Spa., and final agreement on 449,105 Class B shares of the Uruguayan company Baluma S.A., owned by the Chilean company Entry Consultora S.A. Commercially appraised at USD $258 million.

(x) Senior non-possessory security interest, bars on encumbrance and disposal and order on claims to money arising for Casino de la Bahía S.A. under the agreement with Transbank S.A., established by notarial instrument dated February 17, 2023, at the Santiago Notary Office of Mr. Álvaro González Salinas, under notarial journal number 5,944-2023 and senior non-possessory security interest and bars on encumbrance and disposal granted by Casino de la Bahía S.A. with respect to monies deposited or to be deposited in the current bank account denominated in pesos, held at Banco de Crédito e Inversiones in the name of Casino de la Bahía S.A., established by notarial instrument dated February 17, 2023, at the Santiago Notary Office of Mr. Álvaro González Salinas, under notarial journal number 5,942-2023. Commercially appraised 407,084,947.

**TOTAL APPRAISAL FOR COLLATERAL, CLP $313,516,471,150.-**

## UNSECURED PUBLIC SECTOR LIABILITIES

| No. | CREDITOR | Bondholder Representative | Address | Contact information for creditor or their Legal Representative | Nature of claim | Amount $ | Percentage of total liabilities, Without Related Companies | Commercial appraisal of the asset secured with pledge or mortgage, and identification of the security |
|---|---|---|---|---|---|---|---|---|
| 1 | Bondholders of Bono Nacional Linea, registered under number 1060 of the Financial Market Commission Securities Registry, January 14, 2021 | Banco de Chile | Paseo Ahumada 251, Santiago | Cristobal Larrain Santander, clarrain@bancochile.cl | NATIONAL BOND S SERIES | 41,967,319,677 | 15.91907% | NOT APPLICABLE |
| 2 | Bondholders of Bono Nacional Linea, registered under number 1060 of the Financial Market Commission Securities Registry, February 22, 2021 | Banco de Chile | Paseo Ahumada 251, Santiago | Cristobal Larrain Santander, clarrain@bancochile.cl | NATIONAL BOND T SERIES | 523,156 | 0.00020% | NOT APPLICABLE |
| | TOTAL | | | | | 41,967,842,833 | 15.92007% | |

(I) As of the last interest payment date, i.e. August 14, 2023, the bondholders included the shareholders of the company Euroamerica Seguro de Vida S.A. and Penta Vida Compañía de Seguros de Vida S.A., at 26.7% and 14.6% of the bond's total, respectively. We do not know whether they hold this percentage at present.

## TOTAL FINANCIAL CREDITORS

| No. | CREDITOR | Address | Contact information for creditor or their Legal Representative | Nature of claim | Amount $ | Percentage of total liabilities | Percentage of total liabilities, Without Related Companies | Commercial appraisal of the asset secured with pledge or mortgage, and identification of the security |
|---|---|---|---|---|---|---|---|---|
| 1 | BANCO INTERNACIONAL S.A. | Avenida Apoquindo 6750, 18th Floor | cfiaf@bancointer.cl | BANK LOAN | 18,130,950,209 | 5.0195.7% | 6.11911% | HOLDERS OF INTERNATIONAL BOND COLLATERAL |
| 2 | UMB BANK N.A. | 1008 Oak Street, Kansas City, MO 64106 | Ray Haniff, ray.haniff@umb.com | INTERNATIONAL BOND ISSUED IN USA, under SEC rule 144 A, Regulation S | 201,450,373,329 | 62.6865% | 76.41911% | NOT APPLICABLE |
| 3 | Banco de Chile | Paseo Ahumada 251, Santiago | Cristobal Larrain Santander, clarrain@bancochile.cl | NATIONAL BONDS | 41,967,842,833 | 13.05941% | 15.92007% | BANCO INTERNACIONAL COLLATERAL |
| | TOTAL FINANCIAL CREDITORS | | | | 259,549,166,371 | 80.79362% | 98.45731% | |

## ACCOUNTS PAYABLE TO SUPPLIERS

| No. | CREDITOR | Address | Contact information for creditor or their Legal Representative | Nature of claim | Amount $ | Percentage of total liabilities | Percentage of total liabilities, Without Related Companies | Commercial appraisal of the asset secured with pledge or mortgage, and identification of the security |
|---|---|---|---|---|---|---|---|---|
| 1 | CLARO Y COMPAÑIA | Gertrudis Echeñique 30, 2nd Floor, Las Condes, Santiago | Felipe Larrain, flarrain@claro.cl | INVOICES | 437,783,960 | 0.13623% | 0.16607% | NOT APPLICABLE |
| 2 | KPMG AUDITORES CONSULTORES LTDA. | Av. Presidente Riesco 5685, 18th Floor Las Condes, Santiago | Jose Bustos, josebustos@kpmg.Com | INVOICES | 24,144,004 | 0.00751% | 0.00916% | NOT APPLICABLE |
| 3 | MORALES Y RIESA ABOGADOS LIMITADA | Isidora Goyenechea 3477, Las Condes, Santiago | Myriam Barahona A., mbarahona@mrabogados.cl | INVOICES | 29,740,087 | 0.00927% | 0.01130% | NOT APPLICABLE |
| 4 | DLCV REGISTROS S.A. | Hadelco 770 22nd Floor, Santiago, Santiago | Milton Despaigne, mdespaigne@dlcv.cl | INVOICES | 9,662,980 | 0.00301% | 0.00367% | NOT APPLICABLE |
| 5 | CAREY Y CIA LTDA. | Isidora Goyenechea 2800, OFF. 4201 42nd Floor, Las Condes, Santiago | Salvador Valdes, Svaldes@carey.cl | INVOICES | 17,189,920 | 0.00535% | 0.00652% | NOT APPLICABLE |
| 6 | SM ABOGADOS LIMITADA | ANDRES BELLO 2711 OFF 801, Las Condes | Rodrigo Saffirio, rsaffirio@sofferline.cl | INVOICES | 11,024,397 | 0.00343% | 0.00419% | NOT APPLICABLE |
| 7 | DELOITTE AUDITORES Y CONSULTORES | Rosario Norte 407, 7 floors 4-5-6-7 and 10, Las Condes, Santiago | Maria Hernandez Hernandez, marihernandez@deloitte.com | INVOICES | 10,051,090 | 0.00313% | 0.00381% | NOT APPLICABLE |
| 8 | BOLSA DE COMERCIO DE SANTIAGO AG | Bandera 63, Santiago | Bandera 63, Santiago | INVOICES | 5,398,445 | 0.00167% | 0.00204% | NOT APPLICABLE |
| 9 | BARAHONA MARSHALL Y COMPAÑIA LIMITADA | Avenida Vitacura 2939 Office 1901, Las Condes, Santiago | Juan Pablo Barahona, jpbarahona@barahona.cl | INVOICES | 4,787,220 | 0.00149% | 0.00182% | NOT APPLICABLE |
| 10 | OR CLASIFICADORA DE RIESGO LIMITADA | LAS CONDES Location, SANTIAGO | | INVOICES | 8,469,250 | 0.00263% | 0.00320% | NOT APPLICABLE |
| 11 | FITCH RATINGS INC | 33 Whitehall Street New York, NY 10004 | | INVOICE | 52,627,000 | 0.01638% | 0.01996% | NOT APPLICABLE |
| 12 | INTERLINKS, INC. | 622 3rd Ave 10th floor New York, NY 10017 | | INVOICE | 1,603,762 | 0.00050% | 0.00060% | NOT APPLICABLE |
| 13 | PUELLES & ASSOCIATES | 851 LIBRARY AVENUE, SUITE 204 NEWARK, DELAWARE | | INVOICE | 2,741,000 | 0.00085% | 0.00104% | NOT APPLICABLE |
| 14 | RICHARD R. JEWELL | 206100 Fillmore Street | | INVOICE | 22,805,120 | 0.00710% | 0.00865% | NOT APPLICABLE |
| 15 | DATATEC RESEARCH SYSTEM INC | 45 Glover Ave, Norwalk, CT 06850 | | INVOICE | 70,815 | 0.00002% | 0.00003% | NOT APPLICABLE |
| 16 | INVERSIONES CARMEL SPA | AV. PTE RIESCO 5711 1501, LAS CONDES | | INVOICES | 90,013,087 | 0.02801% | 0.03415% | NOT APPLICABLE |
| | TOTAL | | | | 726,938,588 | 0.22599% | 0.27538% | |

## ACCOUNTS PAYABLE TO RELATED COMPANIES

| No. | CREDITOR | Address | Contact information for creditor or their Legal Representative | Nature of claim | Amount $ | Percentage of total liabilities | Percentage of total liabilities, Without Related Companies | Commercial appraisal of the asset secured with pledge or mortgage, and identification of the security |
|---|---|---|---|---|---|---|---|---|
| 1 | ENJOY GESTION LIMITADA | AV. PRESIDENTE RIESCO 5711, OFF. 1501 | marcelo.lagos@enjoy.cl | INVOICES and BUSINESS CURRENT ACCOUNT | 54,838,754,271 | 17.06454% | 20.80252% | NOT APPLICABLE |
| 2 | CASINO DE PUERTO VARAS S.A. | KLENNER 34 PUERTO VARAS | marcelo.lagos@enjoy.cl | LOAN AND CONTRIBUTION TO BE DETERMINED | 2,095,355,000 | 0.65203% | 0.79465% | NOT APPLICABLE |
| 3 | INVERSIONES INMOBILIARIAS ENJOY SPA | AV. PRESIDENTE RIESCO 5711, OFF. 1501 | marcelo.lagos@enjoy.cl | ACKNOWLEDGMENT OF DEBT | 387,182,846 | 0.12047% | 0.14687% | NOT APPLICABLE |
| 4 | BAUMANS A. | RAMBLA CLAUDIO WILLIMAN PARADA 4 C.P. 20100 - Punta del Este | marcelo.lagos@enjoy.cl | INVOICES | 315,007,889 | 0.09814% | 0.11963% | NOT APPLICABLE |
| 5 | OPERACIONES INTEGRALES CHICUREO S.A. | AV. PRESIDENTE RIESCO 5711, OFF 1501 | marcelo.lagos@enjoy.cl | INVOICE | | 0.00313% | 0.00382% | NOT APPLICABLE |
| 6 | KUANTUM GLOBAL LTDA | AV POT6 RIESCO 5711 1501, LAS CONDES | marcelo.lagos@enjoy.cl | REIMBURSEMENT | 1,051,434 | 0.00033% | 0.00040% | NOT APPLICABLE |
| 7 | CASINO DE LA BAHIA S.A. | AVENIDA PERUELAS NORTE No 56 COQUIMBO | marcelo.lagos@enjoy.cl | CONTRIBUTION TO BE DETERMINED | 2,300,000 | 0.00072% | 0.00087% | NOT APPLICABLE |

## OTHER CREDITORS, TAXES PAYABLE

| No. | CREDITOR | Address | Contact information for creditor or their Legal Representative | Nature of claim | Amount $ | Percentage of total liabilities | Percentage of total liabilities, Without Related Companies | Commercial appraisal of the asset secured with pledge or mortgage, and identification of the security |
|---|---|---|---|---|---|---|---|---|
| 8 | CASINO DEL MAR S.A. | AVENIDA SAN MARTIN 199, VIÑA DEL MAR | marcelo.tapia@enjoy.cl | CONTRIBUTION TO BE DETERMINED | 2,300,000 | 0.0007% | 0.0007% | NOT APPLICABLE |
| 9 | CASINO DEL LAGO S.A. | HOLZAPFEL 960, PUCON | marcelo.tapia@enjoy.cl | CONTRIBUTION TO BE DETERMINED | 2,300,000 | 0.0007% | 0.0007% | NOT APPLICABLE |
| 10 | PIER PAOLO ZACCARELLI FASCE | AV. PRESIDENTE RIESCO 5711, OFF. 1501 | JUAN.CATALAN@MAHOLDING.CL | INVOICE FOR FEES (limit cut off) | 13,643,533 | 0.0042% | 0.0051% | NOT APPLICABLE |
| 11 | LUIS OCTAVIO BOFILL GENZSCH | EL MIRADOR 2366, Las Condes | obofill@bvm.edu.cl | INVOICE FOR FEES (limit cut off) | 10,914,626 | 0.0034% | 0.0041% | NOT APPLICABLE |
| 12 | ALDO CONO LEMA NAVARRO | ALSACIA 145, Las Condes | alema@cypconstrucciones.com | INVOICE FOR FEES (limit cut off) | 7,657,762 | 0.0023% | 0.0029% | NOT APPLICABLE |
| 13 | IGNACIO PEREZ ALARCON | AV FIORI A DEL AGUILA 41891 ED ILE 003-1 GOLF MANQU CHIANO CHILE, LO BARNECHEA | ignacioperez@chcapital.com | INVOICE FOR FEES (limit cut off) | 14,553,235 | 0.0045% | 0.0055% | NOT APPLICABLE |
| 14 | ANA MARIA ORELLANA JOHNSON | AV. AV GOLF LOMAS LA DEHESA 10724, Lo Barnechea | anita.orellana@gmail.com | INVOICE FOR FEES (limit cut off) | 10,914,626 | 0.0034% | 0.0041% | NOT APPLICABLE |
| 15 | FERNANDO RIOSECO ZORN | LAS CALAS 45, Colina | friosecozo@gmail.com | INVOICE FOR FEES (limit cut off) | 9,077,843 | 0.0028% | 0.0034% | NOT APPLICABLE |
| 16 | JAIME MALUK VALENCIA | CAMINO LA VIÑA 122052, Las Condes | jaimemaluk@hotmail.com | INVOICE FOR FEES (limit cut off) | 9,077,843 | 0.0028% | 0.0034% | NOT APPLICABLE |
| 17 | HENRY COMBER SIGALL | LOS GINKOS 13281, Las Condes | hcomber@grupomas.cl | INVOICE FOR FEES (limit cut off) | 13,643,533 | 0.0042% | 0.0051% | NOT APPLICABLE |
| 18 | JORGE LESSER GARCIA HUIDOBRO | GRAN VIA 8107, Las Condes | jlesser@bcw.cl | INVOICE FOR FEES (limit cut off) | 10,906,037 | 0.0033% | 0.0041% | NOT APPLICABLE |
| **TOTAL** | | | | | **57,745,606,478** | | **21.8040%** | |

(*) Gross fees

## EMPLOYMENT RELATED CREDITORS

| No. | Creditor Name | Address | Contact information for creditor or their Legal Representative | Nature of claim | Amount $ | Percentage of total liabilities | Percentage of total liabilities, Without Related Companies | Memorandum Account on Provisional Balance Sheet of Financial Statement |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

There are no employment-related liabilities.

| No. | Creditor Name | Address | Contact information for creditor or their Legal Representative | Nature of claim | Amount $ | Percentage of total liabilities | Percentage of total liabilities, Without Related Companies | Memorandum Account on Provisional Balance Sheet of Financial Statement |
|---|---|---|---|---|---|---|---|---|
| 1 | GENERAL TREASURY OF THE REPUBLIC | Teatinos 28, Santiago | cfuental@tesoreria.cl | UNDECLARED AND OUTSTANDING STAMP TAX | 1,876,448,984 | 0.5835% | 0.7181% | NOT APPLICABLE |
| 2 | GENERAL TREASURY OF THE REPUBLIC | Teatinos 28, Santiago | cfuental@tesoreria.cl | ADDITIONAL UNDECLARED AND OUTSTANDING TAX | 1,464,397,910 | 0.4505% | 0.5550% | NOT APPLICABLE |
| **TOTAL** | | | | | **3,340,846,874** | **1.0393%** | **1.2572%** | |

## SOCIAL SECURITY CREDITORS

| No. | Creditor Name | Address | Contact information for creditor or their Legal Representative | Nature of claim | Amount $ | Percentage of total liabilities | Percentage of total liabilities, Without Related Companies | Memorandum Account on Provisional Balance Sheet of Financial Statement |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

There are no social security-related liabilities.

## FINAL SUMMARY

| | AMOUNT | Percentage of total liabilities, Without Related Companies |
|---|---|---|
| II | FINANCIAL CREDITORS | 259,549,166,131 | 80.71% |
| III | SUPPLIERS | 725,535,558 | 0.23% |
| IV | RELATED COMPANIES | 57,745,606,478 | 17.97% |
| V | OTHER CREDITORS | 3,340,846,874 | 1.04% |
| VI | EMPLOYMENT-RELATED CREDITORS | 0 | 0.00% |
| VII | SOCIAL SECURITY CREDITORS | 0 | 0.00% |
| **TOTAL** | **321,360,982,531** | **100.00%** |

## II. Three Largest Creditors

### THREE LARGEST CREDITORS

| No. | CREDITOR | Address | Contact information for creditor or their Legal Representative | Nature of claim | Amount $ | Percentage of total liabilities | Percentage of total liabilities, Without Related Companies | Commercial appraisal of the asset secured with pledge or mortgage, and identification of the security |
|---|---|---|---|---|---|---|---|---|
| 1 | Holders of International Bond | 1095 Oak Street, Kansas City, MO 64106 | UMB BANK N.A., Ray Haerft, ray.haerft@umb.com | INTERNATIONAL BOND ISSUED IN USA, under SEC rule 144 A Regulation S. | 201,450,373,329 | 62.6864% | 76.4181% | HOLDERS OF INTERNATIONAL BOND COLLATERAL |
| 2 | Bondholders of Bono Nacional Línea, registered under number 1000 (G Series) of the Financial Market Commission Securities Registry, January 14, 2021 (II) | Paseo Ahumada 251, Santiago | Banco de Chile, Cristóbal Larrain Santander, clarrain@bancochile.cl | NATIONAL BOND S SERIES | 41,967,842,833 | 13.0594% | 15.9201% | NOT APPLICABLE |
| 3 | INTERNATIONAL | Avenida Apoquindo 6750, 18th Floor | ci@interasesoria.cl | BANK LOAN | 16,130,950,209 | 5.0197% | 6.1191% | BANCO INTERNATIONAL COLLATERAL |
| **TOTAL, THREE LARGEST CREDITORS** | | | | | **259,549,166,371** | **80.7655%** | **98.4573%** | |

(1) As of the last interest payment date, in August 14, 2023, the bondholders included the shareholders of the company's Eurica Seguros de Vida S.A. and Penta Vida Compañía de Seguros de Vida S.A., at 26.7% and 14.5% of the bond's total, respectively. We do not know whether they hold this percentage at present.

**III.  Subsequent Events**

| Type of Subsequent Event | | | | |
|---|---|---|---|---|
| a) Changing certified amounts | b) Impacting agreements and conditions governing commercial agreements and/or relationships with creditors and suppliers subject to the reorganization proposal | Probable date on which event occurred | How it would impact or change the information contained on the issued certificate | Memorandum Account on Provisional Balance Sheet or on Another Indebtedness Statement of the Debtor | Creditor and/or Supplier |

There are no known significant events that could impact the balances of the declared liabilities.

**IV.  Final report on the work performed and the background information reviewed when preparing the Certificate.**

The work performed consisted of reviewing the company's accounting, financial, and legal information, verifying that the balances on the accounting records included in the liabilities on the balance sheet for the 2023 business year reasonably reflect the company's economic and financial position. In doing so, we reviewed the following documentation provided by Enjoy S.A.:

**1. ACCOUNTING RECORDS:**
1.1 Eight-column balance sheet for business year 2023.
1.2 Eight-column balance sheet for business year 2022.
1.3 Journal for business year 2023.
1.4 Journal for business year 2022.
1.5 Analysis of asset and liability accounts for business year 2023.
1.6 Analysis of asset and liability accounts for business year 2022.

**2. FINANCIAL RECORDS:**
2.1 Analysis and amortization schedule for bank loans held with Banco Internacional as of December 31, 2023.
2.2 Analysis and amortization schedule for bonds issued in the U.S.A. through UMB Bank, as of December 31, 2023.
2.3 Analysis and amortization schedule for S Series bonds issued in Chile through Banco de Chile, as of December 31, 2023.
2.4 Analysis and amortization schedule for T Series bonds issued in Chile through Banco de Chile, as of December 31, 2023.

**3. LEGAL RECORDS:**
3.1 Financing agreement, amendments to the agreement, and promissory notes concerning financing held with Banco Internacional.
3.2 Agreement, promissory notes, and disclosure letter to the Central Bank regarding Bond issues in the U.S.A. through UMB Bank.
3.3 Issue agreement for S Series bonds issued in Chile through Banco de Chile.
3.4 Issue agreement for T Series bonds issued in Chile through Banco de Chile.
3.5 Tax-Debt certificate for Enjoy S.A., issued on January 26, 2024.

**This certificate is issued to be attached to the Application for a Judicial Reorganization Bankruptcy Proceeding with the Insolvency and Reorganization Superintendence and at the competent Court.**

Signature
Juan Pablo Tejerina O.
Identity Card No. 11.881.382-1
For and on behalf of GHY Auditores Limitada.

[logo:] CMF FINANCIAL MARKET COMMISSION

### CERTIFICATE

I CERTIFY: The Mr. (Ms.) **"TEJERINA OLIVARES JUAN PABLO"**, National Identity Card No. 11861382-1, an ACCOUNTANT and AUDITOR, registered (at) under No. 603, dated June 27, 2018, in the **"External Statutory Auditor and Auditor Registry"** kept by this Commission is currently in good standing.

**NOTE: "EXTERNAL STATUTORY AUDITORS AND AUDITORS WHO ARE INCLUDED IN THE EXTERNAL STATUTORY AUDITOR AND AUDITOR REGISTRY ARE NOT SUBJECT TO ANY MONITORING BY THE FINANCIAL MARKET COMMISSION, EXCEPT WITH REGARD TO THEIR INCLUSION IN THE AFOREMENTIONED REGISTRY."**

This certificate is provided at the request of the interested party for any purposes he or she deems appropriate.

SANTIAGO, January 29, 2024

[seal:] Electronic Signature
* CMF-CHILE *
SIGNED

[signature]
**ANGELLA RUBILAR GUZMÁN**
ACTING SECRETARY
GENERAL

Electronic certificate. Verification Code: 23834-4785

To verify go to www.svs.cl, services and processing, verify validity of certificates.

[logo:] CMF FINANCIAL MARKET COMMISSION

## CERTIFICATE

I CERTIFY: That the entity referred to as **"gnt auditores limitada"**, Tax Identification No. 76480851-7, registered under No. 604, dated June 27, 2018, in the External Statutory Auditor and Auditor Registry kept by this Commission is currently in good standing

The aforementioned entity has entrusted the following individuals to perform the duties of statutory auditor or external auditor:

| Full Name | Tax ID No.; Passport No. or other official identification document | Academic Degree or Occupation |
|---|---|---|
|  |  |  |

**NOTE: "EXTERNAL STATUTORY AUDITORS AND AUDITORS WHO ARE INCLUDED IN THE EXTERNAL STATUTORY AUDITOR AND AUDITOR REGISTRY ARE NOT SUBJECT TO ANY MONITORING BY THE FINANCIAL MARKET COMMISSION, EXCEPT WITH REGARD TO THEIR INCLUSION IN THE AFOREMENTIONED REGISTRY."**

SANTIAGO, January 29, 2024

[seal:] Electronic Signature
*CMF-CHILE*
SIGNED

[signature]
**ANGELLA RUBILAR GUZMÁN**
ACTING SECRETARY GENERAL

Electronic certificate. Verification Code: 23835-4786

To verify go to www.svs.cl, services and processing, verify validity of certificates.

**8º Juzgado Civil de Santiago**

| | |
|---|---|
| **ROL:** C-1590-2024 | **Fecha Ingreso:** 29/01/2024 20:18 - OJV |
| **Caratulado:** /ENJOY S.A. | |
| **Procedimiento:** Reorganización Concursal | |
| **Materia:** [L08A] Reorganización Concursal | |
| **Estado Administrativo:** Sin archivar | **Ubicacion:** Digital |
| **Cuaderno:** Concursal Reorganización | |
| **Etapa:** Inicio tramitación | **Estado Procesal:** Tramitación |
| **Fecha Impresión:** 31/01/2024 11:30 | **Tipo causa:** No masiva |

### Litigantes

| Sujeto | RUT | Persona | Nombre o Razón Social |
|---|---|---|---|
| DDOR. | 96970380-7 | JURIDICA | ENJOY S.A. |
| AB.DDO | 13274778-4 | NATURAL | MYRIAM VERÓNICA AGUIRRE BARAHONA |
| AB.DDO | 15605089-K | NATURAL | JUAN IGNACIO AHUMADA EYMIN |
| AB.DDO | 17407809-2 | NATURAL | JUAN LUIS HURTADO VIAL |
| AP.DDO | 18291769-9 | NATURAL | ARANTZA PAZ LETELIER PONS |
| AP.DDO | 19522727-6 | NATURAL | VANESSA VIRGINIA ARAVENA MARTÍNEZ |

**Tabla de contenidos**

1. Concursal Reorganización . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1

1.1. Resolución: Apercibimiento poder y/o título - 30/01/2024 (Folio 2) . . . . . . . . . . . . . . . . . . . . . . .1

1.1.1. Escrito: Solicita Procedimiento Concursal de Reorganización - 29/01/2024 (Folio 1) . 2

1.2. Acredita Poder - 30/01/2024 (Folio 3) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .9

1.3. Resolución: Cumpla art. 56 - 30/01/2024 (Folio 4) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .11

Página 1

Foja : 2

dos.-

NOMENCLATURA       **:1. [193]Apercibimiento poder y/o título**

JUZGADO             **:8º JUZGADO CIVIL DE SANTIAGO**

CAUSA ROL           **:C-1590-2024**

CARATULADO          **:/ENJOY S.A.**

Santiago , TREINTA DE ENERO DE DOS MIL VEINTICUATRO

Constitúyase el mandato judicial dentro del plazo y bajo el apercibimiento
contenido en el artículo segundo inciso cuarto de la ley 18.120.

En Santiago , TREINTA DE ENERO DE DOS MIL VEINTICUATRO, se Notificó por
el estado diario, la resolución precedente



**Isabel Melissa Eyzaguirre Flores**
Juez
PJUD
Treinta de enero de dos mil veinticuatro
07:52 UTC-3

Este documento tiene firma electrónica
y su original puede ser validado en
http://verificadoc.pjud.cl

Código: RSXEXLZLXCN

| | |
|---|---|
| **PROCEDIMIENTO** | : Concursal de Reorganización Ley N°20.720. |
| **MATERIA** | : Solicitud de inicio Procedimiento Concursal de Reorganización Judicial |
| **EMPRESA DEUDORA** | : Enjoy S.A. |
| **RUT** | : 96.970.380-7 |
| **REPRESENTANTE LEGAL** | : Esteban Rigo-Righi Baillie |
| **RUT** | : 13.454.480-5 |
| **ABOGADO PATROCINANTE Y APODERADO** | : Myriam Verónica Barahona Aguirre |
| **RUT** | : 13.274.778-4 |
| **ABOGADO PATROCINANTE Y APODERADO** | : Juan Ignacio Eymin Ahumada |
| **RUT** | : 15.605.089-K |
| **ABOGADO PATROCINANTE Y APODERADO** | : Juan Luis Vial Hurtado |
| **RUT** | : 17.407.809-2 |
| **APODERADO** | : Arantza Paz Pons Letelier |
| **RUT** | : 18.291.769-9 |
| **APODERADO** | : Vanessa Virginia Martinez Aravena |
| **RUT** | : 19.522.727-6 |

**En lo principal**: Solicitud de inicio de procedimiento concursal de reorganización judicial; **en el primer otrosí**: acompaña documentos conforme al artículo 55 y 56 de la Ley N°20.720, con citación; **en el segundo otrosí**: se tenga presente forma de notificación; **en el tercer otrosí**: solicita reserva; **en el cuarto otrosí**: propone terna de Veedores; **en el quinto otrosí:** acompañan personería, con citación; **en el sexto otrosí**: patrocinio y poder.

**S.J.L. Civil de Santiago**

**Myriam Verónica Barahona Aguirre**, abogada, cédula de identidad N°13.274.778-4, **Juan Ignacio Eymin Ahumada**, abogado, cédula de identidad Nº 15.605.089-K, y **Juan Luis Vial Hurtado**, abogado, cédula de identidad Nº17.407.809-2, todos en representación convencional, según se acreditará, de Enjoy S.A. ("**Enjoy**" o "**Sociedad**"), sociedad anónima abierta del giro de sociedades de inversión, Rol Único Tributario Nº 96.970.380-7, representada legalmente por su Gerente General don Esteban Rigo-Righi Baillie, Ingeniero Civil Industrial, todos domiciliados para estos efectos en Av. Isidora Goyenechea 3477, piso 19, comuna de Las Condes, a S.S. respetuosamente decimos:

1

Que, en la representación que investimos, y de conformidad a los artículos 54 y siguientes de la Ley N°20.720 de Reorganización y Liquidación de Activos de Empresas y Personas ("**Ley N°20.720**"), venimos en solicitar el inicio de un Procedimiento Concursal de Reorganización Judicial respecto de la Sociedad, a fin de llegar a un acuerdo con sus acreedores, destinado a reestructurar su pasivo y activo, para el pago de sus acreencias, y asegurar la continuidad operacional de la Sociedad y el servicio de su deuda . Lo anterior atendido a la actual situación financiera de nuestra representada, conforme se explica a continuación:

I.    ANTECEDENTES DE LA SOCIEDAD.

Enjoy es una sociedad anónima abierta supervisada por la Comisión para el Mercado Financiero (la "**CMF**), constituida mediante escritura pública otorgada con fecha 23 de octubre de 2001 en la Notaría de Santiago de don Eduardo Diez Morello, un extracto de la escritura de la cual fue inscrito en el Registro de Comercio del Conservador de Bienes Raíces de Santiago a fojas 29.692 número 24.230, correspondiente al año 2001, y publicado en el Diario Oficial de fecha 23 de noviembre del mismo año, habiéndose inscrito la Sociedad con fecha 9 de junio del año 2009 en el Registro de Valores, de la CMF bajo el N° 1033.

La Sociedad es la matriz de un holding de sociedades dedicadas a los rubros de entretenimiento, restaurantes, hoteles y casinos de juego, con presencia en importantes ciudades y en los principales centros turísticos de Chile y Uruguay, ofreciendo una combinación única de entretenimiento, servicio excepcional y liderazgo tecnológico.

La Sociedad ha logrado una gran expansión en Latinoamérica, gozando de una gran trayectoria de liderazgo, innovación y constante crecimiento, con los más altos estándares de operación, vanguardia, y oferta de productos.

A esta fecha, Enjoy tiene participación en ocho sociedades operadoras de casinos en Chile, las que tienen licencias para la explotación de los casinos de juego que se ubican en las ciudades de Antofagasta, Coquimbo, Viña del Mar, San Antonio, Los Ángeles, Pucón, Chiloé y Rinconada de Los Andes y es propietaria del Hotel Enjoy Puerto Varas, ubicado en dicha localidad, y participa en las sociedades operadoras de siete hoteles, ubicados en las ciudades de Antofagasta, Coquimbo, Viña del Mar, San Antonio, Pucón, Chiloé y Rinconada de Los Andes, ubicados y conectados junto a los Casinos de dichas ciudades.

La Sociedad también tiene participación en la sociedad Baluma S.A., operadora del Casino Enjoy en Punta del Este, Uruguay. Las operadoras de casinos se encuentran supervisadas por la Superintendencia de Casinos de Juego, en el caso de las sociedades chilenas, y por la Dirección

2

General de Casinos y la Auditoría Interna de la Nación en Uruguay, en el caso del Casino Enjoy de Punta del Este.

El año 2020, como consecuencia tanto de los efectos generados por el estallido social ocurrido en nuestro país a partir del 18 de octubre de 2019 como del virus Covid-19, Enjoy se sometió a un exitoso procedimiento concursal de reorganización judicial para reestructurar su pasivo, el cual terminó el año 2022 luego de haberse cumplido con el objeto y las obligaciones contenidas en dicho acuerdo de reorganización. Dicho procedimiento fue declarado como terminado en virtud de la resolución dictada con fecha 24 de febrero de 2022 por el 8° Juzgado Civil de Santiago, ello en causa tramitada bajo el rol C-6689-2020.

## II.   EN LA ACTUALIDAD, ENJOY PRESENTA PROBLEMAS DE LIQUIDEZ.

Lamentablemente, sin perjuicio que la Sociedad logró cumplir con sus obligaciones bajo el acuerdo de reorganización anterior y, consecuentemente, poner término a sus obligaciones bajo el mismo en los términos ya explicados, la situación de la industria y de la economía fue distinta a aquella proyectada el año 2020, lo cual ha generado problemas de caja y liquidez en Enjoy.

En primer lugar, Enjoy sufrió profundamente las consecuencias de la postergación del levantamiento de las restricciones sanitarias que afectaban a la industria de casinos y entretenimiento producto de la pandemia del Covid-19, las que se extendieron hasta el tercer trimestre del año 2022. Dentro de los diversos sectores de la economía, la industria de casinos sufrió las consecuencias de la postergación del levantamiento de las restricciones sanitarias que la afectaban durante más tiempo que otras áreas. En Chile, recién en el segundo trimestre del año 2022 se levantó el aforo limitado, para solo en el tercer trimestre del año 2022 permitirse el consumo de alimentos y bebidas en casinos, así como poder habilitar el 100% de las máquinas tragamonedas y poder levantar otros protocolos sanitarios aplicables. Todo lo anterior tuvo grandes repercusiones por cuanto en los segmentos de clientes de mayor valor para Enjoy, la confianza tardó en recuperarse después de levantadas las restricciones sanitarias, lo cual afectó la frecuencia de las visitas y, consecuentemente, la recuperación de los ingresos en 2020 y 2021.

Adicionalmente, se presentó un aumento de los costos debido al inesperado y significativo aumento de la inflación lo que impactó negativamente en la estructura de costos de la Sociedad. Al respecto, solo cabe decir que la inflación acumulada en Chile desde el año 2021 a la fecha ha sido de más de 26%, mientras que los ingresos del negocio principal de Enjoy, el negocio de juego, no son directamente reajustables de acuerdo a tal variación.

Cabe tener presente que hoy en día la Sociedad lleva una fuerte carga financiera, diseñada en base a una proyección de recuperación de la industria distinta a la que finalmente ocurrió, lo que ha traído consecuencias en su liquidez y posibilidades de operación.

Debido a los problemas de liquidez que enfrenta Enjoy, esta no ha podido desarrollar proyectos para mejorar la rentabilidad operacional, ha debido restringir inversiones (incluyendo mejoras operacionales que están siendo implementadas por la competencia de Enjoy), así como tampoco ha podido fortalecer su posición financiera debido a la fuerte carga financiera que mantiene.

Por todo lo anterior, y especialmente la postergación de la recuperación de los ingresos producto de la extensión de las restricciones sanitarias producto de la pandemia y el aumento inesperado de la inflación, que afectó de forma casi transversal la estructura de costos de la Sociedad, afectando la capacidad de la Sociedad para generar un flujo de caja estable y consistente, la proyección de recuperación económica de Enjoy se vio fuertemente alterada, y, en la realidad, la Sociedad ha sufrido una restricción de liquidez significativa, debido al déficit de EBITDA y a un mercado de capitales altamente restringido para buscar fondos adicionales, lo que tiene en riesgo el cumplimiento de sus obligaciones con los acreedores.

III.   EN VIRTUD DE LO ANTERIOR, ENJOY SOLICITA EL INICIO DE UN PROCEDIMIENTO CONCURSAL DE REORGANIZACIÓN JUDICIAL.

En virtud de lo expuesto, entendiendo que es una decisión difícil pero necesaria y efectiva para la continuidad de la Sociedad, conforme a los artículos 54 y siguientes de la Ley N°20.720, Enjoy solicita el inicio de un Procedimiento Concursal de Reorganización Judicial, para que junto a sus acreedores logren un acuerdo, reestructurando sus pasivos y activos, permitiéndosele continuar desarrollando su negocio, cumpliendo con sus compromisos con sus acreedores y las comunidades donde se encuentran emplazadas sus actividades.

Por tanto,

**A S.S. respetuosamente pedimos:** Tener por presentada la solicitud de inicio de procedimiento concursal de Reorganización Judicial de Enjoy, ya individualizada y, en definitiva, acogerla a tramitación conforme a los artículos 54 y siguientes de la Ley N°20.720.

**PRIMER OTROSÍ**: Solicitamos a S.S. tener por acompañada, con citación, declaración jurada simple suscrita por don Esteban Rigo-Righi Baillie, en su calidad de representante legal de la

Sociedad, que incluye los antecedentes exigidos por los artículos 55 y 56 de la Ley N°20.720, esto es:

a. <u>Anexo 1</u>: Relación de todos los bienes de Enjoy, con expresión de su avalúo comercial, del lugar en que se encuentran, de los gravámenes que los afectan, e indicación de los bienes que tienen la calidad de esenciales para su giro;

b. <u>Anexo 2</u>: Relación de todos aquellos bienes de terceros constituidos en garantía en favor de Enjoy e indicación de aquellos que tienen calidad de esenciales para el giro;

c. <u>Anexo 3</u>: Relación de todos aquellos bienes que se encuentran en poder de Enjoy en una calidad distinta a la de dueña de estos;

d. <u>Anexo 4</u>: Certificado del estado de deudas de Enjoy con expresión del nombre, domicilio y correo electrónico de los acreedores; de la naturaleza de los respectivos títulos, y del monto de sus créditos y porcentaje que cada uno representa en el total del pasivo, con expresión de los tres mayores acreedores, excluidas las personas relacionadas; emitido por el auditor externo don Juan Pablo Tejerina Olivares, auditor externo inscrito bajo el N°603 del Registro de Inspectores de Cuentas y Auditores Externos de la Comisión para el Mercado Financiero, que certifica la estructura de los pasivos de la Sociedad, al 31 de diciembre de 2023; y

e. <u>Anexo 5</u>: Balance al 31 de diciembre de 2023 que corresponde tanto al balance al último ejercicio de Enjoy como al balance provisorio con una fecha de cierre no superior a cuarenta y cinco días anteriores a esta presentación. Hacemos presente que, atendido que la fecha de cierre es la misma, se acompaña un solo documento que cumple con ambos requerimientos.

Adicionalmente, para facilitar su revisión, acompañamos versión digital del Anexo 4, correspondiente al certificado de estado de deudas de Enjoy emitido por el auditor externo.

**SEGUNDO OTROSÍ**: Que, en cumplimiento de lo dispuesto por el inciso 5° del artículo 6° de la Ley N°20.720, indicamos como medio de contacto y notificación los siguientes correos electrónicos:

- mbarahona@moralesybesa.cl
- jieymin@moralesybesa.cl
- jlvial@moralesybesa.cl
- apons@moralesybesa.cl
- vmartinez@moralesybesa.cl

**TERCER OTROSÍ:** Que, atendida la naturaleza del proceso concursal, y para evitar perjuicios en el tiempo que media entre esta presentación y la dictación de la Resolución de Reorganización, solicitamos a S.S. se sirva disponer la reserva de la presente causa en el sistema electrónico del Poder Judicial hasta la dictación de la Resolución de Reorganización.

**CUARTO OTROSÍ**: Solicitamos a S.S. tener presente que, de conformidad a lo dispuesto en el artículo 22, inciso cuarto, de la Ley 20.720, proponemos los siguientes Veedores titulares y suplentes, respectivamente, todos los cuales forman parte de la Nómina de Veedores, se encuentran vigentes a esta fecha y ejercen sus funciones en la región correspondiente al presente Tribunal:

Veedores Titulares:
   a) Patricio Ricardo Jamarne Banduc,
   b) Nicolás Mena Letelier,
   c) Daniela Elena Camus Astorquiza.

Veedores Suplentes:
   a) Juan Ignacio Jamarne Torres,
   b) Enrique Marco Antonio Ortiz D'Amico,
   c) César Gabriel Ortiz D'Amico.

**QUINTO OTROSÍ**: Sírvase S.S. tener presente que nuestra personería para representar a la Sociedad, consta del mandato judicial otorgado por escritura pública de fecha 11 de enero de 2024, otorgada en la 34º Notaría de Santiago de don Eduardo Diez Morello, e inscrita bajo el repertorio N°607-2024, cuya **copia con firma electrónica avanzada** se acompaña en este mismo acto, con citación.

**SEXTO OTROSÍ**: Solicitamos a S.S. tener presente que, en nuestra calidad de abogados habilitados para el ejercicio de la profesión, asumiremos personalmente el patrocinio y poder en estos autos, con las facultades que nos fueron conferidas en el mandato judicial acompañado en el cuarto otrosí de esta presentación, incluidas las facultades contenidas en ambos incisos del artículo 7° del Código de Procedimiento Civil, las que se dan por expresamente reproducidas.

Asimismo, en el referido mandato judicial se nos han otorgado expresamente todas y cada una de las facultades requeridas por la Ley N°20.720 para comparecer en todo tipo de procedimientos concursales, en especial para proponer, conocer, modificar y adoptar acuerdos de reorganización judicial, y asistir y votar en las audiencias y/o juntas de acreedores que se celebren con motivo de la tramitación del presente procedimiento.

Finalmente, venimos en delegar poder a las abogadas habilitadas para el ejercicio de la profesión doña **Arantza Paz Pons Letelier**, cédula nacional de identidad N°18.291.769-9, y doña **Vanessa Virginia Martínez Aravena,** cédula nacional de identidad N° 19.522.727-6, de nuestro mismo domicilio, ello con todas las facultades contenidas en ambos incisos del artículo 7° del Código de Procedimiento Civil, las que se dan por expresamente reproducidas y, además, se les delegan todas las facultades requeridas por la Ley N°20.720 para comparecer en todo tipo de procedimientos concursales, en especial para proponer, conocer, modificar y adoptar acuerdos de reorganización judicial, y asistir y votar en las audiencias y/o juntas de acreedores que se celebren con motivo de la tramitación del presente procedimiento.

MYRIAM VERONICA BARAHONA AGUIRRE
Firmado digitalmente por MYRIAM VERONICA BARAHONA AGUIRRE
Fecha: 2024.01.29 19:51:20 -03'00'

Juan Ignacio Eymin Ahumada
Firmado digitalmente por Juan Ignacio Eymin Ahumada
Fecha: 2024.01.29 19:53:31 -03'00'

Arantza Paz Pons Letelier
Firmado digitalmente por Arantza Paz Pons Letelier
Fecha: 2024.01.29 19:55:34 -03'00'

Juan Luis Vial Hurtado
Firmado digitalmente por Juan Luis Vial Hurtado
Fecha: 2024.01.29 19:59:45 -03'00'

Vanessa Martínez Aravena
Firmado digitalmente por Vanessa Martínez Aravena
Fecha: 2024.01.29 20:01:55 -03'00'



**PODER JUDICIAL**
REPÚBLICA DE CHILE

JUZGADO      : 8º Juzgado Civil de Santiago
CAUSA ROL    : C-1590-2024
CARATULADO   : /ENJOY S.A.

MANDATO CON F.E.A.

Santiago, a 30 de enero de 2024:

Por medio del presente, se certifica mandato conferido por:

| NOMBRE | CEDULA DE IDENTIDAD | EN REPRESENTACIÓN DE | RUT | TIPO DE LITIGANTE |
|---|---|---|---|---|
| null | - | ENJOY S.A. | 96970380-7 | Deudor |

con firma electrónica avanzada a los abogados(as) y/o apoderados, con las facultades que por cada uno de ellos se indican:

| NOMBRE | CEDULA DE IDENTIDAD | TIPO LITIGANTE | PODER |
|---|---|---|---|
| ARANTZA PAZ PONS LETELIER | 18291769-9 | Apoderado Deudor | Amplio, Incisos 1° y 2°, del Artículo 7° del Código de Procedimiento Civil |
| VANESSA VIRGINIA MARTÍNEZ ARAVENA | 19522727-6 | Apoderado Deudor | Amplio, Incisos 1° y 2°, del Artículo 7° del Código de Procedimiento Civil |
| MYRIAM VERÓNICA BARAHONA AGUIRRE | 13274778-4 | Abogado del deudor | Amplio, Incisos 1° y 2°, del Artículo 7° del Código de Procedimiento Civil |
| JUAN IGNACIO EYMIN AHUMADA | 15605089-K | Abogado del deudor | Amplio, Incisos 1° y 2°, del Artículo 7° del Código de Procedimiento Civil |
| JUAN LUIS VIAL HURTADO | 17407809-2 | Abogado del deudor | Amplio, Incisos 1° y 2°, del Artículo 7° del Código de Procedimiento Civil |

Este documento tiene firma electrónica y su original puede ser validado en http://verificadoc.pjud.cl
Código: YLXEXLTKHEN

Observaciones: Sin Observaciones.

Ministro de Fe del Tribunal:



**Cristian Andrés Badilla Aguirre**
Secretario
PJUD
Treinta de enero de dos mil veinticuatro
09:23 UTC-3

Este documento tiene firma electrónica y su original puede ser validado en http://verificadoc.pjud.cl

Código: YLXEXLTKHEN

| | | |
|---|---|---|
| **NOMENCLATURA** | : 1. [645]Cumpla art. 56 | |
| **JUZGADO** | : 8º Juzgado Civil de Santiago | |
| **CAUSA ROL** | : C-1590-2024 | |
| **CARATULADO** | : /ENJOY S.A. | |

Santiago,  treinta  de Enero de dos mil veinticuatro.

**Al escrito por OJV de 29/01/24 (folio 1):**
A lo principal: Para proveer, espérese el recibo del certificado de nominación del veedor desde la Superintendencia de Insolvencia y Reemprendimiento.
Al primer otrosí: Por acompañados los documentos, con citación.
Al segundo otrosí: Téngase presente la dirección de correo electrónico y medio de notificación.
Al tercer otrosí: Atendido que de la propia naturaleza del proceso; y, el hecho de que la empresa solicitante, por su naturaleza, se encuentra sujeta a un principio de publicidad de sus actos, no ha lugar por improcedente.
Al cuarto otrosí: Téngase presente.
Al quinto otrosí: Por acompañada copia de personería, con citación.
Al sexto otrosí: Téngase presente.

En **Santiago,** a **treinta  de Enero de dos mil veinticuatro,** se notificó por el estado diario, la resolución precedente.



**Isabel Melissa Eyzaguirre Flores**
Juez
PJUD
Treinta de enero de dos mil veinticuatro
10:49 UTC-3

Este documento tiene firma electrónica y su original puede ser validado en http://verificadoc.pjud.cl

Código: XQLTXLXBLGN

**ANEXO I**
**CERTIFICADO DE DEUDAS**
**PROCEDIMIENTO CONCURSAL DE REORGANIZACIÓN JUDICIAL**

Con fecha 29 de Enero de 2024, yo, Juan Pablo Tejerina Olivares, Contador Auditor / Inspector de Cuentas, Cédula de Identidad N° 11.861.382-1, inscrito en el Registro de Inspectores de Cuentas y Auditores Externos bajo el número 603 y/o en representación de la empresa GNT Auditores Limitada inscrita en el Registro de Empresas de Auditoría Externa de la Comisión para el Mercado Financiero N°604, para los efectos de lo dispuesto en el artículo 55, en concordancia con el N.° 4 y 5 del artículo 56 de la Ley N.° 20.720 y, en relación a la solicitud del Procedimiento Concursal de Reorganización Judicial, CERTIFICO que, conforme a la información considerada en el Balance Provisorio al 31 de diciembre de 2023 suministrado por el deudor, los acreedores que se singularizan a continuación, tanto en su individualización como en sus respectivos montos son acreedores de Enjoy S.A.

**I. Información de Pasivos**

**ACREEDORES FINANCIEROS**

| Nº | ACREEDOR | Domicilio | Dato de contacto del acreedor o de su Representante Legal | Naturaleza del crédito | Monto $ | Porcentaje del total del pasivo | Porcentaje del total del pasivo. Sin Empresas Relacionadas | Avalúo Comercial del bien garantizado con prenda o hipoteca, e individualización de la garantía |
|---|---|---|---|---|---|---|---|---|
| 1 | BANCO INTERNACIONAL S.A. | Avenida Apoquindo 6750, Piso 16 | ir@internacional.cl | PRESTAMO BANCARIO | 5.328.061.727 | 1,65797% | 2,02115% | GARANTIA BANCO INTERNACIONAL (1) |
| 2 | BANCO INTERNACIONAL S.A. | Avenida Apoquindo 6750, Piso 16 | ir@internacional.cl | PRESTAMO BANCARIO | 3.024.553.159 | 0,94117% | 1,14733% | |
| 3 | BANCO INTERNACIONAL S.A. | Avenida Apoquindo 6750, Piso 16 | ir@internacional.cl | PRESTAMO BANCARIO | 7.778.335.323 | 2,42044% | 2,95063% | |
| 1 | **SUBTOTAL BANCO INTERNACIONAL** | | | | **16.130.950.209** | **5,01957%** | **6,11911%** | |
| | **TOTAL:** | | | | **16.130.950.209** | | | |

**(1) GARANTIA CREDITO BANCO INTERNACIONAL**:

**/I/** Hipoteca y prohibición de gravar y enajenar sobre el Lote A Uno, constituida por escritura pública de fecha 30 de septiembre de 2022, en la Notaría de Santiago de don Eduardo Javier Diez Morello, bajo el repertorio número 16.319-2022. El título de dominio se encuentra inscrito a nombre de Enjoy S.A. a fojas 583 N°1164 del registro Propiedad Conservador Bienes Raíces Pucón del año 2022.

**/II/** Hipoteca y prohibición de gravar y enajenar sobre el Lote A Dos, constituida por escritura pública de fecha 30 de septiembre de 2022, en la Notaría de Santiago de don Eduardo Javier Diez Morello, bajo el repertorio número 16.319-2022Lote A Dos. El título de dominio se encuentra inscrito a nombre de Enjoy S.A. a fojas 584 N°1165 del registro Propiedad Conservador Bienes Raíces Pucón del año 2022. Ambos lotes de terreno más construccion edificio Casino de Pucón avaluado en UF 410.581.

**/III/** Hipoteca y prohibición de gravar y enajenar, constituida por escritura pública de fecha 30 de septiembre de 2022, en la Notaría de Santiago de don Eduardo Javier Diez Morello, bajo el repertorio número 16.049-2022. sobre los locales números Uno, Dos, Tres, Cuatro, Cinco, Seis, Siete y de los departamentos números Doscientos Cincuenta y Uno, Doscientos Cincuenta y Dos, Doscientos Cincuenta y Tres, Doscientos Cincuenta y Cuatro, Trescientos Cincuenta y Uno, Trescientos Cincuenta y Dos , Trescientos Cincuenta y Tres, Trescientos Cincuenta y Cuatro, Cuatrocientos Cincuenta y Uno, Cuatrocientos Cincuenta y Dos, Cuatrocientos Cincuenta y Tres, Cuatrocientos Cincuenta y Cuatro, Quinientos Cincuenta y Uno, Quinientos Cincuenta y Dos, Quinientos cincuenta y Tres, Quinientos Cincuenta y Cuatro, Seiscientos Cincuenta y Uno, Seiscientos Cincuenta y Dos, Seiscientos Cincuenta y Tres y Seiscientos Cincuenta y Cuatro, todos del Edificio denominado Condominio III Gran Hotel de Pucón, ubicado en calle Clemente Holzapfel número trescientos noventa de la ciudad de Pucón. Avaluado comercialmente en UF 177.450.

**/IV/** Prendas sin desplazamiento de primer grado, prohibiciones de gravar y enajenar y mandato sobre los créditos en dinero que emanan para el Deudor bajo el Contrato de Transbank de las sociedades Casino del Lago S.A. y Casino del Mar S.A., ambas otorgadas por escrituras públicas de fecha 30 de septiembre de 2022, en la Notaría de Santiago de don Eduardo Javier Diez Morello, bajo los repertorios números 16.050-2022 y 16.052-2022; y prendas sin desplazamiento de primer grado y prohibiciones de gravar y enajenar sobre los dineros depositados o a ser depositados en las cuentas corrientes bancarias denominadas en pesos, abiertas en Banco Internacional a nombre de Casino del Lago S.A. y Casino del Mar S.A., ambas otorgadas por escrituras públicas de fecha 30 de septiembre de 2022, en la Notaría de Santiago de don Eduardo Javier Diez Morello, bajo los repertorios números 16.051-2022 y 16.053-2022. Avalúo comercial $ 1.416.605.071.

**/V/** Prenda sin desplazamiento de primer grado, prohibiciones de gravar y enajenar y mandato sobre los créditos que emanan para Enjoy S.A. bajo el contrato de arrendamiento con Casino del Lago S.A. respecto de los inmuebles de su propiedad denominados Lote A Uno y Lote A Dos, constituida por escritura pública de fecha 30 de septiembre de 2022, en la Notaría de Santiago de don Eduardo Javier Diez Morello, bajo el repertorio número 16.054-2022. Valor renta mensual UF 1.435.

**TOTAL AVALÚO GARANTÍAS: CLP $ 23.102.714.508.-**

**OBLIGACIONES CON EL PUBLICO CON GARANTIA**

| Nº | ACREEDOR | Representante Tenedores de Bono | Domicilio | Dato de contacto del acreedor o de su Representante Legal | Naturaleza del crédito | Monto $ | Porcentaje del total del pasivo | Porcentaje del total del pasivo. Sin Empresas Relacionadas | Avalúo Comercial del bien garantizado con prenda o hipoteca, e individualización de la garantía |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Tenedores de Bonos | UMB BANK N.A. | 1008 Oak Street, Kansas City, MO 64106 | Ray Haniff, ray.haniff@umb.com | BONO INTERNACIONAL EMITIDO EN USA, al amparo de la norma 144 A regulacion S de la SEC | 201.450.373.329 | 62,68664% | 76,41813% | GARANTIA TENEDORES DE BONO INTERNACIONAL (2) |
| | **TOTAL:** | | | | | **201.450.373.329** | **62,68664%** | **76,41813%** | |

**(2) GARANTIA TENEDORES DE BONO INTERNACIONAL**:

**/I/** Hipoteca y prohibición de gravar y enajenar constituida por escritura pública de fecha 30 de septiembre de 2020, en la Notaría de Santiago de don Roberto Antonio Cifuentes Allel, bajo el repertorio número 8.026-2020, sobre inmueble Casino de Coquimbo y Hotel de la Bahía, ROL de avalúo 904-006, Dirección: Av. Peñuelas Norte N°56 ciudad de Coquimbo, Comuna Coquimbo, Region de Coquimbo, avaluado comercialmente en UF 1.447.904.

**/II/** Hipoteca y prohibición de gravar y enajenar constituida por escritura pública de fecha 30 de septiembre de 2020, en la Notaría de Santiago de don Roberto Antonio Cifuentes Allel, bajo el repertorio número 8.027-2020, sobre Sitio Eriazo, ROL de Avalúo 00002-00003, Dirección Lincoyan LT B, Comuna de Pucón, avaluado comercialmente en UF 10.070.

**/III/** Hipoteca y prohibición de gravar y enajenar constituida por escritura pública de fecha 30 de septiembre de 2020, en la Notaría de Santiago de don Roberto Antonio Cifuentes Allel, bajo el repertorio número 8.027-2020, sobre Inmueble Gran Hotel Pucón, Rol de Avaluo 00003-00001, Direccion Holzapfel 190, Comuna de Pucón, avaluado comercialmente en UF 668.650.

**/IV/** Hipoteca y prohibición de gravar y enajenar constituida por escritura pública de fecha 30 de septiembre de 2020, en la Notaría de Santiago de don Roberto Antonio Cifuentes Allel, bajo el repertorio número 8.027-2020, sobre Inmueble Casino de Pucón, ROL de Avalúo 00025-00001, Dirección Pedro de Valdivia 431, Comuna de Pucón.

**/V/** Hipoteca y prohibición de gravar y enajenar constituida por escritura pública de fecha 30 de septiembre de 2020, en la Notaría de Santiago de don Roberto Antonio Cifuentes Allel, bajo el repertorio número 8.027-2020 sobre Terreno y Cabañas de Trabajadores, ROL de Avalúo 00060-00014 y 00060-00015, Dirección Variante Camino Internacional Manzana 8 Villa Las Araucarias, avaluado comercialmente en UF 15.937.

**/VI/** Prenda comercial y prohibición de gravar y enajenar constituida por escritura pública de fecha 30 de septiembre de 2020, en la Notaría de Santiago de don Roberto Antonio Cifuentes Allel, bajo el repertorio número 8.024-2020, sobre 30.871 acciones de la sociedad Inmobiliaria Proyecto Integral Coquimbo Spa. de propiedad de la sociedad Inversiones Inmobiliarias Enjoy Spa., y prenda comercial sobre 2 acciones de la sociedad Inmobiliaria Proyecto Integral Coquimbo Spa. de propiedad de la sociedad Enjoy S.A. Avaluadas comercialmente en UF 1.286.672

**/VII/** Prenda comercial y prohibición de gravar y enajenar constituida por escritura pública de fecha 30 de septiembre de 2020, en la Notaría de Santiago de don Roberto Antonio Cifuentes Allel, bajo el repertorio número 8.025-2020 sobre 49.258 acciones de la sociedad Inmobiliaria Kuden Spa. de propiedad de la sociedad Inversiones Inmobiliarias Enjoy Spa., y prenda comercial sobre 225 acciones de la sociedad Inmobiliaria Kuden Spa. de propiedad de la sociedad Enjoy S.A. Avaluadas comercialmente en UF 1.049.697.

**/VIII/** Prenda comercial y prohibición de gravar y enajenar constituida por escritura pública de fecha 30 de septiembre de 2020, en la Notaría de Santiago de don Roberto Antonio Cifuentes Allel, bajo el repertorio número 8.023-2020, sobre 5.813 acciones de la sociedad Enjoy Consultora S.A. de propiedad de la sociedad Enjoy Gestión Limitada, y prenda comercial sobre 1 acción de la sociedad Enjoy Consultora S.A. de propiedad de la sociedad Enjoy S.A. Avluadas comercialmente en CLP $ 663.361.212.-

**/IX/** Prenda comercial sobre 418.916.276 acciones Clase A de la sociedad Uruguaya Baluma S.A. de propiedad de la sociedad chilena Inversiones Enjoy Spa., y contrato de fideicomiso sobre 449.105 acciones Clase B de la sociedad uruguaya Baluma S.A. de propiedad de la sociedad chilena Enjoy Consultora S.A. Avaluadas comercialmente en USD $ 258 millones de dólares.

**/X/** Prenda sin desplazamiento de primer grado, prohibiciones de gravar y enajenar y mandato sobre los créditos en dinero que emanan para Casino de la Bahía S.A. bajo el contrato con Transbank S.A., constituida mediante escritura pública de fecha 17 de febrero de 2023, en la Notaría de Santiago de don Álvaro González Salinas, bajo el repertorio número 5.944-2023 y prenda sin desplazamiento de primer grado y prohibiciones de gravar y enajenar otorgada por Casino de la Bahía S.A. respecto de los dineros depositados o a ser depositados en la cuenta corriente bancaria denominada en pesos, abierta en Banco de Crédito e Inversiones a nombre de Casino de la Bahía S.A., constituida mediante escritura pública de fecha 17 de febrero de 2023, en la Notaría de Santiago de don Álvaro González Salinas, bajo el repertorio número 5.942-2023. Avalúo comercial $ 407.684.947.

**TOTAL AVALÚO GARANTÍAS: CLP $ 313.616.471.150.-**

## OBLIGACIONES CON EL PÚBLICO SIN GARANTÍA

| N° | ACREEDOR | Representante Tenedores de Bonos | Domicilio | Dato de contacto del acreedor o de su Representante Legal | Naturaleza del crédito | Monto $ | Porcentaje del total del pasivo | Porcentaje del total del pasivo. Sin Empresas Relacionadas | Aviso Comercial del bien garantizado con prenda o hipoteca, e individualización de la garantía |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Tenedores de Bono Nacional Línea inscrita bajo el número 1060 del Registro de Valores de la Comisión para el Mercado Financiero, 14 de enero de 2021. | Banco de Chile | Paseo Ahumada 251, Santiago | Cristobal Larrain Santander, clarrain@bancochile.cl | BONO NACIONAL SERIE S | 41.967.319.677 | 13,0592% | 15,9186?% | NO APLICA |
| 2 | Tenedores de Bono Nacional Línea inscrita bajo el número 1060 del Registro de Valores de la Comisión para el Mercado Financiero, 22 de febrero de 2021. | Banco de Chile | Paseo Ahumada 251, Santiago | Cristobal Larrain Santander, clarrain@bancochile.cl | BONO NACIONAL SERIE T | 523.156 | 0,0002% | 0,0002% | NO APLICA |
| | TOTAL | | | | | 41.967.842.833 | 13,0594% | 15,9207% | |

(I) A la última fecha de pago de intereses, esto es 14 de agosto de 2023, formaban parte de los tenedores de bonos, los accionistas de la sociedad, Euroamerica Seguros de Vida S.A. y Penta Vida Compañía de Seguros de Vida S.A., en un 26,7% y 14,6% del total del bono, respectivamente. Desconocemos si a la fecha mantienen tal participación.

## TOTAL ACREEDORES FINANCIEROS

| N° | ACREEDOR | Domicilio | Dato de contacto del acreedor o de su Representante Legal | Naturaleza del crédito | Monto $ | Porcentaje del total del pasivo | Porcentaje del total del pasivo. Sin Empresas Relacionadas | Aviso Comercial del bien garantizado con prenda o hipoteca e individualización de la garantía |
|---|---|---|---|---|---|---|---|---|
| 1 | BANCO INTERNACIONAL, S.A. | Avenida Apoquindo 6750, Piso 16 | kf@internacional.cl | PRÉSTAMO BANCARIO | 16.130.950.209 | 5,0195% | 6,1181?% | GARANTÍA EN TENEDORES DE BONO INTERNACIONAL |
| 2 | UMB BANK N.A. | 1008 Oak Street, Kansas City, MD 64106 | Ray Haloff, ray.haloff@umb.com | BONO INTERNACIONAL EMITIDO EN USA, al amparo de la norma 144-A regulation S de la SEC | 207.450.373.329 | 62,8868% | 78,4181% | NO APLICA |
| 3 | Banco de Chile | Paseo Ahumada 251, Santiago | Cristobal Larrain Santander, clarrain@bancochile.cl | BONOS NACIONALES | 41.967.842.833 | 13,0594% | 15,5000?% | GARANTÍA BANCO INTERNACIONAL |
| | TOTAL ACREEDORES FINANCIEROS | | | | 265.549.166.371 | 80,7692% | 98,4373?% | |

## CUENTAS POR PAGAR A PROVEEDORES

| N° | ACREEDOR | Domicilio | Dato de contacto del acreedor o de su Representante Legal | Naturaleza del crédito | Monto $ | Porcentaje del total del pasivo | Porcentaje del total del pasivo. Sin Empresas Relacionadas | Aviso Comercial del bien garantizado con prenda o hipoteca, e individualización de la garantía |
|---|---|---|---|---|---|---|---|---|
| 1 | CLARO Y COMPAÑÍA | Gertrudis Echeñique 30, piso 3, Las Condes, Santiago | Felipe Larraín, flarrain@claro.cl | FACTURAS | 437.783.960 | 0,1362% | 0,1660?% | NO APLICA |
| 2 | KPMG AUDITORES CONSULTORES LTDA. | Av. Presidente Riesco 5685, Piso 15, Las Condes, Santiago | Jose Recio, joseberni@kpmg.Com | FACTURAS | 24.144.024 | 0,0075% | 0,0092% | NO APLICA |
| 3 | MORALES Y BESA ABOGADOS LIMITADA | Isidora Goyenechea 3477, Las Condes, Santiago | Myriam Bahamondes A., mbahamondes@mybabogados.cl | FACTURAS | 29.790.087 | 0,0092% | 0,0113?% | NO APLICA |
| 4 | D.C.V. REGISTROS S.A. | Huérfanos 770 Piso 22, Santiago, Santiago | Milton Delgado, mdelgado@dcv.cl | FACTURAS | 9.662.960 | 0,0030% | 0,0037?% | NO APLICA |
| 5 | CAREY Y CÍA. LTDA. | Isidora Goyenechea 2800, OF 4201 Piso 42, Las Condes, Santiago | Salvador Valdés, Svaldes@carey.cl | FACTURAS | 17.189.520 | 0,0053% | 0,0065% | NO APLICA |
| 6 | BM ABOGADOS LIMITADA | Andrés BELLO 2711 OF 801 Las Condes | Rodrigo Saffirio, rsaffirio@bmfirm.cl | FACTURAS | 11.024.397 | 0,0034% | 0,0042?% | NO APLICA |
| 7 | DELOITTE AUDITORES Y CONSULTORES | Rosario Norte 407, (Piso 4-5-6-7 y 8), Las Condes, Santiago | Maria Hernandez Hernandez, mahernandez@deloitte.com | INVOICE | 10.091.080 | 0,0031% | 0,0038?% | NO APLICA |
| 8 | BOLSA DE COMERCIO DE SANTIAGO | Bandera 63 - Santiago Centro | ccruz@bolsadesantiago.com | FACTURAS | 5.366.453 | 0,0016% | 0,0020% | NO APLICA |
| 9 | BARAHONA MARSHALL Y COMPAÑÍA LIMITADA | Avenida Costanera Sur 2730 Oficina 1201, Las Condes, Santiago | Juan Pablo Baraona, jpbaraona@baraona.cl | FACTURAS | 4.787.220 | 0,0015% | 0,0018?% | NO APLICA |
| 10 | CHI CLASIFICADORA DE RIESGO LIMITADA | Local LA02 CONDES, SANTIAGO | operations@chi.cl | FACTURAS | 6.469.260 | 0,0020% | 0,0024?% | NO APLICA |
| 11 | FITCH RATINGS INC. | 33 Whitehall Street New York, NY 10004 | vanessa.vega@fitchratings.com | INVOICE | 52.627.200 | 0,0163% | 0,0199?% | NO APLICA |
| 12 | RITSN,INC INC. | 622 3rd Ave 13th Floor New York, NY 10017 | accounts_receivable@ritsn.com | INVOICE | 1.403.392 | 0,0004% | 0,0005% | NO APLICA |
| 13 | PUGLISI ASSOCIATES | 850 LIBRARY AVENUE, SUITE 204 NEWARK, DELAWARE 19711 | apuglisi@puglisiasc.com | INVOICE | 2.741.000 | 0,0008% | 0,0010?% | NO APLICA |
| 14 | RODALLIER JEWELL | 208 106 Fillmore Street | riveljewell@outlook.com | INVOICE | 22.805.120 | 0,0070% | 0,0085% | NO APLICA |
| 15 | FACTSET RESEARCH SYSTEMS INC | 45 Glover Ave, Norwalk, CT 06850 | vphilip@factset.com | INVOICE | 78.818 | 0,0000% | 0,0000% | NO APLICA |
| 16 | INVERSIONES CORBES, SPA. | AV PDTE RIESGO 5711 1501 LAS CONDES | pablo.echeverria@corbes.cl | FACTURAS | 90.010.097 | 0,0280% | 0,0341?% | NO APLICA |
| | TOTAL | | | | 725.939.988 | 2,2590% | 0,2759% | |

## CUENTAS POR PAGAR A EMPRESAS RELACIONADAS

| N° | ACREEDOR | Domicilio | Dato de contacto del acreedor o de su Representante Legal | Naturaleza del crédito | Monto $ | Porcentaje del total del pasivo | Porcentaje del total del pasivo. Sin Empresas Relacionadas | Aviso Comercial del bien garantizado con prenda o hipoteca, e individualización de la garantía |
|---|---|---|---|---|---|---|---|---|
| 1 | ENJOY GESTIÓN LIMITADA | AV PRESIDENTE RIESCO 5711, OF. 1501 | mauricio.lopez@enjoy.cl | FACTURA Y CUENTA CORRIENTE MERCANTIL | 54.938.754.271 | 17,0454% | 20,8025?% | NO APLICA |
| 2 | CASINO DE PUERTO VARAS S.A. | KLENNER N°740 PUERTO VARAS | mauricio.lopez@enjoy.cl | PRÉSTAMO Y APORTE POR ENTERAR | 2.096.355.000 | 0,6520% | 0,7948% | NO APLICA |
| 3 | INVERSIONES INMOBILIARIAS ENJOY SPA | AV. PRESIDENTE RIESCO 5711, OF. 1501 | mauricio.lopez@enjoy.cl | RECONOCIMIENTO DE DEUDA | 387.182.646 | 0,1204% | 0,1468?% | NO APLICA |
| 4 | BALUMA S.A. | RAMBLA CLAUDIO WILLIMAN PARADA 4 C.P. 20100 - Punta del Este, Maldonado, Uruguay | mauricio.lopez@enjoy.cl | FACTURAS | 315.367.689 | 0,0981% | 0,1196?% | NO APLICA |
| 5 | OPERACIONES INTEGRALES CHACABUCO S.A. | AV PDTE. RIESCO 5711 1501 LAS CONDES | mauricio.lopez@enjoy.cl | FACTURA | 1.000.000 | 0,0003% | 0,0003% | NO APLICA |
| 6 | ENJOY CONSULTORA S.A. | AV PDTE. RIESCO 5711 1501 LAS CONDES | mauricio.lopez@enjoy.cl | REEMBOLSO | 57.434 | 0,0000% | 0,0000% | NO APLICA |
| 7 | CASINO DE LA BAHÍA S.A. | AVENIDA PERÚ 61 AL NORTE N°95 COQUIMBO | mauricio.lopez@enjoy.cl | APORTE POR ENTERAR | 2.300.000 | 0,0007% | 0,0009?% | NO APLICA |

| N° | ACREEDOR | DOMICILIO | Dato de contacto del acreedor o de su Representante Legal | Naturaleza del crédito | Monto $ | Porcentaje del total del pasivo | Porcentaje del total del pasivo, Sin Empresas Relacionadas | Avalúo Comercial del bien garantizado con prenda o hipoteca, e individualización de la garantía |
|---|---|---|---|---|---|---|---|---|
| 8 | CASINO DEL MAR S.A. | AVENIDA SAN MARTIN 199, VIÑA DEL MAR | marcelo.lagos@enjoy.cl | APORTE POR ENTERAR | 2.300.000 | 0,00077% | 0,00076% | NO APLICA |
| 9 | CASINO DEL LAGO S.A. | HOLZAPFEL 180, PUCON | marcelo.lagos@enjoy.cl | APORTE POR ENTERAR | 2.300.000 | 0,00077% | 0,00076% | NO APLICA |
| 10 | PIER-PAOLO ZACCARELLI FASCE | AV. PRESIDENTE RIESCO 5711, OF. 1901 | JUAN CATALAN@SARMAGLUNACO.. | BOLETA DE HONORARIOS | 13.643.533 | 0,00452% | 0,00451% | NO APLICA |
| 11 | LUIS OCTAVIO BOFILL GENZSCH | EL NUEVE 2366, Las Condes | lbofill@bofillmir.cl | BOLETA DE HONORARIOS | 10.914.826 | 0,00363% | 0,00361% | NO APLICA |
| 12 | ALDO CONO LEMA NAVARRO | ALSACIA 145, Las Condes | alema@navarroabogados.com | BOLETA DE HONORARIOS | 7.657.762 | 0,00254% | 0,00253% | NO APLICA |
| 13 | IGNACIO PÉREZ ALARCON | AV PURITAMA BAJA ALCALA 189 PISO LB 1055 1 GOLF MANQLLO BARNECHEA , LO BARNECHEA | igpalarcon@gmail.com | BOLETA DE HONORARIOS | 14.553.235 | 0,00483% | 0,00482% | NO APLICA |
| 14 | ANA MARÍA ORELLANA JOHNSON | AV. GOLF LOMAS LA DEHESA 10724, Lo Barnechea | anitaorellana@gmail.com | BOLETA DE HONORARIOS | 10.514.626 | 0,00349% | 0,00348% | NO APLICA |
| 15 | FERNANDO RODRÍGO OVIN | LAS CALADA 4410, Colina | frodrigov@gmail.com | BOLETA DE HONORARIOS | 9.077.843 | 0,00301% | 0,00300% | NO APLICA |
| 16 | JAIME MAYA VALENCIA | CAMINO LA VIÑA 1020/2, Las Condes | jamamaya.m@gmail.com | BOLETA DE HONORARIOS | 9.077.843 | 0,00301% | 0,00300% | NO APLICA |
| 17 | HENRY CORREA FIGUEROA | LOS GANSOS 13291 Las Condes | hcorreafigueroa@gmail.com | BOLETA DE HONORARIOS | 13.643.533 | 0,00452% | 0,00451% | NO APLICA |
| 18 | JORGE LESSER GARCIA HUIDOBRO | GRAN VIA 9107, Las Condes | jlesser@lesser.cl | BOLETA DE HONORARIOS | 10.906.037 | 0,00363% | 0,00361% | NO APLICA |
| | | | | | $7.748.080.478 | 2,16648% | | |

(*) No tiene saldo

**OTROS ACREEDORES, IMPUESTOS POR PAGAR**

| N° | ACREEDOR | Domicilio | Dato de contacto del acreedor o de su Representante Legal | Naturaleza del crédito | Monto $ | Porcentaje del total del pasivo | Porcentaje del total del pasivo, Sin Empresas Relacionadas | Avalúo Comercial del bien garantizado con prenda o hipoteca, e individualización de la garantía |
|---|---|---|---|---|---|---|---|---|
| 1 | TESORERÍA GENERAL DE LA REPÚBLICA | Teatinos 28, Santiago | chueto@tesoreria.cl | IT.E.P/PENDIENTE DE DECLARAR Y PAGAR | 1.876.448.964 | 0,55381% | 0,71181% | NO APLICA |
| 2 | TESORERÍA GENERAL DE LA REPÚBLICA | Teatinos 28, Santiago | chueto@tesoreria.cl | IMPUESTO ADICIONAL PENDIENTE DE DECLARAR Y PAGAR | 1.464.397.910 | 0,45569% | 0,55550% | NO APLICA |
| | **TOTAL** | | | | 3.340.846.874 | 1,03999% | 1,26732% | |

**ACREEDORES LABORALES**

| N° | Nombre del Acreedor | Domicilio | Dato de contacto del acreedor o de su Representante Legal | Naturaleza del crédito | Monto $ | Porcentaje del total del pasivo | Porcentaje del total del pasivo, Sin Empresas Relacionadas | Cuenta de Registro en Balance Provisorio o Estado Financiero |
|---|---|---|---|---|---|---|---|---|

No existen pasivos laborales.

**ACREEDORES PREVISIONALES**

| N° | Nombre del Acreedor | Domicilio | Dato de contacto del acreedor o de su Representante Legal | Naturaleza del crédito | Monto $ | Porcentaje del total del pasivo | Porcentaje del total del pasivo, Sin Empresas Relacionadas | Cuenta de Registro en Balance Provisorio o Estado Financiero |
|---|---|---|---|---|---|---|---|---|

No existen pasivos previsionales.

**RESUMEN FINAL**

| | | MONTO | Porcentaje del total del pasivo, Sin Empresas Relacionadas |
|---|---|---|---|
| II | ACREEDORES FINANCIEROS | 259.549.105.371 | 80,77% | 98,49% |
| III | PROVEEDORES | 725.559.955 | 0,23% | 0,28% |
| IV | EMPRESAS RELACIONADAS | 57.745.006.478 | 17,97% | 0,00% |
| V | OTROS ACREEDORES | 3.340.846.874 | 1,04% | 1,27% |
| VI | ACREEDORES LABORALES | 0 | 0 | |
| VII | ACREEDORES PREVISIONALES | 0 | 0 | |
| | **TOTAL** | **321.360.505.801** | **100,00%** | **100,00%** |

**II. Tres Mayores Acreedores**

**TRES MAYORES ACREEDORES**

| N° | ACREEDOR | Domicilio | Dato de contacto del acreedor o de su Representante Legal | Naturaleza del crédito | Monto $ | Porcentaje del total del pasivo | Porcentaje del total del pasivo, Sin Empresas Relacionadas | Avalúo Comercial del bien garantizado con prenda o hipoteca, e individualización de la garantía |
|---|---|---|---|---|---|---|---|---|
| 1 | Tenedores de Bono Internacional | 1008 Oak Street, Kansas City, MO 64106 | UMB BANK N.A. , Ray Haniff, ray.haniff@umb.com | BONO INTERNACIONAL EMITIDO EN USA, al amparo de la norma 144 A regulación S de la SEC | 201.450.373.329 | 62,69664% | 76,41813% | GARANTÍA TENEDORES DE BONO INTERNACIONAL |
| 2 | Tenedores de Bono Nacional Línea Inscrita bajo el número 1055 (Serie 3) del Registro de Valores de la Comisión para el Mercado Financiero 14 de enero de 2021 (I) | Paseo Ahumada 251, Santiago | Banco de Chile, Cristóbal Larraín Santander, clarrain@bancochile.cl | BONO NACIONAL SERIE S | 41.967.542.833 | 13,05547% | 15,90201% | NO APLICA |
| 3 | BANCO INTERNACIONAL, S.A. | Avenida Apoquindo 6750, Piso 15 | cl@internacional.cl | PRÉSTAMO BANCARIO | 16.130.002.209 | 5,01867% | 6,11511% | GARANTÍA BANCO INTERNACIONAL |
| | **TOTAL TRES MAYORES ACREEDORES** | | | | **259.549.196.371** | **80,76562%** | **98,45121%** | |

(I) A la última fecha de pago de intereses, esto es 14 de agosto de 2023, formaban parte de los tenedores del bono, los accionistas de la sociedad, Euronmerica Seguro de Vida S.A. y Penta Vida Compañía de Seguros de Vida S.A., en un 20,7% y 14,8%, del total del bono, respectivamente. Desconocemos si a la fecha mantienen tal participación.

**II. Hechos Posteriores**

| | Tipo de Hecho | | | | |
|---|---|---|---|---|---|
| a) Modifican los montos certificados | b) Afectan los contratos y condiciones que rigen los acuerdos y/o relaciones comerciales con los acreedores y proveedores afectas a la propuesta de reorganización | Fecha probable de ocurrencia del hecho | Como afectaría o modificaría la información contenida en el certificado emitido | Cuenta de Registro en Balance Provisorio o en otro Estado de Deuda del Deudor | Acreedor y/o Proveedor |

No se tienen conocimiento de hechos significativos que puedan afectar los saldos de los países declarados.

**IV. Informe final sobre el trabajo realizado y los antecedentes tenidos a la vista para la elaboración del Certificado.**

El trabajo realizado consistió en la revisión de la información contable, financiera y legal de la sociedad, verificando que los saldos de las cuentas contables que componen el pasivo del balance correspondiente al año comercial 2023 reflejen razonablemente la situación económica y financiera de la empresa.
Para ello, se tuvo a la vista la siguiente documentación, proporcionada por Enjoy S.A.:

**1. ANTECEDENTES CONTABLES:**
1.1 Balance de 8 columnas año comercial 2023.
1.2 Balance de 8 columnas año comercial 2022.
1.3 Libro Diario año comercial 2023.
1.4 Libro Mayor año comercial 2023.
1.5 Análisis de cuentas de activos y pasivos correspondientes al año comercial 2023.
1.6 Análisis de cuentas de activos y pasivos correspondientes al año comercial 2022.

**2. ANTECEDENTES FINANCIEROS:**
2.1 Análisis y tabla de amortización correspondiente a préstamos bancarios mantenidos con Banco Internacional al 31 de diciembre de 2023.
2.2 Análisis y tabla de amortización correspondiente a bonos emitidos en U.S.A. a través del UMB Bank, al 31 de diciembre de 2023.
2.3 Análisis y tabla de amortización correspondiente a bonos serie G emitidos en Chile, a través del Banco de Chile, al 31 de diciembre de 2023.
2.3 Análisis y tabla de amortización correspondiente a bonos serie T emitidos en Chile, a través del Banco de Chile, al 31 de diciembre de 2023.

**3. ANTECEDENTES LEGALES:**
3.1 Contrato de financiamiento, modificaciones de contrato y pagarés correspondientes a financiamientos mantenidos con Banco Internacional.
3.2 Contrato, pagaré y carta de comunicación al Banco Central respecto a la emisión de Bonos en U.S.A. a través del UMB Bank.
3.3 Contrato de emisión de bonos serie G, emitidos en Chile, a través del Banco de Chile.
3.4 Contrato de emisión de bonos serie T, emitidos en Chile, a través del Banco de Chile.
3.5 Certificado de Deuda Fiscal a nombre de Enjoy S.A., emitido el 20 de enero de 2024.

Se entiende este certificado para ser acompañado junto a la Solicitud de Procedimiento Concursal de Reorganización Judicial en la Superintendencia de Insolvencia y Reemprendimiento y en el Tribunal competente.

Juan Pablo Tejerina O.
C.I. 11.689.382-7
Por si y en representación de GMT Auditores Limitada.



**CERTIFICADO**

CERTIFICO: Que don (doña). **"TEJERINA OLIVARES JUAN PABLO",** Cédula Nacional de Identidad N° 11861382-1, de profesión CONTADOR AUDITOR, inscrito (a) bajo el N° 603, de fecha 27 de Junio de 2018, en el **"Registro de Inspectores de Cuentas y Auditores Externos"**, que lleva esta Comisión, se encuentra actualmente vigente.

**NOTA: "LOS INSPECTORES DE CUENTAS Y AUDITORES EXTERNOS QUE FORMAN PARTE DEL REGISTRO DE INSPECTORES DE CUENTAS Y AUDITORES EXTERNOS NO ESTÁN SOMETIDOS A FISCALIZACIÓN ALGUNA POR PARTE DE LA COMISIÓN PARA EL MERCADO FINANCIERO, SALVO EN LO QUE RESPECTA A SU INCORPORACIÓN EN EL MENCIONADO REGISTRO".**

Se otorga  el presente certificado a petición del interesado para los fines que estime conveniente.

SANTIAGO, Enero 29 de 2024

**ANGELLA RUBILAR GUZMÁN**
SECRETARIO GENERAL (S)

Certificado Electrónico. Código de Verificación :23834-4785

Para verificar ingrese a www.svs.cl, servicios y trámites, verificar validez del certificado.



## CERTIFICADO

CERTIFICO: Que la entidad denominada **"gnt auditores limitada"**, R.U.T. 76480851-7, inscrita, bajo el N°604, de fecha 27 de Junio de 2018, en el Registro de Inspectores de Cuentas y Auditores Externos, que lleva esta Comisión, se encuentra actualmente vigente.

La referida entidad ha encomendado el cumplimiento de las funciones de inspector de cuentas o de auditor externo, a las siguientes personas naturales:

| Nombre y Apellidos | R.U.T.; N° de pasaporte u otro documento oficial de identificación | Grado Académico u Oficio |
|---|---|---|
|  |  |  |

**NOTA: "LOS INSPECTORES DE CUENTAS Y AUDITORES EXTERNOS QUE FORMAN PARTE DEL REGISTRO DE INSPECTORES DE CUENTAS Y AUDITORES EXTERNOS NO ESTÁN SOMETIDOS A FISCALIZACIÓN ALGUNA POR PARTE DE LA COMISIÓN PARA EL MERCADO FINANCIERO, SALVO EN LO QUE RESPECTA A SU INCORPORACIÓN EN EL MENCIONADO REGISTRO".**

SANTIAGO, Enero 29 de 2024

**ANGELLA RUBILAR GUZMÁN**
SECRETARIO GENERAL (S)

Certificado Electrónico. Código de Verificación :23835-4786

Para verificar ingrese a www.svs.cl, servicios y trámites, verificar validez del certificado.

**Exhibit C**

 

**María Soledad Lascar Merino**

**Notario Publico**

**Santiago**

Certifico que el presente documento electrónico es copia fiel e íntegra de DECLARACION JURADA otorgado el 29 de Enero de 2024 reproducido en las siguientes páginas.

Miraflores 178, piso 5.-

Santiago, 29 de Enero de 2024.-



123457401473

**www.fojas.cl**

Emito el presente documento con firma electrónica avanzada (ley No19.799, de 2002), conforme al procedimiento establecido por Auto Acordado de 13/10/2006 de la Excma. Corte Suprema.-

Certificado N° 123457401473.- Verifique validez en www.fojas.cl.-

CUR N°: F4638-123457401473.-

Firmado digitalmente por:MARIA SOLEDAD LASCAR MERINO
Fecha: 29.01.2024 18:57 Razón: Notario Titular
Ubicación: Santiago



Santiago, 29 de enero de 2024

**Declaración Jurada**

Yo, Esteban Rigo-Righi Baillie, cédula de identidad número 13.454.480-5, representante legal de Enjoy S.A., RUT 96.970.380-7, dando estricto cumplimiento a lo indicado en inciso primero del artículo 56 de la Ley N°20.720 de Reorganización y Liquidación de Activos de Empresas y Personas, en mi calidad de representante legal de Enjoy S.A., declaro bajo juramento que todos y cada uno de los datos e informaciones contenidas en la presente solicitud de reorganización judicial, y cada uno de los documentos que se acompañan en este acto, son completos y fehacientes.

Así también, conforme al artículo 56 de la Ley N°20.720 acompaño los siguientes antecedentes:

a) Anexo N°1.- Relación de todos sus bienes, con expresión de su avalúo comercial, del lugar en que se encuentran y de los gravámenes que los afecten. Señala, además, cuáles de estos bienes tienen la calidad de esenciales para el giro de Enjoy S.A.

b) Anexo N° 2.- Relación de todos aquellos bienes de terceros constituidos en garantía en favor de Enjoy S.A.

c) Anexo N° 3.- Relación de todos aquellos bienes que se encuentren en poder de Enjoy S.A. en una calidad distinta a la de dueño.

d) Anexo N° 4.- Certificado del estado de deudas de Enjoy con expresión del nombre, domicilio y correo electrónico de los acreedores; de la naturaleza de los respectivos títulos, y del monto de sus créditos y porcentaje que cada uno representa en el total del pasivo, con expresión de los tres mayores acreedores, excluidas las personas relacionadas; emitido por el auditor externo don Juan Pablo Tejerina Olivares, auditor externo inscrito bajo el N°603 del Registro de Inspectores de Cuentas y Auditores Externos de la Comisión para el Mercado Financiero, que certifica la estructura de los pasivos de la Sociedad, al 31 de diciembre de 2023.



Certificado    Nï¿½
123457401473
Verifique validez en
http://www.fojas.cl

1



e) <u>Anexo 5</u>: Balance al 31 de diciembre de 2023 que corresponde tanto al balance al último ejercicio de Enjoy como al balance provisorio con una fecha de cierre no superior a cuarenta y cinco días anteriores a esta presentación. Hago presente que, atendido que la fecha de cierre es la misma, se acompaña un solo documento que cumple con ambos requerimientos.

Esteban Rigo-Righi Baillie
Gerente General
Enjoy S.A.

Autorizo la firma de don ESTEBAN RIGO-RIGHI BAILLIE, C.I.N°13.454.480-5 en representación de ENJOY S.A.-Santiago 29 de Enero de 2024.-





Certificado      N:
123457401473
Verifique validez
http://www.fojas.

2



Pag: 4/21

Certificado
123457401473
Verifique validez en
http://www.fojas.cl

# ANEXO N°1
## ACTIVOS

Inventario de la Sociedad ENJOY S.A. con indicación del lugar en que se encuentran, de su valor comercial, de los gravámenes que las afectan y de la calidad de esencial para el giro de la Empresa, al 31 de diciembre de 2022.

## I CAJA

| N° | NOMBRE DEL BANCO | CUENTA CORRIENTE | MONEDA | MONTO EN CLP$ | GRAVÁMENES QUE LES AFECTA | GRAVAMEN A FAVOR DE | CALIDAD DE ESENCIAL PARA EL GIRO |
|---|---|---|---|---|---|---|---|
| 1 | BANCO CONSORCIO | 421004647 | PESOS CHILENOS | 4,048,046 | NO APLICA | NO APLICA | ESENCIAL |
| 2 | BANCO SECURITY | 6738-1101 | PESOS CHILENOS | 8,741,717 | NO APLICA | NO APLICA | ESENCIAL |
| 3 | BANCO CHILE | 06-101-08351-03 | PESOS CHILENOS | 13,985 | NO APLICA | NO APLICA | ESENCIAL |
| 4 | BANCO INTERNACIONAL | 87042493531 | PESOS CHILENOS | 477,051 | NO APLICA | NO APLICA | ESENCIAL |
| 5 | BANCO SANTANDER CHILE | 0-000-0009931-8 | PESOS CHILENOS | 903,513 | NO APLICA | NO APLICA | ESENCIAL |
| 6 | BANCO SANTANDER CHILE | 0-051-0012428-4 | DOLARES | 590 | NO APLICA | NO APLICA | ESENCIAL |
| 7 | BANCO DE CRÉDITO E INVERSIONES | 10593114 | PESOS CHILENOS | 304,562 | NO APLICA | NO APLICA | ESENCIAL |
| 8 | BANCO DE CRÉDITO E INVERSIONES | 10701369 | PESOS CHILENOS | 12,503 | NO APLICA | NO APLICA | ESENCIAL |
| 9 | BANCO DE CRÉDITO E INVERSIONES | 10702277 | PESOS CHILENOS | 472 | NO APLICA | NO APLICA | ESENCIAL |
| TOTAL | | | | 14,501,039 | | | |

## II ACTIVO FIJO E INTANGIBLES

| b | BIENES RAÍCES | UBICACIÓN | MONTO EN CLP$ | GRAVÁMENES QUE LES AFECTA | GRAVAMEN A FAVOR DE | CALIDAD DE ESENCIAL PARA EL GIRO |
|---|---|---|---|---|---|---|
| 1 | Terrenos - Lote A Uno. El título de dominio se encuentra inscrito a nombre de Enjoy S.A. a fojas 583 N°1164, y Lote A Dos. El título de dominio se encuentra inscrito a nombre de Enjoy S.A. a fojas 584 N°1165, ambos del registro Propiedad Conservador Bienes Raíces Pucón del año 2022. ROL 15-00008 | Miguel Ansorena 23, Comuna de Pucón, Región de la Araucanía | 3,179,337,639 | HIPOTECA Y PROHIBICIÓN DE GRAVAR Y ENAJENAR INSCRITA A FOJAS 1,017, NÚMERO 2,031 DEL REGISTRO DE HIPOTECAS Y GRAVÁMENES Y A FOJAS 908, NÚMERO 1,814 DEL REGISTRO DE INTERDICCIONES Y PROHIBICIONES DE ENAJENAR, AMBAS DEL CONSERVADOR DE BIENES RAÍCES DE PUCÓN DEL AÑO 2022. | En favor de BANCO INTERNACIONAL, por crédito contraído. | ESENCIAL |
| SUBTOTAL ACTIVO FIJO | | | 3,179,337,639 | | | |
| 2 | Derecho de aprovechamiento consuntivo de aguas subterráneas, de ejercicio permanente y continuo, por 5,0 litros por segundo en un pozo ubicado en el predio inscrito a fojas 817, número 652 del Registro de Propiedad del Conservador de Bienes Raíces de Pucón del año 1996. | la comuna de Pucón, Provincia de Cautín, Región de la Araucanía | 26,224,300 | NO APLICA | NO APLICA | ESENCIAL |
| TOTAL | | | 3,205,561,939 | | | |

## III CUENTAS POR COBRAR A EMPRESAS RELACIONADAS

| N° | Empresas relacionadas deudoras de la cuenta por cobrar | Ubicación | Monto $ | Gravámenes que les afecta | Gravamen a favor de | Calidad de esencial para el giro. |
|---|---|---|---|---|---|---|
| 1 | INVERSIONES ENJOY SPA | AV. PRESIDENTE RIESCO 5711, OF. 1501, LAS CONDES | 383,657,945,297 | NO APLICA | NO APLICA | ESENCIAL |
| 2 | ENJOY GESTION LIMITADA | AV. PRESIDENTE RIESCO 5711, OF. 1501, LAS CONDES | 178,152,741,221 | NO APLICA | NO APLICA | ESENCIAL |
| 3 | INMOBILIARIA PROYECTO INTEGRAL CASTRO SPA | AV. PRESIDENTE RIESCO 5711, OF. 1501, LAS CONDES | 41,026,818,964 | NO APLICA | NO APLICA | ESENCIAL |
| 4 | INVERSIONES INMOBILIARIAS ENJOY SPA | AV. PRESIDENTE RIESCO 5711, OF. 1501, LAS CONDES | 34,350,589,638 | NO APLICA | NO APLICA | ESENCIAL |
| 5 | CASINO DE LA BAHÍA S.A. | AVENIDA PEÑUELAS NORTE N°56 COQUIMBO | 31,863,775,472 | NO APLICA | NO APLICA | ESENCIAL |
| 6 | CASINO DEL MAR S.A. | AVENIDA SAN MARTIN 199, VIÑA DEL MAR | 27,181,663,043 | NO APLICA | NO APLICA | ESENCIAL |

Pag: 5/21

| Empresa | Dirección | Monto | | | |
|---|---|---|---|---|---|
| INMOBILIARIA KUDEN SPA | ANDORRA ESQUINA CLEMENTE HOLZAPEL, PUCON | 18,190,804,114 | NO APLICA | NO APLICA | ESENCIAL |
| INMOBILIARIA PROYECTO INTEGRAL ANTOFAGAS | AV. PRESIDENTE RIESGO 5711, OF. 150/, LAS CONDES | 7,099,503,388 | NO APLICA | NO APLICA | ESENCIAL |
| CASINO DEL LAGO S.A. | HOLZAPEL 199, PUCON | 5,337,430,054 | NO APLICA | NO APLICA | ESENCIAL |
| ANTONIO MARTINEZ Y CIA. | AVENIDA SAN MARTIN 199, VIÑA DEL MAR | 3,652,905,714 | NO APLICA | NO APLICA | ESENCIAL |
| KUDEN S.A. | MIGUEL, ANDORRA 121, PUCON | 2,788,715,704 | NO APLICA | NO APLICA | ESENCIAL |
| CASINO RINCONADA S.A. | RUTA LOS LIBERTADORES #SIN KM 53 COMUNA RINCONADA CIUDAD LOS ANDES | 2,687,099,288 | NO APLICA | NO APLICA | ESENCIAL |
| INMOBILIARIA PROYECTO INTEGRAL COQUIMBO S | AV. PRESIDENTE RIESGO 5711, OF. 150/, LAS CONDES | 2,358,463,216 | NO APLICA | NO APLICA | ESENCIAL |
| OPERACIONES EL ESCORIAL SOCIEDAD ANONIMA | AV. ANGAMOS 01605, ANTOFAGASTA | 2,011,334,941 | NO APLICA | NO APLICA | ESENCIAL |
| CAMPOS DEL NORTE S.A | AVENIDA PEÑUELAS NORTE Nº96 COQUIMBO | 1,887,553,090 | NO APLICA | NO APLICA | ESENCIAL |
| INVERSIONES VISTA NORTE SOCIEDAD ANONIMA | AVENIDA ANGAMOS #01605 COMUNA ANTOFAGASTA CIUDAD ANTOFAGASTA | 1,431,224,815 | NO APLICA | NO APLICA | ESENCIAL |
| OPERACIONES INTEGRALES CHACABUCO S.A. | RUTA LOS LIBERTADORES #SIN KM 53 COMUNA RINCONADA CIUDAD LOS ANDES | 1,370,328,049 | NO APLICA | NO APLICA | ESENCIAL |
| OPERACIONES INTEGRALES ISLA GRANDE S.A. | RUTA 5 SUR 2053, CASTRO | 1,213,980,177 | NO APLICA | NO APLICA | ESENCIAL |
| MASTERLINE SA | AVENIDA SAN MARTIN 199, VIÑA DEL MAR | 1,051,482,752 | NO APLICA | NO APLICA | ESENCIAL |
| OPERACIONES INTEGRALES COQUIMBO LIMITADA | AVENIDA PEÑUELAS NORTE Nº96 COQUIMBO | 847,767,576 | NO APLICA | NO APLICA | ESENCIAL |
| CASINO DE JUEGOS DEL PACIFICO S.A | AVDA. BARROS LUCO 105, SAN ANTONIO | 797,337,244 | NO APLICA | NO APLICA | ESENCIAL |
| OPERACIONES TURISTICAS S.A. | CAMINO VILLARRICA PUCON KM 13 | 735,109,661 | NO APLICA | NO APLICA | ESENCIAL |
| CASINO GRAN LOS ANGELES S.A | COLO COLO 898 LOS ANGELES | 712,409,906 | NO APLICA | NO APLICA | ESENCIAL |
| CASINO DE PUERTO VARAS S.A | KLENNER Nº349 PUERTO VARAS | 506,746,552 | NO APLICA | NO APLICA | ESENCIAL |
| SAN ANTONIO HOTELES I SPA | NESTOR FERNANDEZ THOMAS #63 COMUNA SAN ANTONIO CIUDAD SAN ANTONIO | 384,773,138 | NO APLICA | NO APLICA | ESENCIAL |
| SLOTS S.A. | AV. PRESIDENTE RIESGO 5711, OF. 150/, LAS CONDES | 175,919,094 | NO APLICA | NO APLICA | ESENCIAL |
| INMOBILIARIA RINCONADA S.A. | AV. PRESIDENTE RIESGO 5711, OF. 150/, LAS CONDES | 154,346,138 | NO APLICA | NO APLICA | ESENCIAL |
| ENJOY CONSULTORA S.A | AV. PRESIDENTE RIESGO 5711, OF. 150/, LAS CONDES | 142,565,857 | NO APLICA | NO APLICA | ESENCIAL |
| NUEVA INVERSIONES ANDES ENTRETENCION LTD | AV. PRESIDENTE RIESGO 5711, OF. 150/, LAS CONDES | 86,609,609 | NO APLICA | NO APLICA | ESENCIAL |
| SOCIEDAD AGRICOLA GUADALQUIVIR LIMITADA | | 43,000,486 | NO APLICA | NO APLICA | ESENCIAL |
| RANTRUR SOCIEDAD ANONIMA | | 11,932,295 | NO APLICA | NO APLICA | ESENCIAL |
| ENJOY CARIBE SPA | AV. PRESIDENTE RIESGO 5711, OF. 150/, LAS CONDES | 81,926 | NO APLICA | NO APLICA | ESENCIAL |


Certificado   Ní
123457401473
Verifique validez
http://www.fojas.

# IV PARTICIPACIONES ACCIONARIAS Y DERECHOS SOCIALES

| Nombre o razón social | RUT | Dirección | N° acciones o derechos | Gravámenes o prohibiciones | Gravámenes o limitaciones | Calidad del activo | % de participación | Total activos | Total pasivos | Patrimonio neto |
|---|---|---|---|---|---|---|---|---|---|---|
| INMOBILIARIA INMOBILIARIAS ENJOY SPA | 76.241.574-2 | AV. PRESIDENTE RIESCO 5711, OF. 1501, LAS CONDES | 71,824,013,872 | NO APLICA | NO APLICA | ESENCIAL | 100.00% | 105,983,943,941 | 34,359,503,089 | 71,824,013,872 |
| OPERACIONES INTEGRALES COQUIMBO LIMITADA | 96.940.320-K | AVENIDA PEÑUELAS NORTE N°56 COQUIMBO | 1,207,258,126 | NO APLICA | NO APLICA | ESENCIAL | 10.56% | 13,577,545,259 | 2,644,229,672 | 11,433,315,584 |
| CAMPOS DEL NORTE S.A. | 79.981.570-2 | AVENIDA PEÑUELAS NORTE N°56 COQUIMBO | 85,997,120 | NO APLICA | NO APLICA | ESENCIAL | 12.50% | 4,114,573,910 | 3,426,676,557 | 607,806,953 |
| INMOBILIARIA KUDEN SPA | 96.929.700-0 | ANSOREMA ESQUINA CLEMENTE HOLZAPEL PUCON | 56,318,640 | PRENDA COMERCIAL CONSTITUIDA POR ESCRITURA PUBLICA DE FECHA 30 DE SEPTIEMBRE DE 2021, REPERTORIO N°6,026/2020 OTORGADA EN LA NOTARÍA DE SANTIAGO DE DON ROBERTO ANTONIO CIFUENTES ALLEL | TENEDORES DE BONO INTERNACIONAL REPRESENTADO S POR LORD SECURITIES CORPORATION COMO AGENTE | ESENCIAL | 0.45% | 32,065,752,447 | 19,580,499,123 | 12,515,253,324 |
| OPERACIONES EL ESCORIAL S.A. | 99.597.870-9 | AV. ANDAMOS 01955, ANTOFAGASTA | 32,592,388 | NO APLICA | NO APLICA | ESENCIAL | 0.75% | 18,635,452,302 | 14,089,780,521 | 4,345,551,681 |
| CASINO GRAN LOS ANGELES S.A. | 99.599.340-6 | COLO COLO 565 LOS ANGELES | 15,924,110 | NO APLICA | NO APLICA | ESENCIAL | 1% | 23,333,945,257 | 21,761,536,120 | 1,562,410,137 |
| CASINO DEL PACIFICO S.A. | 76.051.666-4 | AVDA. BARROS LUCO 165, SAN ANTONIO | 26,128,827 | NO APLICA | NO APLICA | ESENCIAL | 1% | 7,012,956,417 | 4,400,135,523 | 2,611,920,894 |
| OPERACIONES S.A. TURISTICAS S.A. | 96.824.970-3 | CAMINO VILLARRICA PUCON KM 13 | 13,646,882 | NO APLICA | NO APLICA | ESENCIAL | 0.63% | 3,045,677,482 | 878,664,524 | 2,169,012,958 |
| INMOBILIARIA PROYECTO INTEGRAL COQUIMBO S | 76.528.170-9 | AV. PRESIDENTE RIESCO 5711, OF. 1501, LAS CONDES | 3,353,725 | PRENDA COMERCIAL CONSTITUIDA POR ESCRITURA PUBLICA DE FECHA 30 DE SEPTIEMBRE DE 2021, REPERTORIO N°6,024/2020 OTORGADA EN LA NOTARÍA DE SANTIAGO DE DON ROBERTO ANTONIO CIFUENTES ALLEL | TENEDORES DE BONO INTERNACIONAL REPRESENTADO S POR LORD SECURITIES CORPORATION COMO AGENTE DE GARANTIAS | ESENCIAL | 0.01% | 39,468,891,860 | 5,931,615,188 | 33,537,246,678 |
| CASINO DE PUERTO VARAS S.A. | 76.607.165-1 | KLEINER N°349 PUERTO VARAS | 2,242,368 | NO APLICA | NO APLICA | ESENCIAL | 1% | 2,748,305,623 | 7,899,053,205 | -5,150,747,582 |
| CASINO DE IQUIQUE S.A. | 76.607.278-K | AV. ARTURO PRAT ESQUINA T. HAENKE SAN LOTE C, IQUIQUE SUR | | NO APLICA | NO APLICA | ESENCIAL | 1% | 224,238,818 | 0 | 224,238,818 |
| ENJOY CONSULTORA S.A. | 76.470.570-K | AV. PRESIDENTE RIESCO 5711, OF. 1501, LAS CONDES | 132,672 | PRENDA COMERCIAL CONSTITUIDA POR ESCRITURA PUBLICA DE FECHA 30 DE SEPTIEMBRE DE 2020, REPERTO-FERRO N°6,023/2020 OTORGADA EN LA NOTARÍA DE SANTIAGO DE DON ROBERTO ANTONIO CIFUENTES ALLEL | TENEDORES DE BONO INTERNACIONAL REPRESENTADO S POR LORD SECURITIES CORPORATION COMO AGENTE DE GARANTIAS | ESENCIAL | 0.02% | 25,421,545,117 | 24,738,183,905 | 683,361,212 |
| OPERACIONES INTEGRALES ISLA GRANDE S.A. | 99.597.250-6 | RUTA 5 SUR 2053, CASTRO | 1 | NO APLICA | NO APLICA | ESENCIAL | 1% | -26,079,497,466 | 30,572,249,489 | -56,651,726,055 |
| KANTUN S.A. | 99.598.510-1 | RUTA 5 SUR 2053, CASTRO | 1 | NO APLICA | NO APLICA | ESENCIAL | 1% | -1,997,367,806 | 34,110,155,899 | -36,287,567,253 |
| INVERSIONES ENJOY SPA | 76.001.315-3 | AV. PRESIDENTE RIESCO 5711, OF. 1501, LAS CONDES | 1 | NO APLICA | NO APLICA | ESENCIAL | 100% | 223,324,046,758 | 430,445,156,793 | -207,120,910,035 |
| KUDEN S.A. | 96.725.460-6 | MIGUEL ANSOREMA 121, PUCON | 1 | NO APLICA | NO APLICA | ESENCIAL | 1% | 6,936,988,664 | 20,266,476,295 | -13,329,509,811 |
| MASTERLINE S.A. | 79.646.620-0 | AVENIDA SAN MARTIN 199, VIÑA DEL MAR | 1 | NO APLICA | NO APLICA | ESENCIAL | 1% | 9,101,372,947 | 12,476,187,877 | -3,374,814,730 |
| ENJOY GESTION LTDA | 96.976.920-4 | AV. PRESIDENTE RIESCO 5711, OF. 1501, LAS CONDES | 1 | NO APLICA | NO APLICA | ESENCIAL | 99.99% | 192,892,912,843 | 432,131,454,367 | -240,048,542,324 |
| INMOBILIARIA PROYECTO INTEGRAL CASTRO SPA | 76.327.270-3 | AVENIDA PEÑUELAS NORTE N°56 COQUIMBO | 1 | NO APLICA | NO APLICA | ESENCIAL | 1% | 35,386,884,152 | 41,185,912,252 | -5,790,028,100 |
| CASINO DE LA BAHIA S.A. | 76.598.732-5 | AVENIDA PEÑUELAS NORTE N°56 COQUIMBO | 1 | NO APLICA | NO APLICA | ESENCIAL | 1% | 132,193,376,645 | 169,846,547,250 | -37,653,170,505 |
| CASINO DEL MAR S.A. | 76.598.530-6 | AVENIDA SAN MARTIN 199, VIÑA DEL MAR | 1 | NO APLICA | NO APLICA | ESENCIAL | 1% | 193,395,177,260 | 265,808,111,576 | -72,412,534,316 |
| CASINO DEL LAGO S.A. | 76.598.746-5 | HOLZAPEL 190, PUCON | 1 | NO APLICA | NO APLICA | ESENCIAL | 1% | 32,605,513,175 | 36,249,746,926 | -3,344,252,781 |


Certificado N°½
123457401473
Verifique validez en
http://www.fojas.cl

| 23 | CASINO GRAN RANCAGUA S.A. | 77.438.368-4 | AV MEMBRILLAR 85/ OF 39 MEMBRILLAR RANCAGUA | 2.725.000 | 73.070.422.741 | NO APLICA | NO APLICA | ESENCIAL | NO APLICA | 1% | 272.428.778 | -91.281 | 272.500.000 |
| TOTAL | | | | | 73.070.422.741 | | | | | | 1.777.331.820.989 | 1.616.672.219.920 | -535.339.709.131 |

**RESUMEN ACTIVO**

| | MONTO: |
|---|---|
| I CAJA | 14.503.089 |
| II ACTIVO FIJO E INTANGIBLES | 3.205.581.939 |
| III CUENTAS POR COBRAR A EMPRESAS RELACIONADAS | 752.832.970.409 |
| IV PARTICIPACIONES ACCIONARIAS Y DERECHOS | 72.070.422.741 |
| TOTAL | 828.910.408.178 |

**ACTIVOS CONTINGENTES**

| N° | Impuestos por recuperar | CONCEPTO | Monto $ | Gravámenes que les afecta | Gravamen a favor de | Calidad de esencial para el giro. |
|---|---|---|---|---|---|---|
| 1 | SERVICIO DE IMPUESTOS INTERNOS | PAGO POR UTILIDAD ABSORBIDA AT 2024 | 1.074.903.058 | NO APLICA | NO APLICA | ESENCIAL |
| 2 | SERVICIO DE IMPUESTOS INTERNOS | CREDITO DE INTERESES COBRADOS AL EXTERIOR | 51.757.847 | NO APLICA | NO APLICA | ESENCIAL |
| 3 | SERVICIO DE IMPUESTOS INTERNOS | PAGO POR UTILIDAD ABSORBIDA AT 2014 | 409.414.283 | NO APLICA | NO APLICA | ESENCIAL |
| 4 | SERVICIO DE IMPUESTOS INTERNOS | IVA CREDITO FISCAL | 155.352.307 | NO APLICA | NO APLICA | ESENCIAL |
| | TOTAL | | 1.691.427.495 | | | |

| N° | Individualización del bien. | Título | Monto $ | Gravámenes que les afecta | Gravamen a favor de | Calidad de esencial para el giro de la Empresa |
|---|---|---|---|---|---|---|
| 1 | Prenda sobre rentas de arrendamiento de contrato de arrendamiento entre "Enjoy S.A. y Casino del Lago S.A." (*1) | Créditos bajo el contrato de arrendamiento entre "Enjoy S.A. y Casino del Lago S.A." celebrado por escritura pública de fecha 28.04.2022 otorgada en la Notaría de Santiago de don Eduardo Javier Diez Morello. | 0 | Prenda sin desplazamiento otorgada mediante escritura pública de fecha 30 de septiembre de 2022, en la Notaría de Santiago de don Eduardo Javier Diez Morello, bajo el repertorio número 18.054-2022. | Banco Internacional | ESENCIAL |

(1) Corresponde a UF 1.435 mes. Al 31-12-2023 no existen créditos pendientes de pago.

Pag: 7/21

Certificado Nº
123457401473
Verifique validez
http://www.fojas.





**ANEXO N°2**

**BIENES DE TERCEROS CONSTITUIDOS EN GARANTÍA EN FAVOR DEL DEUDOR.**

Inventario de los bienes de terceros constituidos en garantía a favor del Deudor, con indicación de su calidad esencial para el giro de la Empresa.

| N° | Individualización del bien / Inmueble | Ubicación | Propietaria | Acreedor Garantizado | Naturaleza del crédito garantizado | Carácter esencial o no esencial para el giro de la Empresa |
|---|---|---|---|---|---|---|
| 1 | Casino y Hotel Coquimbo | LOTE FUSIONADO, resultante de la fusión del Lote A', que resultó de la subdivisión del Lote A, que a su vez, resultó de la fusión de cuatro inmuebles, y del denominado inmueble fusionado, que se encuentra encartado en el polígono A-A-1-F18-C-17-D-K-M-H-A, en el plano de fusión de los Lotes A-B-C, todos ubicados en el Balneario el Peñuelas, de la comuna de Coquimbo | Inmobiliaria Proyecto Integral Coquimbo SpA | Hipoteca en favor de Tenedores de Bono Internacional, representados por LORD SECURITIES CORPORATION, como Agente de Garantías. | Bono Internacional de Enjoy SA | Esencial |
| 2 | Cabañas trabajadores Lote Tres A | Camino Internacional N° 655, Población Villa Las Araucarias, de la comuna de Pucón, Región de la Araucanía | Inmobiliaria Kuden SpA | Hipoteca en favor de Tenedores de Bono Internacional, representados por LORD SECURITIES CORPORATION, como Agente de Garantías. | Bono Internacional de Enjoy SA | Esencial |
| 3 | Cabañas trabajadores Lote Cuatro A | Camino Internacional N° 663 Población Villa Las Araucarias, de la comuna de Pucón, Región de la Araucanía | Inmobiliaria Kuden SpA | Hipoteca en favor de Tenedores de Bono Internacional, representados por LORD SECURITIES CORPORATION, como Agente de Garantías. | Bono Internacional de Enjoy SA | Esencial |
| 4 | Ex Casino Municipal de Pucón | Sitio N° Uno de la Manzana N° 23 calle Pedro de Valdivia N° 4331, Pucón,Región de la Araucanía | Inmobiliaria Kuden SpA | Hipoteca en favor de Tenedores de Bono Internacional, representados por LORD SECURITIES CORPORATION, como Agente de Garantías. | Bono Internacional de Enjoy SA | Esencial |
| 5 | Gran Hotel Pucón | Lote A Uno, ubicado en Avenida Clemente Holzapfel N° 190 comuna de Pucón, Región de la Araucanía | Inmobiliaria Kuden SpA | Hipoteca en favor de Tenedores de Bono Internacional, representados por LORD SECURITIES CORPORATION, como Agente de Garantías. | Bono Internacional de Enjoy SA | Esencial |
| 6 | Lote B | Comuna de Pucón, Región de la Araucanía | Inmobiliaria Kuden SpA | Hipoteca en favor de Tenedores de Bono Internacional, representados por LORD SECURITIES CORPORATION, como Agente de Garantías. | Bono Internacional de Enjoy SA | Esencial |
| 7 | Condominio III, Pucón | Locales números Uno, Dos, Tres, Cuatro, Cinco, Seis, Siete y de los departamentos números Doscientos Cincuenta y Uno, Doscientos Cincuenta y Dos, Doscientos Cincuenta y Tres, Doscientos Cincuenta y Cuatro, Trescientos Cincuenta y Uno, Trescientos Cincuenta y Dos, Trescientos Cincuenta y Tres, Trescientos Cincuenta y Cuatro, Cuatrocientos Cincuenta y Uno, Cuatrocientos Cincuenta y Dos, Quinientos Cincuenta y Uno, Quinientos Cincuenta y Dos, Quinientos cincuenta y Tres, Quinientos Cincuenta y Cuatro, Seiscientos Cincuenta y Uno, Seiscientos Cincuenta y Dos, Seiscientos Cincuenta y Tres y Seiscientos Cincuenta y Cuatro, todos del Edificio denominado Condominio III Gran Hotel de Pucón, ubicado en calle Clemente Holzapfel número trescientos noventa de la ciudad de Pucón. | Inmobiliaria Kuden SpA | Hipoteca en favor de Banco Internacional. | Crédito Banco Internacional | Esencial |

Pag: 8/21




Certificado
123457401473
Verifique validez en
http://www.fojas.cl



Pag: 9/21

| Identificación de los bienes | Ubicación / Dirección | Propietario | Acreedor Garantizado | Contrato que garantiza la Garantía en la que | Calificación esencial o no esencial |
|---|---|---|---|---|---|
| Acciones prendadas de Inmobiliaria Proyecto Integral Coquimbo SpA | Av. Presidente Riesco 5711, piso 15, Las Condes, Santiago | Inversiones Inmobiliarias Enjoy SpA (99,99%) | Prenda en favor de Tenedores de Bono Internacional, representados por LORD SECURITIES CORPORATION, como Agente de Garantías. | Bono Internacional de Enjoy SA | Esencial |
| Acciones prendadas de Enjoy Consultora S.A. | Av. Presidente Riesco 5711, piso 15, Las Condes, Santiago | Enjoy Gestión Limitada (99,98%) | Prenda en favor de Tenedores de Bono Internacional, representados por LORD SECURITIES CORPORATION, como Agente de Garantías. | Bono Internacional de Enjoy SA | Esencial |
| Acciones prendadas de Inmobiliaria Kuden S.p.A. | Av. Presidente Riesco 5711, piso 15, Las Condes, Santiago | Inversiones Inmobiliarias Enjoy SpA (99,55%) | Prenda en favor de Tenedores de Bono Internacional, representados por LORD SECURITIES CORPORATION, como Agente de Garantías. | Bono Internacional de Enjoy SA | Esencial |
| Acciones prendadas serie B de Baluma S.A. | Rbla. Claudio Williman, Parada 4, Punta del Este, Maldonado, Uruguay | Enjoy Consultora S.A. (100%) | Contrato de fideicomiso en favor de Tenedores de Bono Internacional, representados por LORD SECURITIES CORPORATION, como Agente de Garantías. | Bono Internacional de Enjoy SA | Esencial |
| Acciones serie A de Baluma S.A. | Rbla. Claudio Williman, Parada 4, Punta del Este, Maldonado, Uruguay | Inversiones Enjoy SpA (100%) | Prenda en favor de Tenedores de Bono Internacional, representados por LORD SECURITIES CORPORATION, como Agente de Garantías. | Bono Internacional de Enjoy SA | Esencial |
| Prenda sobre derechos, Contrato Transbank | Contrato de Afiliación entre Casino de la Bahía S.A. y Transbank de fecha 30 de noviembre de 2021 | Casino de la Bahía S.A. | Prenda en favor de Tenedores de Bono Internacional, representados por LORD SECURITIES CORPORATION, como Agente de Garantías. | Bono Internacional de Enjoy SA | Esencial |
| Prenda sobre dinero, Cuenta bancaria corriente | Cuenta bancaria corriente N° 10710345 en pesos del Banco de Crédito e Inversiones | Casino de la Bahía S.A. | Prenda en favor de Tenedores de Bono Internacional, representados por LORD SECURITIES CORPORATION, como Agente de Garantías. | Bono Internacional de Enjoy SA | Esencial |
| Prenda sobre derechos, Contrato Transbank | Contrato de Afiliación entre Casino del Mar S.A. y Transbank de fecha 23 de octubre de 2021 | Casino del Mar S.A. | Prenda en favor de Banco Internacional. | Banco Internacional de Enjoy SA | Esencial |
| Prenda sobre dinero, Cuenta bancaria corriente | Cuenta bancaria corriente N° 92332998 en pesos del Banco Internacional | Casino del Mar S.A. | Prenda en favor de Banco Internacional. | Banco Internacional de Enjoy SA | Esencial |
| Prenda sobre dinero, Cuenta bancaria corriente | Cuenta bancaria corriente N° 92332988 en pesos del Banco Internacional | Casino del Lago S.A. | Prenda en favor de Banco Internacional. | Banco Internacional de Enjoy SA | Esencial |
| Prenda sobre derechos, Contrato Transbank | Contrato de Afiliación entre Casino del Mar S.A. y Transbank de fecha 29 de octubre de 2020 | Casino del Lago S.A. | Prenda en favor de Banco Internacional. | Banco Internacional de Enjoy SA | Esencial |



Certificado   N° ...
123457401473
Verifique validez
http://www.fojas...





Certificado      Nﾛﾉﾂ
123457401473
Verifique validez en
http://www.fojas.cl

**ANEXO N°3**

RELACIÓN DE TODOS AQUELLOS BIENES QUE SE ENCUENTREN EN PODER DE EMJOY S.A. EN UNA CALIDAD DISTINTA A LA DE DUEÑO

| N° | Individualización del bien. | Propietario | Título | Esencial para el giro de la empresa |
|---|---|---|---|---|
| 1 | No hay | | | |

ANEXO I
CERTIFICADO DE DEUDAS
PROCEDIMIENTO CONCURSAL DE REORGANIZACION JUDICIAL

Con fecha 29 de Enero de 2024, yo, Juan Pablo Tejerina Olivares, Contador Auditor / Inspector de Cuentas / Auditores Externos bajo el número 603 y en representación de la empresa ENT Auditores Limitada inscrita en el Registro de Empresas de Auditoría Externa de la Comisión para el Mercado Financiero N°604, para los efectos de lo dispuesto en el artículo 55, en concordancia con el N° 4 y 5 del artículo 56 de la Ley N° 20.720 en relación a la solicitud de Procedimiento Concursal de Reorganización Judicial, CERTIFICO que, conforme a la información consignada en el Balance Presenta al 31 de diciembre de 2023 suministrado por el deudor, las sociedades que se singularizan a continuación, tanto en su individualización como en los respectivos montos son acreedores de Enjoy S.A.

**I.Información de Pasivos**

ACREEDORES FINANCIEROS

| N° | ACREEDOR | Domicilio | Dato de contacto del acreedor o de su Representante Legal | Naturaleza del crédito | Monto $ | Porcentaje del total del pasivo | Porcentaje del total del pasivo (en caso de deudas garantizadas con garantías Provisionales) | Avalúo Comercial del bien garantizado que ampara la hipoteca, si la individualización de la garantía |
|---|---|---|---|---|---|---|---|---|
| 1 | BANCO INTERNACIONAL S.A. | Avenida Apoquindo 6750, Piso 19 | sif@internacional.cl | PRESTAMO BANCARIO | 5.331.091.712 | 1,55767% | 1,55767% | GARANTIA BANCO INTERNACIONAL (1) |
| 2 | BANCO INTERNACIONAL S.A. | Avenida Apoquindo 6750, Piso 19 | sif@internacional.cl | PRESTAMO BANCARIO | 3.924.553.154 | 1,14137% | 1,14137% | |
| 3 | BANCO INTERNACIONAL S.A. | Avenida Apoquindo 6750, Piso 19 | sif@internacional.cl | PRESTAMO BANCARIO | 7.775.755.522 | 2,65951% | 2,65951% | |
| | TOTAL | | | | 16.138.950.239 | 5,31171% | 5,31171% | |

**(1) GARANTIA CREDITO BANCO INTERNACIONAL**

I/ Hipoteca y prohibición de gravar y enajenar sobre el Lote A Uno, constituida por escritura pública de fecha 30 de septiembre de 2022, en la Notaría de Santiago de don Eduardo Javier Díez Morello, bajo el repertorio número 18.139-2022,Lote A Dos. El título de dominio se encuentra inscrita a nombre de Enjoy S.A. a fojas 581 N°1164 del registro de Propiedad del Conservador Bienes Raíces Pucón del año 2022...

II/ Hipoteca y prohibición de gravar y enajenar sobre el Lote A Dos, constituida por escritura pública de fecha 30 de septiembre de 2022, en la Notaría de Santiago de don Eduardo Javier Díez Morello, bajo el repertorio número 18.318-2022,Lote A Dos, El título de dominio se encuentra inscrita a nombre de Enjoy S.A. a fojas 584 N°1165 del registro Propiedad Conservador Bienes Raíces Pucón del año 2022. Avalúo total de terreno más construcción edificar Casino de Pucón avaluado en UF 410.581...

III/ Hipoteca y prohibición de gravar y enajenar, constituida por escritura pública de fecha 30 de septiembre de 2022, en la Notaría de Santiago de don Eduardo Javier Díez Morello, bajo el repertorio número 18.049-2022, sobre las locales números Uno, Dos, Tres, Cuatro, Cinco, Seis, Siete y de los departamentos números Doscientos Cincuenta...

[Additional legal descriptions continue – text partially illegible]

**II. OBLIGACIONES CON EL PASIVO CON GARANTÍA**

| N° | ACREEDOR | Representante Tenedores de Bono | Domicilio | Dato de contacto del acreedor o de su Representante Legal | Naturaleza del crédito | Monto $ | Porcentaje del total del pasivo | Porcentaje del total del pasivo, (en caso de deudas garantizadas con garantías Provisionales) | Avalúo Comercial del bien garantizado que ampara la hipoteca, si la individualización de la garantía |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Tenedores de Bonos | BANCO INTERNACIONAL S.A. | UMB BANK N.A. | 1008 Oak Street, Kansas City, MO 64106 | Ray Haarff, ray.haarff@umb.com | BONO INTERNACIONAL EMITIDO EN USA, a pagarán de la suma 144 A regulación $ en la SEC | 201.450.373.329 | 62,65864% | 62,65864% | GARANTIA TENEDORES DE BONO INTERNACIONAL (2) |
| | TOTAL | | | | | 201.450.373.329 | 62,65864% | 62,65864% | |

**(2) GARANTIA TENEDORES DE BONO INTERNACIONAL**

I/ Hipoteca y prohibición de gravar y enajenar constituida por escritura pública de fecha 30 de septiembre de 2020, en la Notaría de Santiago de don Roberto Antonio Cifuentes Allel, bajo el repertorio número 8.026-2020, sobre Inmueble Casino de Coquimbo y Hotel de la Bahía, ROL de avalúo 904-208, Dirección: Av. Peñuelas Norte N°56...

[Additional legal descriptions continue – text partially illegible]

Certificado          NI
1234574001473
Verifique validez
http://www.fojas.cl

## OBLIGACIONES CON EL PÚBLICO SIN GARANTÍA

| N° | ACREEDOR | Representante Titular de la Deuda | Domicilio | Datos de contacto del acreedor o de su Representante Legal | Naturaleza del crédito | Monto $ | Porcentaje del total del pasivo | Porcentaje del total del pasivo. Sin Empresas Relacionadas | Porcentaje del total del bien garantizado con prenda o hipoteca, e individualización de la garantía | Avalúo Comercial del bien garantizado o prenda a hipoteca, e individualización de la garantía |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Tenedores de Bono Nacional Línea inscrita bajo el número 1068 del Registro de Valores de la Comisión para el Mercado Financiero, de 14 de marzo de 2021. | Banco de Chile | Paseo Ahumada 251, Santiago | Cristóbal Larraín Santander; clarrain@bancochile.cl | BONO NACIONAL SERIE B | 41,957,339,677 | 13.0902% | 13.0906% | 15.9196% | NO APLICA |
| 2 | Tenedores de Bono Nacional Línea inscrita bajo el número 1068 del Registro de Valores en el Mercado Financiero de 22 de febrero de 2021. | Banco de Chile | Paseo Ahumada 251, Santiago | Cristóbal Larraín Santander; clarrain@bancochile.cl | BONO NACIONAL SERIE T | 923,155 | 0.0002% | 0.0002% | 0.00020% | NO APLICA |
| | TOTAL | | | | | 41,947,842,832 | 13.2014% | 13.2101% | 15.9205% | |

(§) A la última fecha de pago de intereses, esto es 14 de agosto de 2023, forman parte de los tenedores del bono, las accionistas de la sociedad, Euroamérica Seguros de Vida S.A. y Penta Vida Compañía de Seguros de Vida S.A., en un 26.7% y 14.6% del total del bono, respectivamente. Desconocemos si a la fecha mantienen tal participación.

## TOTAL ACREEDORES & FINANCIEROS

| N° | ACREEDOR | Domicilio | Datos de contacto del acreedor o de su Representante Legal | Naturaleza del crédito | Monto $ | Porcentaje del total del pasivo | Porcentaje del total del pasivo. Sin Empresas Relacionadas | Porcentaje del total del bien garantizado con prenda o hipoteca, e individualización de la garantía | Avalúo Comercial del bien garantizado o prenda a hipoteca, e individualización de la garantía |
|---|---|---|---|---|---|---|---|---|---|
| 1 | BANCO INTERNACIONAL S.A. | Avenida Apoquindo 6750, Piso 16 | it@internacional.cl | PRÉSTAMO BANCARIO | 18,130,950,239 | 5.6196% | 6.1191% | 6.1191% | BONO INTERNACIONAL EMITIDO EN USA, al amparo de la Norma 144 A regulado por la SEC |
| 2 | UBS BANK N.A. | 1000 Oak Street, Kansas City, MO 64106 | Ray Hauff; ray.hauff@ubs.com | BONO INTERNACIONAL | 201,430,373,329 | 62.8986% | 76.4181% | | GARANTÍA BANCO INTERNACIONAL |
| 3 | Banco de Chile | Paseo Ahumada 251, Santiago | Cristóbal Larraín Santander; clarrain@bancochile.cl | BONOS NACIONALES | 41,957,842,833 | 13.0904% | 15.92007% | | GARANTÍA BANCO INTERNACIONAL |
| | TOTAL | | | | 296,541,166,371 | 82.7684% | 98.41731% | | |

## CUENTAS POR PAGAR A PROVEEDORES

| N° | ACREEDOR | Domicilio | Datos de contacto del acreedor o de su Representante Legal | Naturaleza del crédito | Monto $ | Porcentaje del total del pasivo | Porcentaje del total del pasivo. Sin Empresas Relacionadas | Avalúo Comercial del bien garantizado con prenda o hipoteca, e individualización de la garantía |
|---|---|---|---|---|---|---|---|---|
| 1 | CLARO Y CHUAQUE AS | Gertrudis Echeñique 30, piso 3, Las Condes, Santiago | Felipe Larraín; flarrain@claro.cl | FACTURAS | 437,763,360 | 0.1362% | 0.1662% | NO APLICA |
| 2 | KPMG AUDITORES CONSULTORES LTDA. | Av. Presidente Riesco 5685, Piso 15 Las Condes, Santiago | Jose Becker; jbecker@kpmg.com | FACTURAS | 29,144,390 | 0.3075% | 0.3075% | NO APLICA |
| 3 | MORALES Y BESA ABOGADOS LIMITADA | Isidora Goyenechea 3477, Las Condes, Santiago | mbeghorral@moralesybesa.cl | FACTURAS | 29,790,067 | 0.0092% | 0.0113% | NO APLICA |
| 4 | CK INVESTMENTS S.A. | Huérfano 770, Piso 22, Santiago | fabiano. bodanza; mbelasco@belcov.cl | FACTURAS | 9,662,660 | 0.0030% | 0.0036% | NO APLICA |
| 5 | CAFASA FOODS S.A. | Eliodoro Valdés, Santiago | marcelo.lepia@enjoy.cl | FACTURAS | 17,199,320 | 0.0053% | 0.0065% | NO APLICA |
| 6 | BAAANDAGGIA LIMITADA | ANDRÉS BELLO 2711 OF 801, Las Condes | Rodrigo Sariña; rsariña@bodalimi.cl | FACTURAS | 11,024,367 | 0.0054% | 0.0041% | NO APLICA |
| 7 | DELOITTE AUDITORES Y CONSULTORES | Rosario Norte N° 407, Piso 4-5-6-7 y 10, Las Condes, Santiago | María Hernández Hernández; mahernandez@deloitte.com | FACTURAS | 10,951,080 | 0.0031% | 0.0031% | NO APLICA |
| 8 | BOLSA DE COMERCIO DE SANTIAGO | Bandera 201, Santiago Centro | comercial@bolsadesantiago.com | FACTURAS | 5,369,453 | 0.0016% | 0.0020% | NO APLICA |
| 9 | SARAHONA MARSHALL Y COMPAÑÍA LIMITADA | Avenida Apoquindo 2827 (Piso 12) 1201, Las Condes, Santiago | Juan Pablo Barahona; jpbarahona@barahona.cl | FACTURAS | 4,787,220 | 0.0014% | 0.0018% | NO APLICA |
| 10 | CENTRAL DE RESTAURANT ASEO | CENTRAL DE RESTAURANT ASEO | colterfor@craradeasa.cl | FACTURAS | 3,459,640 | 0.0010% | 0.0013% | NO APLICA |
| 11 | FITCH RATINGS INC. | 33 Whitehall Street New York, NY 10004 | eterprise.newyorkfitch@fitchratings.com | INVOICE | 52,927,260 | 0.2145% | 0.2199% | NO APLICA |
| 12 | INTERLINKS INC. | 4221 Wilshire Blvd, Suite 204, NEWARK, DELAWARE 19702 | Luis Alonso; lalonso@inpersonic.com | INVOICE | 2,741,000 | 0.0001% | 0.0010% | NO APLICA |
| 13 | CAGLIE & ASOCIADOS | 850 LIBRARY AVENUE Suite 204, NEWARK, DELAWARE 19702 | jchwell@reizelaw.com | INVOICE | 22,995,123 | 0.0071% | 0.0085% | NO APLICA |
| 14 | RONALD B. JEWELL | 226 105 Filmore Street | rbjewell@sbdglobal.net | INVOICE | 79,818 | 0.0000% | 0.0002% | NO APLICA |
| 15 | PATISOFT RESEARCH SYSTEMS INC. | 45 Glover Ave, Norwalk, CT 06850 | www.ssystems@patisoft.com | INVOICE | 90,013,057 | 0.2080% | 0.0541% | NO APLICA |
| 16 | INVERSIONES CARMS, SPA | AV FOTE RIESCO 5711 1501, LAS CONDES | JUAN CATALÁN; jcatalan@CARMS,DING.CL | FACTURAS | 7,857,782 | 0.2389% | 0.3130% | NO APLICA |
| | TOTAL | | | | 725,936,530 | 0.2290% | 0.2796% | |

## CUENTAS POR PAGAR A EMPRESAS RELACIONADAS

| N° | ACREEDOR | Domicilio | Datos de contacto del acreedor o de su Representante Legal | Naturaleza del crédito | Bonos $ | Porcentaje del total del pasivo | Porcentaje del total del pasivo. Sin Empresas Relacionadas | Avalúo Comercial del bien garantizado con prenda o hipoteca, e individualización de la garantía |
|---|---|---|---|---|---|---|---|---|
| 1 | ENJOY GESTIÓN LIMITADA | AV. PRESIDENTE RIESCO 5711, OF. 1501 | marcelo.lepia@enjoy.cl | FACTURAS Y CUENTA CORRIENTE MERCANTIL | 54,839,754,271 | 17.0945% | 20.8352% | NO APLICA |
| 2 | CASINO DE PUERTO VARAS S.A. | KLENNER N°349 PUERTO VARAS | marcelo.lepia@enjoy.cl | PRÉSTAMO Y APORTE POR ENTERAR | 2,096,355,000 | 0.6520% | 0.7946% | NO APLICA |
| 3 | INVERSIONES INMOBILIARIAS ENJOY SPA. | AV. PRESIDENTE RIESCO 5711, OF. 1501 | marcelo.lepia@enjoy.cl | RECONOCIMIENTO DE DEUDA | 387,182,548 | 0.1204% | 0.1467% | NO APLICA |
| 4 | BALUMA S.A. | RAMBLA CLAUDIO WILLIMAN PARADA 4 C.P. 20100 - Punta del Este - Maldonado - Uruguay | marcelo.lepia@enjoy.cl | FACTURAS | 315,367,689 | 0.0981% | 0.1196% | NO APLICA |
| 5 | OPERACIONES E INTEGRALES (ESCHACAUCO) S.A. | AV FOTE RIESCO 5711 1501, LAS CONDES | marcela.lepia@enjoy.cl | FACTURAS | 1,502,030 | 0.0003% | 0.0003% | NO APLICA |
| 6 | ENJOY CONSULTORA S.A. | AV FOTE RIESCO 5711 1501, LAS CONDES | marcela.lepia@enjoy.cl | REEMBOLSO | 97,434 | 0.0000% | 0.0000% | NO APLICA |
| 7 | CASINO DE LA SERENA S.A. | AVENIDA PEÑUELAS NORTE N°56 COQUIMBO | marcela.lepia@enjoy.cl | APORTE POR ENTERAR | 2,300,000 | 0.0007% | 0.0008% | NO APLICA |
| 8 | CASINO DE VIÑA S.A. | AVENIDA SAN MARTÍN 199, VIÑA DEL MAR | marcela.lepia@enjoy.cl | APORTE POR ENTERAR | 2,500,000 | 0.0007% | 0.0009% | NO APLICA |
| 9 | CASINO DEL LAGO S.A. | HOLZAPFEL 159, PUCÓN | marcela.lepia@enjoy.cl | APORTE POR ENTERAR | 2,500,000 | 0.0007% | 0.0009% | NO APLICA |
| 10 | INVERSIONES INMOBILIARIAS ENLACE | AV FOTE RIESCO 5711 1501, LAS CONDES | JUAN CATALÁN; jcatalan@CARMS,DING.CL | BOLETA DE HONORARIOS T. | 13,949,530 | 0.0043% | 0.0052% | NO APLICA |
| 11 | LUIS OCTAVIO BOFILL GENZSCH | EL MIRADOR 2366, Las Condes | abofill@bmg.legal.cl | BOLETA DE HONORARIOS T. | 15,914,633 | 0.0041% | 0.0064% | NO APLICA |
| 12 | ALCIA LEAL LIMA NAVARRC | ALBRATA 141, Las Condes | alemma@velazquezabogados.com | BOLETA DE HONORARIOS T. | 7,857,782 | 0.0024% | 0.0029% | NO APLICA |

Pag: 12/21



Certificado
123457401473
Verifique validez en
http://www.fojas.cl

Pag: 13/21

| Nº | ACREEDOR | Domicilio | Datos de contacto del acreedor o de su Representante Legal | Naturaleza del crédito | Monto $ | Porcentaje del total del pasivo | Porcentaje del total del pasivo (con Empresas Relacionadas) | Avales Comercial del bien garantizado con prenda o hipoteca, o individualización de la garantía |
|---|---|---|---|---|---|---|---|---|
| 13 | IGNACIO PÉREZ ALARCÓN | AV PAPA DEL AGUILA 4180 ISO LB 000 1 GOLF MANO LO | tonichtwam@onemex.com | BOLETA DE HONORARIOS | 14,553,225 | 0,00463% | 0,00525% | NO APLICA |
| 14 | ANA MARIA ORELLANA JOHNSON | IMPRESORA LO MANINGANA | anilamolim@gmail.com | BOLETA DE HONORARIOS | 10,914,635 | 0,00347% | 0,00393% | NO APLICA |
| 15 | PAMIGUEL ANOTOLE | MV GOLF LOMAS LA ORHESA 13724, La Binanches | 19mtocom@gmail.com | BOLETA DE HONORARIOS | 9,077,943 | 0,00289% | 0,00327% | NO APLICA |
| 16 | JAIME MALIA VALENCIA | LAS CAALIA 4S, Las Condes | adhsemoa.qu@gmail.com | BOLETA DE HONORARIOS | 9,077,943 | 0,00289% | 0,00327% | NO APLICA |
| 17 | HENRY CHANTE ABRIL | CAMINO LA VIRA 130026, Las Condes | hcontrer@franveymel.cl | BOLETA DE HONORARIOS | 10,643,533 | 0,00302% | 0,00381% | NO APLICA |
| 18 | JORGE LESSER GARCIA HUIDOBRO | LOS OREGO 13331, Las Condes | freezer@frezen.cl | BOLETA DE HONORARIOS | 10,906,037 | 0,00312% | 0,00394% | NO APLICA |

(*) Honorario tarde





Pag: 14/21



Certificado    N°
123457401473
Verifique validez en
http://www.fojas.cl

## II. Hechos Posteriores

| Tipo de Hecho Posterior | | Fecha probable de ocurrencia del hecho | Cómo afectaría o modificaría la información contenida en el certificado emitido | Cuenta de Registro en Balance Provisorio a un año (Estado de Deuda del Deudor) | Acreedor y/o Proveedor |
|---|---|---|---|---|---|
| a) Modificar los mismos certificados | b) Afectar los contratos y condiciones que rigen los acuerdos y/o relaciones comerciales con los acreedores y/o proveedores afectos a la propuesta de Reorganización. | | | | |

No se tiene conocimiento de hechos significativos que puedan afectar los saldos de los saldos declarados.

IV Informe final sobre el trabajo realizado y los antecedentes tenidos a la vista para la elaboración del Certificado.

El trabajo realizado consistió en la revisión de la información contable, financiera y legal de la sociedad, verificando que los saldos de las cuentas contables que componen el pasivo del balance correspondiente al año comercial 2022 reflejen razonablemente la situación económica y financiera de la empresa. Para ello, se tuvo a la vista la siguiente documentación proporcionada por Enjoy S.A.

**1. ANTECEDENTES CONTABLES:**
1.1 Balance de 8 columnas año comercial 2023.
1.2 Balance de 8 columnas año comercial 2022.
1.3 Libro Diario año comercial 2023.
1.4 Libro Mayor año comercial 2023.
1.5 Análisis de cuentas de activos y pasivos correspondientes al año comercial 2023.
1.6 Análisis de cuentas de activos y pasivos correspondientes al año comercial 2022.

**2. ANTECEDENTES FINANCIEROS:**
2.1 Análisis y tabla de amortización correspondiente a préstamos bancarios mantenidos con Banco Internacional al 31 de diciembre de 2023.
2.2 Análisis y tabla de amortización correspondiente a bonos emitidos en U.S.A. a través del UMB Bank al 31 de diciembre de 2023.
2.3 Análisis y tabla de amortización correspondiente a bonos serie S emitidos en Chile, a través del Banco de Chile, al 31 de diciembre de 2023.
2.4 Análisis y tabla de amortización correspondiente a bonos serie T emitidos en Chile, a través del Banco de Chile, al 31 de diciembre de 2023.

**3. ANTECEDENTES LEGALES:**
3.1 Contrato de financiamiento, modificaciones al contrato y pagarés correspondientes a financiamiento mantenido con Banco Internacional.
3.2 Contrato, pagarés y carta de comunicación al Banco Central respecto a la emisión de Bonos en U.S.A. a través del UMB Bank.
3.3 Contrato de emisión de bonos serie S, emitidos en Chile, a través del Banco de Chile.
3.4 Contrato de emisión de bonos serie T, emitidos en Chile, a través del Banco de Chile.
3.5 Certificado de Deuda Fiscal a nombre de Enjoy S.A., emitido el 26 de enero de 2024.

Se extiende este certificado para ser acompañado junto a la Solicitud de Procedimiento Concursal de Reorganización Judicial en la Superintendencia de Insolvencia y Reemprendimiento y en el Tribunal competente.



Jorge Nelo Espina G.
R.U.T. 11.671.382-1
Por sí y en representación de OST Auditores Limitada.



**CERTIFICADO**

CERTIFICO: Que don (doña). **"TEJERINA OLIVARES JUAN PABLO",** Cédula Nacional de Identidad N° 11861382-1, de profesión CONTADOR AUDITOR, inscrito (a) bajo el N° 603, de fecha 27 de Junio de 2018, en el **"Registro de Inspectores de Cuentas y Auditores Externos"**, que lleva esta Comisión, se encuentra actualmente vigente.

NOTA: **"LOS INSPECTORES DE CUENTAS Y AUDITORES EXTERNOS QUE FORMAN PARTE DEL REGISTRO DE INSPECTORES DE CUENTAS Y AUDITORES EXTERNOS NO ESTÁN SOMETIDOS A FISCALIZACIÓN ALGUNA POR PARTE DE LA COMISIÓN PARA EL MERCADO FINANCIERO, SALVO EN LO QUE RESPECTA A SU INCORPORACIÓN EN EL MENCIONADO REGISTRO".**

Se otorga el presente certificado a petición del interesado para los fines que estime conveniente.

SANTIAGO, Enero 29 de 2024



**ANGELLA RUBILAR GUZMÁN**
SECRETARIO GENERAL (S)

Pag: 15/21



Certificado    N°
123457401473
Verifique validez
http://www.fojas.

Certificado Electrónico. Código de Verificación :23834-4785

Para verificar ingrese a www.svs.cl, servicios y trámites, verificar validez del certificado.



**CERTIFICADO**

CERTIFICO: Que la entidad denominada **"gnt auditores limitada"**, R.U.T. 76480851-7, inscrita, bajo el N°604, de fecha 27 de Junio de 2018, en el Registro de Inspectores de Cuentas y Auditores Externos, que lleva esta Comisión, se encuentra actualmente vigente.

La referida entidad ha encomendado el cumplimiento de las funciones de inspector de cuentas o de auditor externo, a las siguientes personas naturales:

| Nombre y Apellidos | R.U.T.; N° de pasaporte u otro documento oficial de identificación | Grado Académico u Oficio |
|---|---|---|
| | | |

**NOTA: "LOS INSPECTORES DE CUENTAS Y AUDITORES EXTERNOS QUE FORMAN PARTE DEL REGISTRO DE INSPECTORES DE CUENTAS Y AUDITORES EXTERNOS NO ESTÁN SOMETIDOS A FISCALIZACIÓN ALGUNA POR PARTE DE LA COMISIÓN PARA EL MERCADO FINANCIERO, SALVO EN LO QUE RESPECTA A SU INCORPORACIÓN EN EL MENCIONADO REGISTRO".**

SANTIAGO, Enero 29 de 2024



ANGELLA RUBILAR GUZMÁN
SECRETARIO GENERAL (S)



Certificado       Nï¿½
123457401473
Verifique validez en
http://www.fojas.cl

Certificado Electrónico. Código de Verificación :23835-4786

Para verificar ingrese a www.svs.cl, servicios y trámites, verificar validez del certificado.

Libro de Balance Tributario

Sociedad: CUB Enjoy S.A.
R.U.T: 96.970.380-7
Período: Desde 01 de enero de 2023 al 31 Diciembre 2023

Pag: 17/21

| Cuenta Mayor | Descripción Cuenta | Débitos | Créditos | Saldo Deudor | Saldo Acreedor | Activo | Pasivo | Pérdida | Ganancia |
|---|---|---|---|---|---|---|---|---|---|
| 11111010 | Caja | 64.409.931 | -64.409.931 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11113010 | Caja Moneda Extranjera | 23.956.887.703 | -23.956.887.703 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11115050 | Banco Chile (1).Saldo | 13.905 | | 13.905 | | 13.905 | | 0 | 0 |
| 11115053 | Banco Chile (1).O.Abonos | 3.906 | -3.906 | 0 | | 0 | | 0 | 0 |
| 11115130 | Banco Chile Inversiones.Saldo | 304.502 | | 304.502 | | 304.502 | | 0 | 0 |
| 11115135 | Banco Santander US$ (1).Saldo | 23.691.631.459 | -23.691.690.959 | 500 | | 500 | | 0 | 0 |
| 11115138 | Banco Santander US$ (1).O.Abonos | 24.278.413.276 | -24.278.413.276 | 0 | | | | 0 | 0 |
| 11115139 | Banco Santander US$ (1).O.Cargos | 23.401.971.331 | -23.401.971.331 | 0 | | | | 0 | 0 |
| 11115140 | Banco Santander Santiago (1).Saldo | 12.664.304.281 | -11.663.400.768 | 903.513 | | 903.513 | | 0 | 0 |
| 11115142 | Banco Santander Santiago (1).Giros | 1.374.387.244 | -1.374.387.244 | 0 | | | | 0 | 0 |
| 11115143 | Banco Santander Santiago (1).O.Abonos | 13.135.044.682 | -13.135.044.682 | 0 | | | | 0 | 0 |
| 11115144 | Banco Santander Santiago (1).O.Cargos | 12.663.400.768 | -12.663.400.768 | 0 | | | | 0 | 0 |
| 11115170 | Banco Security.Saldo | 8.741.717 | | 8.741.717 | | 8.741.717 | | 0 | 0 |
| 11116070 | Banco Internacional.Saldo | 100.813.137.690 | -100.812.660.159 | 477.531 | | 477.531 | | 0 | 0 |
| 11116073 | Banco Internacional.O.Abonos | 100.812.117.925 | -100.812.117.925 | 0 | | | | 0 | 0 |
| 11116074 | Banco Internacional.O.Cargos | 100.812.660.159 | -100.812.660.159 | 0 | | | | 0 | 0 |
| 11116350 | Banco Consorcio.Saldo | 4.048.046 | | 4.048.046 | | 4.048.046 | | 0 | 0 |
| 11116500 | Banco BCI (3).Saldo | 12.503 | | 12.503 | | 12.503 | | 0 | 0 |
| 11121010 | Banco BCI (4).Saldo | 472 | | 472 | | 472 | | 0 | 0 |
| 11121210 | Depositos a Plazo | 23.898.343.165 | -23.898.343.165 | 0 | | | | 0 | 0 |
| 11121020 | Fondos Mutuos pesos | 25.800.000.000 | -25.800.000.000 | 0 | | | | 0 | 0 |
| 11250010 | Antipo Proveedores | 206.742.800 | -206.742.800 | 0 | | | | 0 | 0 |
| 11255025 | Antipo Honorarios | 11.580.300 | -11.580.300 | 0 | | | | 0 | 0 |
| 11301009 | Cuentas por Cobrar E/R | 8.560.646.834 | -8.583.962.981 | | 23.316.147 | | 23.316.147 | 0 | 0 |
| 11301091 | Cuenta Corriente Mercapol EE.RR. | 3.072.681.303.554 | -2.535.522.086.380 | 537.159.217.176 | | 537.159.217.176 | | 0 | 0 |
| 11301093 | Cuenta Corriente Mercantil E/R Cash Pooling | 244.722.865.144 | -223.566.281.434 | 21.156.583.710 | | 21.156.583.710 | | 0 | 0 |
| 11401025 | Iva Crédito Fiscal | 213.945.173 | -58.592.866 | 155.352.307 | | 155.352.307 | | 0 | 0 |
| 11401035 | Otra Impuestos por Recuperar | 2.995.576.508 | -1.872.898.543 | 1.126.677.965 | | 1.126.677.965 | | 0 | 0 |
| 11401039 | PPUA años anteriores | 409.414.283 | | 409.414.283 | | 409.414.283 | | 0 | 0 |
| 11451040 | Otros Activos Anticipados | 493.068.541 | -493.068.591 | 0 | | | | 0 | 0 |
| 12050010 | Terrenos | 3.179.337.639 | | 3.179.337.639 | | 3.179.337.639 | | 0 | 0 |
| 13010058 | Inv E/R Umari Finances Inc. | 42.855.888 | | 42.855.888 | | 42.855.888 | | 0 | 0 |
| 13010101 | Inv. E/R Op. Integr. Ccoiumbolltda | 1.330.624.649 | -123.266.523 | 1.207.358.126 | | 1.207.358.126 | | 0 | 0 |
| 13010102 | Inv. E/R Campos del Norte SA | 543.833.001 | -457.844.881 | 85.987.120 | | 85.987.120 | | 0 | 0 |
| 13010105 | Inv. E/R Operaciones el Escorial SA | 55.759.130 | -23.166.742 | 32.592.388 | | 32.592.388 | | 0 | 0 |
| 13010106 | Inv. E/R Operaciones Integrales Isla Grande | 9.742.909 | -572.769.873 | | 563.026.964 | | 563.026.964 | 0 | 0 |
| 13010107 | Inv. E/R Bantrur S.A. | 3.621.702 | -365.697.674 | | 362.075.972 | | 362.075.972 | 0 | 0 |
| 13010108 | Inv. E/R Inversiones Enjoy SpA | 127.135.761.126 | -334.256.671.161 | | 207.120.910.035 | | 207.120.910.035 | 0 | 0 |
| 13010112 | Inv. E/R Kuden S.A. | 9.506.464 | -142.861.531 | | 133.255.067 | | 133.255.067 | 0 | 0 |
| 13010113 | Inv. E/R Operaciones Turísticas SA | 14.811.153 | -1.175.271 | 13.645.882 | | 13.645.882 | | 0 | 0 |
| 13010114 | Inv. E/R Enjoy Consultora S.A. | 1.690.940 | -1.122.863 | 568.077 | | 568.077 | | 0 | 0 |
| 13010115 | Inv. E/R Masterline S.A. | 6.113.653 | -39.861.800 | | 33.748.147 | | 33.748.147 | 0 | 0 |
| 13010117 | Inv. E/R Enjoy Gestión Ltda | 13.557.498.521 | -253.358.031.138 | | 240.000.532.617 | | 240.000.532.617 | 0 | 0 |
| 13010118 | Inv. E/R Inmobiliaria Kuden S.A. | 57.088.291 | -769.651 | 56.318.640 | | 56.318.640 | | 0 | 0 |
| 13010120 | Inv. E/R IFI Castro S.A. | 1.343.919 | -59.334.200 | | 57.990.281 | | 57.990.281 | 0 | 0 |
| 13010121 | Inv. E/R IFI Coquimbo S.A. | 48.968.116 | -1.614.391 | 47.353.725 | | 47.353.725 | | 0 | 0 |
| 13010131 | u) utilidad no realizada | 172.780.561 | -57.970.218 | 114.810.343 | | 114.810.343 | | 0 | 0 |
| 13010136 | t) Resultado no realizado | 0 | 0 | | 218.946.550 | | 218.946.550 | 0 | 0 |
| 13020028 | h) Inversión en Casino de la Bahía | 25.888.700 | -402.420.606 | | 376.531.706 | | 376.531.706 | 0 | 0 |





Certificado
123457401473
Verifique validez
http://www.fojas.

Libro de Balance Tributario

| | |
|---|---|
| Sociedad | CI26 Enjoy S.A. |
| R.U.T | 96.970.380-7 |
| Período | Desde 01. de enero de 2023 al 31 Diciembre 2023 |

| Cuenta Mayor | Descripción Cuenta | Débitos | Créditos | Saldo Deudor | Saldo Acreedor | Activo | Pasivo | Perdida | Ganancia |
|---|---|---|---|---|---|---|---|---|---|
| 13102029 | (I) Inversion en Casino del Mar S.A. | 34,713,723 | -760,843,078 | 0 | 724,129,355 | | 724,129,355 | 0 | 0 |
| 13102030 | (I) Inversion en Casino del Lago S.A. | 14,528,596 | -47,670,925 | 0 | 33,142,329 | | 33,142,329 | 0 | 0 |
| 13102031 | (I) Inversion en Casino de Iquique S.A. | 4,542,388 | 0 | 4,542,388 | | 4,542,388 | | 0 | 0 |
| 13102032 | (I) Inversion en Casino de Puerto Varas S.A. | 1,554,370 | -33,061,845 | 0 | 51,507,475 | | 51,507,475 | 0 | 0 |
| 13102036 | Aporte por entrar - Casino de Iquique | 0 | -2,300,000 | 0 | 2,300,000 | | 2,300,000 | 0 | 0 |
| 13108047 | (I) Inv. E/R Inv. Inmobiliaria Enjoy SpA. | 79,044,436,635 | -7,424,422,763 | 71,624,013,872 | | 71,624,013,872 | | 0 | 0 |
| 13108051 | Inv EERR CDP | 29,327,288 | -3,198,481 | 26,128,807 | | 26,128,807 | | 0 | 0 |
| 13108052 | Inv EERR Casino Los Angeles | 23,039,870 | -7,115,760 | 15,924,110 | | 15,924,110 | | 0 | 0 |
| 13105056 | Inv. EERR Enjoy Gestion Rancagua S.A. | 3,693,760 | -968,760 | 2,725,000 | | 2,725,000 | | 0 | 0 |
| 13905076 | Cuentas Corriente Financiamiento Salguero | 90,619,931,075 | 0 | 90,619,931,075 | | 90,619,931,075 | | 0 | 0 |
| 13305078 | CxC EERR LP para pago de proveedores post-ARJ | 1,474,730,433,374 | -1,371,019,878,779 | 103,710,554,595 | | 103,710,554,595 | | 0 | 0 |
| 13401048 | Derechos de agua | 26,224,300 | 0 | 26,224,300 | | 26,224,300 | | 0 | 0 |
| 13902511 | (I) Impuestos Diferido UP | 13,841,217,515 | -12,627,985,563 | 1,213,231,952 | | 1,213,231,952 | | 0 | 0 |
| 13905033 | R.I.F. U/ convenios de pago TGR | 116,939,661 | -116,939,427 | 234 | | 234 | | 0 | 0 |
| 13101010 | Linea de Credito Banco | | | 0 | 1 | | 1 | 0 | 0 |
| 21102015 | Prestamos Bancarios Corto Plazo $ | 13,887,146,227 | -18,691,511,557 | 0 | 4,804,365,330 | | 4,804,365,330 | 0 | 0 |
| 21103016 | Porcion Corto Plazo Prestamo Bancario UF | 28,815,678,398 | -28,815,678,398 | 0 | 0 | | 0 | 0 | 0 |
| 21104010 | Intereses Devengados | 572,236,268 | -688,635,364 | 0 | 116,399,096 | | 116,399,096 | 0 | 0 |
| 21104012 | Intereses Devengados UF | 1,177,655,629 | -1,177,655,629 | 0 | 0 | | 0 | 0 | 0 |
| 21104014 | Intereses Devengados Oblig.Oblig.Publico $ | 12,701,727,142 | -13,691,944,110 | 0 | 990,216,968 | | 990,216,968 | 0 | 0 |
| 21104016 | Intereses Devengados Oblig.Oblig.Publico US$ | 14,494,788,400 | -16,532,267,990 | 0 | 2,037,479,590 | | 2,037,479,590 | 0 | 0 |
| 21151011 | Dividendos por Pagar | | -18,307 | 0 | 18,307 | | 18,307 | 0 | 0 |
| 21151010 | Proveedores Nacionales | 5,216,559,691 | -5,780,252,940 | 0 | 563,693,249 | | 563,693,249 | 0 | 0 |
| 21151020 | Acreedores Extranjeros | 379,861,859 | -453,179,183 | 0 | 73,317,324 | | 73,317,324 | 0 | 0 |
| 21151021 | Comp. dif.con Proveedores Extranjeros | 51,575,611 | -53,356,862 | 0 | 1,781,251 | | 1,781,251 | 0 | 0 |
| 21155015 | Documentos Vencidos | | -368,389,346 | 0 | 368,389,346 | | 368,389,346 | 0 | 0 |
| 21155510 | Acreedores Varios | 6,526,821 | -6,526,821 | 0 | 0 | | 0 | 0 | 0 |
| 21401010 | Cuentas Por Pagar E/R | 862,732,841 | -1,269,260,717 | 0 | 406,527,876 | | 406,527,876 | 0 | 0 |
| 21401092 | Cuentas Corriente Mercantil EE.RR. | 425,679,446,523 | -435,438,224,646 | 0 | 9,758,778,123 | | 9,758,778,123 | 0 | 0 |
| 21401096 | Cuentas Corriente Mercantil EE.RR. Cash Pooling | | -37,862,746,019 | 0 | 37,862,746,019 | | 37,862,746,019 | 0 | 0 |
| 21430010 | Provision de Facturas por Recibir | 2,543,289,428 | -2,714,162,179 | 0 | 170,872,751 | | 170,872,751 | 0 | 0 |
| 21453015 | Otras Provisiones | 5,545,158,749 | -5,703,333,213 | 0 | 158,174,464 | | 158,174,464 | 0 | 0 |
| 21453017 | Notas de credito por recibir | 1,439,691 | -599,355 | 840,336 | | 840,336 | | 0 | 0 |
| 21454011 | Otras obligaciones proveedores por pagar | 345,509 | -345,509 | 0 | 0 | | 0 | 0 | 0 |
| 21454020 | Honorarios por pagar | 435,774,407 | -536,203,845 | 0 | 100,429,438 | | 100,429,438 | 0 | 0 |
| 21455015 | Iva Debito Fiscal | 78,944,239 | -78,944,239 | 0 | 0 | | 0 | 0 | 0 |
| 21455025 | Impuesto Segunda Categoria. | 58,330,308 | -56,769,531 | 1,560,777 | | 1,560,777 | | 0 | 0 |
| 21458020 | Impuesto Adicional | 31,433,043,540 | -31,536,599,058 | 0 | 103,555,518 | | 103,555,518 | 0 | 0 |
| 21458024 | Otros Provisiones I | 390,561,198 | -790,561,138 | 0 | 400,000,000 | | 400,000,000 | 0 | 0 |
| 21458030 | Impuesto Unico Art. 21 S.A. | | -609,667 | 0 | 609,667 | | 609,667 | 0 | 0 |
| 21502023 | Depósitos sin identificar | 71,955,908 | -72,279,990 | 0 | 324,082 | | 324,082 | 0 | 0 |
| 22101010 | Prestamos Bancarios Largo Plazo$ | 2,676,960,443 | -13,887,146,227 | 0 | 11,210,185,784 | | 11,210,185,784 | 0 | 0 |
| 22101050 | Porcion Largo Plazo Obligaciones con el Publico $ | | -40,977,625,865 | 0 | 40,977,625,865 | | 40,977,625,865 | 0 | 0 |
| 22101052 | Porcion Largo Plazo Obligaciones con el Publico US | 35,616,590,585 | -235,029,484,324 | 0 | 199,412,893,739 | | 199,412,893,739 | 0 | 0 |
| 22201059 | Ajuste PV U/P Obligaciones con el Publico Bono USD | 162,000,666,345 | -157,028,761,567 | 4,971,904,778 | | 4,971,904,778 | | 0 | 0 |
| 22201061 | Ajuste PV U/P Obligaciones con el Publico Bono CLP | 55,181,466,831 | -51,837,135,751 | 3,344,331,380 | | 3,344,331,380 | | 0 | 0 |
| 22201021 | Cuentas por Pagar E/R L/P Enjoy Consultora S.A. | | -435,405 | 0 | 435,405 | | 435,405 | 0 | 0 |
| 22301057 | Cuentas por Pagar E/R L/P Limari Finances Inc. | | -42,855,888 | 0 | 42,855,888 | | 42,855,888 | 0 | 0 |
| 22301069 | Cuentas por Pagar E/R L/P Operaciones Integrales I | | -3,000,000 | 0 | 3,000,000 | | 3,000,000 | 0 | 0 |



Certificado
12345740147 3
Verifique validez en
http://www.fojas.cl

Libro de Balance Tributario

| | |
|---|---|
| Sociedad | C.OA Enjoy S.A. |
| R.U.T | 96.970.380-7 |
| Periodo | Desde 01 de enero de 2023 al 31 Diciembre 2023 |

Pag: 19/21

| Cuenta Mayor | Descripción Cuenta | Débitos | Créditos | Saldo Deudor | Saldo Acreedor | Activo | Pasivo | Perdida | Ganancia |
|---|---|---|---|---|---|---|---|---|---|
| 22301071 | Cuentas por Pagar E/R,L/P (PJ Coquimbo S.A. | 146.946.597.631 | -44.000.000 | 0 | 44.000.000 | 0 | 44.000.000 | 0 | 0 |
| 22301085 | CxP EERR LP para pago de proveedores post ABJ | 4.488.337.688 | -156.653.175.740 | 0 | 9.766.578.109 | 0 | 9.766.578.109 | 0 | 0 |
| 22601090 | Otras Provisiones Largo plazo | 42.307.765.803 | -7.826.684.512 | 0 | 3.340.846.874 | 0 | 3.340.846.874 | 0 | 0 |
| 22901017 | Ajuste IV Bono en USD Impuestos Diferidos | 13.996.026.663 | -43.740.380.128 | 0 | 1.342.414.255 | 0 | 1.342.414.255 | 0 | 0 |
| 22901019 | Ajuste IV Bono en CLP Impuestos Diferidos | | -14.898.996.044 | 0 | 902.960.391 | 0 | 902.969.391 | 0 | 0 |
| 23101012 | (I) capital social | 90.564.149.936 | -544.225.290.570 | 0 | 544.225.290.570 | 0 | 544.225.290.570 | 0 | 0 |
| 23101015 | Acciones por suscribir | | | 90.564.149.936 | 0 | 90.564.149.936 | | 0 | 0 |
| 23101021 | (I) Acciones suscritas | 3.179.399.988 | -13.108.670.495 | 0 | 13.108.670.495 | 0 | 13.108.670.495 | 0 | 0 |
| 23101029 | (I) Ajuste conv. Gestión | | -3.375.269.656 | 0 | 195.869.668 | 0 | 195.869.668 | 0 | 0 |
| 23151031 | (I)Cartera deuda vendida a Inv.ext. | 63.861.268.000 | -24.506.166.000 | 0 | | 39.367.102.000 | | 0 | 0 |
| 23151032 | (I) Contribución patrimonial | | -7.727.967.701 | 0 | 7.727.967.701 | 0 | 7.727.967.701 | 0 | 0 |
| 23151040 | (I)Ajuste conv. Inversiones Enjoy | 57.666.931.202 | -134.706.550.237 | 0 | 77.039.619.035 | 0 | 77.039.619.035 | 0 | 0 |
| 23151042 | (I) Ajuste conv. Enjoy Consultora | 536.116 | -96.845 | 439.271 | 0 | 439.271 | 0 | 0 | 0 |
| 23302007 | (I)Otras Reservas | 39.002.414.723 | 0 | 39.002.414.723 | 0 | 39.002.414.723 | 0 | 0 | 0 |
| 23401014 | (I) Reconoc Venta Acciones Propias | 2.507.714.790 | -16.540.527.140 | 0 | 16.540.527.140 | 0 | 16.540.527.140 | 0 | 0 |
| 23501011 | (I) utilidad (perdida) acumulada. | 1.102.281.393.717 | -756.639.462.468 | 345.641.911.269 | 0 | 345.641.911.269 | 0 | 0 | 0 |
| 23501024 | (I) Ajuste 1ra. Adopción Tasa efectiva | | -146.236.122 | 0 | 146.236.122 | 0 | 146.236.122 | 0 | 0 |
| 23501027 | Ajuste cambio tasa I. Diferido | | -3.238.483.831 | 0 | 3.238.483.831 | 0 | 3.238.483.831 | 0 | 0 |
| 23501061 | (I) 1ra. Adopción Impuestos Diferidos | 24.860.141 | 0 | 24.860.141 | 0 | 24.860.141 | 0 | 0 | 0 |
| 23501065 | (I) 1ra. Adopción CM Patrimonio | 598.873.171 | 0 | 598.873.171 | 0 | 598.873.171 | 0 | 0 | 0 |
| 23501066 | (I) 1ra. Adopción CM y I/I Invers. Empresa Relaciona | | -2.482.150.052 | 0 | 2.482.150.052 | 0 | 2.481.150.052 | 0 | 0 |
| 23501068 | (I) 1ra. Adopción Invers. En otras sociedades | | -218.009 | 0 | 218.009 | 0 | 218.009 | 0 | 0 |
| 23501074 | Ajuste años anteriores | | -2.049.634.082 | 0 | 2.049.634.082 | 0 | 2.049.634.082 | 0 | 0 |
| 31101001 | Traspaso entre Cta Cte Bancaria | 14.325.231.194 | -14.325.231.194 | 0 | 0 | 0 | 0 | 0 | 0 |
| 41200090 | Otros ingresos operacionales | 977.521.636 | -1.596.274.418 | 0 | 618.752.782 | 0 | 618.752.782 | 0 | 618.752.782 |
| 43100562 | Viajes y alojamientos | 13.964.146 | -9.999.907 | -4.743.953 | 0 | 0 | 0 | 0 | 53.851 |
| 43104525 | Contribuciones | 182.997.540 | -4.743.953 | 178.253.607 | 0 | 0 | 0 | 178.253.607 | 53.851 |
| 43104528 | Gastos legales y notariales | 184.000 | | 184.000 | 0 | 0 | 0 | 184.000 | 0 |
| 43104531 | Impuestos y patentes | 1.033.576.288 | -490.068.592 | 540.507.696 | 0 | 0 | 0 | 540.507.696 | 0 |
| 43104534 | Asesoría externa | 2.507.714.798 | -672.622.946 | 1.835.091.852 | 0 | 0 | 0 | 1.835.091.852 | 0 |
| 43109098 | (I) amortización otros activos I/p | 57.970.218 | | 57.970.218 | 0 | 0 | 0 | 57.970.218 | 0 |
| 45201015 | Otros Intereses Ganados | 7.297.578.179 | -48.941.198.453 | 0 | 41.600.620.274 | 0 | 41.600.620.274 | 0 | 137.753.729 |
| 45201018 | Interes Ganado TE | 26.840.155 | -164.593.884 | 0 | 137.753.729 | 0 | 137.753.729 | 0 | 137.753.729 |
| 45201517 | (I) Utilidad Invers. Inmuebles E/R | 3.198.533.754 | -9.131.105.027 | 0 | 5.933.571.273 | 0 | 5.933.571.273 | 0 | 5.933.571.273 |
| 45103013 | Otr. cambios deuda vendida Inv. Integr. Coquimbo Ltda | 11.266.523 | -11.984.055 | 0 | 0 | 0 | 0 | 0 | 0 |
| 45103014 | (I) Utilidad (Perdida) Inv.E/R Campos del Norte S. | 20.344.881 | -51.325.867 | 0 | 30.980.986 | 0 | 30.980.986 | 11.282.468 | 0 |
| 45103017 | (I) Utilidad (Perdida) Inv.E/R Oper. El Escorial | 4.616.742 | -24.197.877 | 0 | 19.781.335 | 0 | 19.781.335 | 11.282.468 | 0 |
| 45103018 | (I) Utilidad (Perdida) Inv.E/R Oper. Integrales Isl | 73.043.591 | -9.742.909 | 63.300.682 | 0 | 0 | 0 | 63.300.682 | 0 |
| 45103019 | (I) Utilidad (Perdida) Inv.E/R Casino Rinconada | 31.292.540 | -3.621.702 | 27.670.838 | 0 | 0 | 0 | 27.670.838 | 0 |
| 45103050 | (I) Utilidad (Perdida) Inv.E/R Inversiones Enjoy S | 115.119.106.988 | -64.112.113 | 50.054.994.865 | 0 | 0 | 0 | 50.054.994.865 | 0 |
| 45103052 | (I) Utilidad (Perdida) Inv.E/R Ruden | 49.624.178 | -9.506.464 | 40.117.714 | 0 | 0 | 0 | 40.117.714 | 0 |
| 45103055 | (I) Utilidad (Perdida) Inv.E/R Operaciones Turisti | 1.175.271 | -4.054.106 | 0 | 2.878.835 | 0 | 2.878.835 | 0 | 2.878.835 |
| 45103056 | (I) Utilidad (Perdida) Inv.E/R Enjoy Consultora S. | 804.616 | -766.124 | 38.492 | 0 | 0 | 0 | 38.492 | 0 |
| 45103057 | (I) Utilidad (Perdida) Inv.E/R Marinas E/R | 8.407.687 | -6.113.603 | 2.294.084 | 0 | 0 | 0 | 2.294.084 | 0 |
| 45103059 | (I) Utilidad (Perdida) Inv.E/R Enjoy Gestion Ltda | 76.703.811.619 | -10.223.326.691 | 66.480.485.007 | 0 | 0 | 0 | 66.474.485.007 | 0 |
| 45103060 | (I) Utilidad (Perdida) Inv.E/R Inm.Ruden S.A. | 769.651 | -462.840 | 306.811 | 0 | 0 | 0 | 306.811 | 0 |
| 45103062 | (I) Utilidad (Perdida) Inv. E/R Inm.y Proy.inte.Ca | 5.696.501 | -1.343.919 | 4.352.582 | 0 | 0 | 0 | 4.352.582 | 0 |
| 45103063 | (I) utilidad (Perdida) Inv.E/R Inm.y Prov.Int.Coqu | 52.733 | -335.706 | 0 | 282.973 | 0 | 282.973 | 0 | 282.973 |
| 45103080 | (I) Utilidad (Perdida) Inv. Inmobiliarias Enjoy | 1.838.288.059 | -7.477.330.284 | 0 | 5.639.042.225 | 0 | 5.639.042.225 | 0 | 5.639.042.225 |



Certificado            Ni
123457401473
Verifique validez
http://www.fojas.



Certificado
123457401473
Verifique validez en
http://www.fojas.cl

Libro de Balance Tributario

Sociedad   CLDB Enjoy S.A.
R.U.T   96.970.380-7
Periodo   Desde 01 de enero de 2023 al 31 Diciembre 2023

| Cuenta Mayor | Descripcion Cuenta | Débitos | Créditos | Saldo Deudor | Saldo Acreedor | Activo | Pasivo | Pérdida | Ganancia |
|---|---|---|---|---|---|---|---|---|---|
| 45100087 | (I)Utilidad (Perdida) Inv. Casino de la Bahia | 193.769.374 | -25.888.700 | 167.880.674 | 0 | 0 | 0 | 167.880.674 | 0 |
| 45100088 | (I)Utilidad (Perdida) Inv. Casino del Mar | 324.955.020 | -36.713.723 | 288.241.297 | 0 | 0 | 0 | 288.241.297 | 0 |
| 45100089 | (I)Utilidad (Perdida) Inv. Casino del Lago S.A. | 47.670.923 | -11.764.804 | 35.902.119 | 0 | 0 | 0 | 35.902.119 | 0 |
| 45100091 | (I)Utilidad (Perdida) Inv. Casino de Puerto Varas | 11.518.954 | -1.554.370 | 9.964.584 | 0 | 0 | 0 | 9.964.584 | 0 |
| 45100092 | (I)Utilidad (Perdida) Inv C de Juegos del Pacifico | 3.198.360 | -10.528.480 | | 7.330.120 | 0 | 0 | 0 | 7.330.120 |
| 45100093 | (I)Utilidad (Perdida) Inv. Casino Los Angeles S.A. | 7.115.760 | -3.433.080 | 3.682.680 | 0 | 0 | 0 | 3.682.680 | 0 |
| 45100090 | Otros Ingreso No Operacionales | | -73.101 | | 73.101 | 0 | 0 | 0 | 73.101 |
| 45107030 | Correccion Monetaria Activos UF | 51.655.598 | | 51.655.598 | 0 | 0 | 0 | 51.655.598 | 0 |
| 45100010 | Diferencia de cambio | 8.290.084.545 | -36.146.828.577 | | 27.856.744.032 | 0 | 0 | 0 | 27.856.744.032 |
| 45100012 | Ajuste de Cambio Deuda Financiera US$ | 68.229.429.095 | -67.838.265.861 | 391.163.234 | 0 | 0 | 0 | 391.163.234 | 0 |
| 46520010 | Intereses Pagados Inst.Financieras | 3.598.553.604 | -1.744.891.897 | 1.853.661.707 | 0 | 0 | 0 | 1.853.661.707 | 0 |
| 46520016 | Intereses Obligaciones con el Público | 46.096.173.965 | -28.451.760.051 | 17.644.413.914 | 0 | 0 | 0 | 17.644.413.914 | 0 |
| 46520022 | (I) Otros Intereses Pagados E/R | 51.330 | | 51.330 | 0 | 0 | 0 | 51.330 | 0 |
| 46520035 | Gastos bancarios | 747.382.728 | -306.569.535 | 440.813.193 | 0 | 0 | 0 | 440.813.193 | 0 |
| 46520054 | Ajuste FV Intereses Bono en USD | 153.845.541.858 | -150.440.911.256 | 3.404.628.602 | 0 | 0 | 0 | 3.404.628.602 | 0 |
| 46520055 | Ajuste FV Intereses Bono en CLP | 51.837.135.751 | -51.110.345.661 | 726.790.090 | 0 | 0 | 0 | 726.790.090 | 0 |
| 46520090 | Otros Egresos No Operacionales | 7.439.581.643 | -6.951.936.988 | 487.644.655 | 0 | 0 | 0 | 487.644.655 | 0 |
| 46205092 | (I) otras ganancias (pérdidas) | 117.618 | -22.237.828 | | 22.120.210 | 0 | 0 | 0 | 22.120.210 |
| 46205010 | Correccion Monetaria Pasivos UF | 713.844.151 | -24.463.104 | 689.381.047 | 0 | 0 | 0 | 689.381.047 | 0 |
| 46205051 | Correccion Monetaria otros activos en UF | 165.434 | -54.975.185 | | 54.809.751 | 0 | 0 | 0 | 54.809.751 |
| 46520010 | Diferencia de Cambio | 28.472.990.917 | -6.929.216.514 | 21.543.774.403 | 0 | 0 | 0 | 21.543.774.403 | 0 |
| 46205010 | Impuesto Primera Categoria | 42.838.900 | -1.117.741.958 | | 1.074.903.058 | 0 | 0 | 0 | 1.074.903.058 |
| 46209011 | (I) impuestos diferidos resultado | 12.629.985.563 | -9.723.349.670 | 2.906.635.893 | 0 | 0 | 0 | 2.906.635.893 | 0 |
| 46209021 | Ajuste It° FV Bono en USD Impuestos Diferidos | 41.599.924.553 | -42.397.765.873 | | 797.841.340 | 0 | 0 | 0 | 797.841.340 |
| 46209022 | Ajuste It° FV Bono en CLP Impuestos Diferidos | 13.779.793.329 | -13.596.026.653 | 196.233.324 | 0 | 0 | 0 | 196.233.324 | 0 |
| | Total | 1.648.645.618.006 | -3.648.645.618.006 | 1.525.401.376.059 | 1.525.401.376.059 | 1.355.664.240.173 | 1.441.557.603.060 | 169.937.135.886 | 84.043.772.999 |
| | Resultado del Ejercicio | 0 | 0 | 0 | 0 | 85.893.362.887 | | 85.893.362.887 | |
| | Total balance | 1.648.645.618.006 | -3.648.645.618.006 | 1.525.401.376.059 | 1.525.401.376.059 | 1.441.557.603.060 | 1.441.557.603.060 | 169.937.135.886 | 169.937.135.886 |

Contador

Representante Legal





INCHL5153955182S48<<<<<<<<<<<<<
7806108M2806103CHL13454480<5<8
RIGO<RIGHI<BAILLIE<<ESTEBAN<ED





Certificado    Nï
123457401473
Verifique validez
http://www.fojas.

**<u>Exhibit D</u>**



STATE OF NEW YORK

)
)
)
COUNTY OF NEW YORK                )        ss

## CERTIFICATION

This is to certify that the attached translation is to the best of my knowledge and belief a true and accurate

translation from Spanish into English of the attached document.

Michael Stypa
Divergent Language Solutions, LLC

State of New York

County of New York

Subscribed to and sworn before me this __11__ day of __March__, 20 __24__,

by Michael Stypa.

Notary Public

MATTHEW C. ZELAK
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01ZE6350239
Qualified in Kings County
Commission Expires   November 7, 2024





**Library of the National Congress of Chile / BCN** | **Chilean Law**

# Law 20720

REPLACES THE CURRENT BANKRUPTCY REGIME WITH A
LAW ON REORGANIZATION AND LIQUIDATION OF COMPANIES
AND INDIVIDUALS, AND ENHANCES THE ROLE OF THE RELEVANT
SUPERINTENDENCE

MINISTRY OF ECONOMY, DEVELOPMENT, AND TOURISM;
OFFICE OF THE DEPUTY SECRETARY OF ECONOMY
AND SMALL COMPANIES



Publication:JAN-09-2014 | Enactment: DEC-30-2013
Last Modification: DEC-30-2023 Law 21641
Article: 57
Version: Most Recent Version From: DEC-30-2023
Short Url: https://bcn.cl/3hccp

Article 57.- Reorganization Resolution. Within the fifth day following the filing referred to in the preceding article, the competent court shall issue a resolution appointing the Overseer and Alternate Overseer nominated in the manner set forth under Article 22. Such resolution shall provide as follows:

1) During the sixty-day period beginning with the notification of this resolution, which may be extended pursuant to Article 58, the Debtor shall enjoy Bankruptcy Financial Protection, under which:
a) A Liquidation Bankruptcy Proceeding may not be ordered or initiated against the Debtor, nor may enforcement proceedings, executions of any kind, or compensation in lease proceedings be initiated against the Debtor. The foregoing shall not apply to labor proceedings on senior obligations, and in this case only the execution and collection of the Debtor's assets may be suspended, except with respect to labor proceedings of this type that the Debtor may have in such capacity with his or her spouse, relatives, or managers, administrators, attorneys-in-fact with general powers of attorney for management functions, or other persons who are involved in managing the Debtor's business. For these purposes, relatives of the Debtor or of the Debtor's legal representatives shall be understood to be ascendants, descendants, and collateral relatives up to and including the fourth degree of consanguinity and affinity.
b) The processing of the proceedings indicated in letter a) above and any time bar periods shall be suspended.
c) All agreements entered into by the Debtor shall remain in force and shall maintain their payment conditions. Consequently, they may not unilaterally be terminated early, their performance may not be accelerated, and any guarantees provided thereunder may not be enforced by invoking the commencement of a Reorganization Bankruptcy Proceeding as grounds. The claim of any creditor who violates this prohibition shall be postponed until all creditors subject to the

Law 21563
Art. 1 N° 21 a)
O.D. 05.10.2023

Document digitally signed by Alejandro Turis L., Head of the Legislative and Document Services Dept., by order of the Director.
To validate, go to the website www.leychile.cl/validar and enter code N1058072S1521563
Document generated on Feb-29-2024
page 1 of 3

Law 20720

**140 years**

**Library** of the National
Congress of Chile / BCN

**|Chilean Law**

Judicial Reorganization Agreement are paid in full, including creditors that are Persons Related to the Debtor.

In order to implement the postponement referred to in the preceding paragraph, one must request that it be ordered in an ancillary proceeding before the court hearing the Reorganization Bankruptcy Proceeding. The provisions of this paragraph shall not apply to framework agreements covering derivatives transactions or to framework agreements covering sale and repurchase transactions or purchase and resale transactions or other equivalent transactions involving any of the instruments referred to in number 8 of Article 1 of Law No. 20.345, in which the debtor is an institutional investor, which shall be governed in this respect by the special rules referred to in the second and subsequent paragraphs of Article 140 of this Law.

d) If the Debtor is included in a public registry as a contractor or provider of any service, and provided it is up to date with its contractual obligations with the respective customer, it may not be removed or deprived from participating in bidding processes based on the commencement of a Reorganization Bankruptcy Proceeding. If the public entity removes it from its registry or discriminates against its participation based on the commencement of a Reorganization Bankruptcy Proceeding, despite the fact that it is up to date with its obligations with the respective customer, it must provide compensation for any damages caused to the Debtor by such discrimination or removal.

Law 21130
Art. 4 No. 1
D.O. 01.12. 2019
Law 21641
Art. 1 No. 1, a)
and b)
D.O. 12.30.2023

2) During the Bankruptcy Financial Protection, the following provisional remedies and restrictive measures shall apply to the Debtor:

a) It shall be subject to the intervention of the Overseer appointed in the same resolution, who shall have the duties set forth in Article 25;

b) It may not encumber or dispose of its assets, except for those whose disposal or sale is inherent to its line of business or that are strictly necessary for it to carry out the normal course of its business; and with respect to other property or assets, the provisions of Article 74 shall apply; and

c) In the case of legal entities, they may not modify their agreements, bylaws, or powers of attorney. The registration of any transfer of shares of the Debtor Company in the relevant corporate records shall require authorization from the Overseer, who will issue it, provided it does not alter or affect the rights of creditors. The foregoing shall not apply to corporations that hold public offerings for their securities.

3) The date on which the Bankruptcy Financial Protection will expire.

4) The order to the Debtor to publish, through the Overseer, in the Bankruptcy Bulletin and to provide it to the competent court, at least ten days prior to the date set for the Creditors' Meeting, its proposed Judicial Reorganization Agreement. If the Debtor does not comply with this order, the Overseer shall certify this circumstance and the competent court shall issue the Liquidation Resolution,

Document digitally signed by Alejandro Turis L., Head of the Legislative and Document Services Dept., by order of the Director.
To validate, go to the website www.leychile.cl/validar and enter code N1058072S1521563
page 2 of 3
Document generated on Feb-29-2024



**Library** of the National
**Congress of Chile / BCN**   | **Chilean Law**

with no additional formalities.

5) The date, place, and time of the Creditors' Meeting that must be held to hear and decide on the proposed Judicial Reorganization Agreement submitted by the Debtor. The date of such Meeting shall be the date on which the Bankruptcy Financial Protection expires.

6) Within fifteen days from notification of this resolution, all creditors must provide evidence to the competent court of their capacity to act in the Reorganization Bankruptcy Proceeding, expressly stating any powers they confer upon their attorneys-in-fact to hear, modify, and accept the Judicial Reorganization Agreement.

7) The order for the Overseer to register a copy of this resolution in the corresponding real estate registers in the margin of the property registration for each of the real properties belonging to the debtor.

8) The order to the Overseer to provide to the competent court and publish in the Bankruptcy Bulletin his or her report on the proposed Judicial Reorganization Agreement, at least three days prior to the date set for the Creditors' Meeting that will vote on said agreement. This Overseer's Report must contain a well-founded determination regarding:

a) Whether the proposal is likely to be complied with, taking into consideration the Debtor's conditions;

b) The probable amount of recovery that would correspond to each creditor in their respective categories, in the event of a Liquidation Bankruptcy Proceeding, considering the commercial value of the assets, their estimated depreciation in the event of liquidation, and the amount of priority, secured, and subordinate claims; and

c) Whether the proposal complies with the law.

If the Overseer does not submit the aforementioned report within the indicated timeframe, the Debtor, any of the creditors, or the competent court shall inform the Superintendence so that the pertinent penalties may be imposed. In this case, the Judicial Reorganization Agreement shall be voted on without the Overseer's Report.

<div style="float:right">

Law 21563
Art. 1 No. 21 b)
and c)
D.O. 05.10.2023

</div>

9) Within five days of notification of this resolution, the Debtor and the three largest creditors indicated in the independent accountant and auditor's certificate referred to in Article 55 shall attend a hearing. This hearing shall be held with those who attend and shall address the fee proposal made by the Overseer. If no agreement is reached on the amount of the fees and the form of payment thereof, or if none of the above-mentioned persons attends, such fees shall be set by the competent court without further appeal.

10) The order to the Debtor to provide the Overseer with a copy of all of the background information submitted in accordance with Article 56. This background information and the copy of the resolution referred to in this Article shall be published by the Overseer in the Bankruptcy Bulletin within three days of its issuance.

Document digitally signed by Alejandro Turis L., Head of the Legislative and Document Services Dept., by order of the Director.
To validate, go to the website www.leychile.cl/validar and enter code N1058072S1521563
Document generated on Feb-29-2024
page 3 of 3

Biblioteca del Congreso
Nacional de Chile / BCN
•140 años
Ley Chile

# Ley 20720

SUSTITUYE EL RÉGIMEN CONCURSAL VIGENTE POR UNA LEY DE REORGANIZACIÓN Y LIQUIDACIÓN DE EMPRESAS Y PERSONAS, Y PERFECCIONA EL ROL DE LA SUPERINTENDENCIA DEL RAMO

MINISTERIO DE ECONOMÍA, FOMENTO Y TURISMO; SUBSECRETARÍA DE ECONOMÍA Y EMPRESAS DE MENOR TAMAÑO



Publicación: 09-ENE-2014 | Promulgación: 30-DIC-2013
Ultima Modificación: 30-DIC-2023 Ley 21641
Artículo: 57
Versión: Última Versión De: 30-DIC-2023
Url Corta: https://bcn.cl/3hccp

Artículo 57.- Resolución de Reorganización. Dentro del quinto día de efectuada la presentación señalada en el artículo anterior, el tribunal competente dictará una resolución designando a los Veedores titular y suplente nominados en la forma establecida en el artículo 22. En la misma resolución dispondrá lo siguiente:

1) Que durante el plazo de sesenta días contado desde la notificación de esta resolución, prorrogable de conformidad a lo dispuesto en el artículo 58, el Deudor gozará de una Protección Financiera Concursal en virtud de la cual:

a) No podrá declararse ni iniciarse en contra del Deudor un Procedimiento Concursal de Liquidación, ni podrán iniciarse en su contra juicios ejecutivos, ejecuciones de cualquier clase o restituciones en juicios de arrendamiento. Lo anterior no se aplicará a los juicios laborales sobre obligaciones que gocen de preferencia de primera clase, suspendiéndose en este caso sólo la ejecución y realización de bienes del Deudor, salvo que se trate de juicios laborales de este tipo que el Deudor tuviere en tal carácter a favor de su cónyuge, de sus parientes, o de los gerentes, administradores, apoderados con poder general de administración u otras personas que tengan injerencia en la administración de sus negocios. Para estos efectos, se entenderá por parientes del Deudor o de sus representantes legales los ascendientes, descendientes, y los colaterales hasta el cuarto grado de consanguinidad y afinidad, inclusive.

b) Se suspenderá la tramitación de los procedimientos señalados en la letra a) precedente y los plazos de prescripción extintiva.

c) Todos los contratos suscritos por el Deudor mantendrán su vigencia y condiciones de pago. En consecuencia, no podrán terminarse anticipadamente en forma unilateral, exigirse anticipadamente su cumplimiento o hacerse efectivas las garantías contratadas, invocando como causal el inicio de un Procedimiento Concursal de Reorganización. El crédito del acreedor que contraviniere esta prohibición quedará pospuesto hasta que se pague a la totalidad de los acreedores a quienes les afectare el

Ley 21563
Art. 1 Nº 21 a)
D.O. 10.05.2023

Documento firmado digitalmente por Alejandro Turis L., Jefe Dpto. Servicios Legislativos y Documentales, por orden del Director.
Para validar, acceda al sitio web www.leychile.cl/validar e ingrese código N1058072S1521563
Documento generado el 29-Feb-2024
página 1 de 3

Biblioteca del Congreso Nacional de Chile / BCN
140 años
Ley Chile

Acuerdo de Reorganización Judicial, incluidos los
acreedores Personas Relacionadas del Deudor.

Para hacer efectiva la postergación señalada en el
inciso anterior, deberá solicitarse su declaración en
forma incidental ante el tribunal que conoce del
Procedimiento Concursal de Reorganización. Lo dispuesto en
esta letra no se aplicará a los convenios marco de
contratación de operaciones de derivados ni a los convenios
marco de contratación de operaciones de venta con pacto de
retrocompra o de operaciones de compra con pacto de
retroventa u otras operaciones equivalentes que recaigan
sobre alguno de los instrumentos a que se refiere el número
8 del artículo 1 de la ley N° 20.345, en los que el deudor
sea un inversionista institucional, los que se regirán en
esta materia por las normas especiales a que se refiere el
inciso segundo y siguientes del artículo 140 de esta ley.

d) Si el Deudor formare parte de algún registro
público como contratista o prestador de cualquier servicio,
y siempre que se encuentre al día en sus obligaciones
contractuales con el respectivo mandante, no podrá ser
eliminado ni se le privará de participar en procesos de
licitación fundado en el inicio de un Procedimiento
Concursal de Reorganización. Si la entidad pública lo
elimina de sus registros o discrimina su participación,
fundado en la apertura de un Procedimiento Concursal de
Reorganización, a pesar de encontrarse al día en sus
obligaciones con el respectivo mandante, deberá indemnizar
los perjuicios que dicha discriminación o eliminación le
provoquen al Deudor.

2) Que durante la Protección Financiera Concursal se
aplicarán al Deudor las siguientes medidas cautelares y de
restricción:

a) Quedará sujeto a la intervención del Veedor
titular designado en la misma resolución, el que tendrá
los deberes contenidos en el artículo 25;

b) No podrá gravar o enajenar sus bienes, salvo
aquellos cuya enajenación o venta sea propia de su giro o
que resulten estrictamente necesarios para el normal
desenvolvimiento de su actividad; y respecto de los demás
bienes o activos, se estará a lo previsto en el artículo
74, y

c) Tratándose de personas jurídicas, éstas no
podrán modificar sus pactos, estatutos sociales o régimen
de poderes. La inscripción de cualquier transferencia de
acciones de la Empresa Deudora en los registros sociales
pertinentes requerirá la autorización del Veedor, que la
extenderá en la medida que ella no altere o afecte los
derechos de los acreedores. Lo anterior no regirá respecto
de las sociedades anónimas abiertas que hagan oferta
pública de sus valores.

3) La fecha en que expirará la Protección Financiera
Concursal.

4) La orden al Deudor para que a través del Veedor
publique en el Boletín Concursal y acompañe al tribunal
competente, a lo menos diez días antes de la fecha fijada
para la Junta de Acreedores, su propuesta de Acuerdo de
Reorganización Judicial. Si el Deudor no da cumplimiento a
esta orden, el Veedor certificará esta circunstancia y el
tribunal competente dictará la Resolución de Liquidación,

Ley 21130
Art. 4 N° 1
D.O. 12.01.2019
Ley 21641
Art. 1 N° 1, a) y
b)
D.O. 30.12.2023

Documento firmado digitalmente por Alejandro Turis L., Jefe Dpto. Servicios Legislativos y Documentales, por orden del Director.
Para validar, acceda al sitio web www.leychile.cl/validar e ingrese código N1058072S1521563
Documento generado el 29-Feb-2024
página 2 de 3

Biblioteca del Congreso
Nacional de Chile / BCN    Ley Chile

sin más trámite.

5) La fecha, lugar y hora en que deberá efectuarse la Junta de Acreedores llamada a conocer y pronunciarse sobre la propuesta de Acuerdo de Reorganización Judicial que presente el Deudor. La fecha de dicha Junta será aquella en la que expire la Protección Financiera Concursal.

6) Que dentro de quince días contados desde la notificación de esta resolución, todos los acreedores deberán acreditar ante el tribunal competente su personería para actuar en el Procedimiento Concursal de Reorganización, con indicación expresa de la facultad que le confieren a sus apoderados para conocer, modificar y adoptar el Acuerdo de Reorganización Judicial.

7) La orden para que el Veedor inscriba copia de esta resolución en los conservadores de bienes raíces correspondientes al margen de la inscripción de propiedad de cada uno de los inmuebles que pertenecen al deudor.

8) La orden al Veedor para que acompañe al tribunal competente y publique en el Boletín Concursal su informe sobre la propuesta de Acuerdo de Reorganización Judicial, a lo menos tres días antes de la fecha fijada para la celebración de la Junta de Acreedores que votará dicho acuerdo. Este Informe del Veedor deberá contener la calificación fundada acerca de:

a) Si la propuesta es susceptible de ser cumplida, habida consideración de las condiciones del Deudor;

b) El monto probable de recuperación que le correspondería a cada acreedor en sus respectivas categorías, en caso de un Procedimiento Concursal de Liquidación, considerando el valor comercial de los bienes, su depreciación estimable en caso de liquidación y el monto de créditos preferentes, garantizados y valistas; y

c) Si la propuesta se ajusta a la ley.

Ley 21563
Art. 1 N° 21 b) y c)
D.O. 10.05.2023

Si el Veedor no presentare el referido informe dentro del plazo indicado, el Deudor, cualquiera de los acreedores o el tribunal competente informará a la Superintendencia para que se apliquen las sanciones pertinentes. En este caso, el Acuerdo de Reorganización Judicial se votará con prescindencia del Informe del Veedor.

9) Que dentro de quinto día de efectuada la notificación de esta resolución, deberán asistir a una audiencia el Deudor y los tres mayores acreedores indicados en la certificación del contador auditor independiente referida en el artículo 55. Esta diligencia se efectuará con los que concurran y tratará sobre la proposición de honorarios que formule el Veedor. Si en ella no se arribare a acuerdo sobre el monto de los honorarios y su forma de pago, o no asistiere ninguno de los citados, dichos honorarios se fijarán por el tribunal competente sin ulterior recurso.

10) La orden al Deudor para que proporcione al Veedor copia de todos los antecedentes acompañados conforme al artículo 56. Estos antecedentes y la copia de la resolución de que trata este artículo serán publicados por el Veedor en el Boletín Concursal dentro del plazo de tres días contado desde su dictación.

Documento firmado digitalmente por Alejandro Turis L., Jefe Dpto. Servicios Legislativos y Documentales, por orden del Director.
Para validar, acceda al sitio web www.leychile.cl/validar e ingrese código N1058072S1521563    página 3 de 3
Documento generado el 29-Feb-2024